AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br> *Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Bernhardt
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019


Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br> *Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019

*Alfred Amistoso*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-872 EDL |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 02/19/2019

Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br> *Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Department of the Interior
1849 C Street, N.W.
Washington DC 20240


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

 Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

Date: 02/19/2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br><br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark T. Esper
101 Army Pentagon
Washington, DC 20310-0101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019

*Alfred Amistoso*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br><br> *Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven T. Mnuchin
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/19/2019

CLERK OF COURT
*Susan Y. Soong*

*[signature]* Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br><br> *Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kirstjen M. Nielsen
US Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019

Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patrick M. Shanahan
U.S. Department of Defense
1000 Defense Pentagon, Room 3E880
Washington, D.C. 20301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 02/19/2019                                      /s/ Alfred Amistoso   Alfred Amistoso
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan<br><br>*Plaintiff(s)*<br><br>v.<br><br>Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen<br><br>*Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard V. Spencer
1000 Navy Pentagon
Washington, DC 20350-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019

*Alfred Amistoso*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen<br><br>*Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 02/19/2019     Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br> *Defendant(s)* | Civil Action No. 19-872 EDL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  President Donald J. Trump
1600 Pennsylvania Ave NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 02/19/2019                                                  Alfred Amistoso
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br> *Defendant(s)* | Civil Action No. 19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019

*Alfred Amistoso*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  19-872 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
U.S. Attorney's Office for the Northern District of California
Attn: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 02/19/2019

 Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Virginia; Attorney General Dana Nessel on Behalf of the People of Michigan <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen <br><br> *Defendant(s)* | Civil Action No. 19-872 EDL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Heather Wilson
1670 Air Force Pentagon
Washington, DC 20330-1670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 02/19/2019

Alfred Amistoso
*Signature of Clerk or Deputy Clerk*