AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of New York | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-00872 |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York

Date: 02/19/2019

*[signature]*
*Attorney's signature*

Gavin G. McCabe
*Printed name and bar number*

New York State Office of Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
*Address*

gavin.mccabe@ag.ny.gov
*E-mail address*

(212) 416-8469
*Telephone number*

(212) 416-6007
*FAX number*