UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____
                              )
                              ) Case No: _____
                              )
         Plaintiff(s),        )
                              ) **APPLICATION FOR**
   v.                         ) **ADMISSION OF ATTORNEY**
                              ) **PRO HAC VICE**
                              ) (CIVIL LOCAL RULE 11-3)
                              )
         Defendant(s).        )
_____)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                           _____
                                                            APPLICANT

═══════════════════════════════════════════════════════════════════

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:                                           _____
                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__ERIC R OLSON__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __19th__ day of __May__ A. D. __2005__ and that at the date hereof the said __ERIC R OLSON__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __14th__ day of __January__ A. D. __2019__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk