1  XAVIER BECERRA
   Attorney General of California
2  ROBERT W. BYRNE
   SALLY MAGNANI
3  MICHAEL L. NEWMAN
   Senior Assistant Attorneys General
4  EDWARD H. OCHOA
   CHRISTINE CHUANG
5  MICHAEL P. CAYABAN, (SBN 179252)
   Supervising Deputy Attorneys General
6  HEATHER C. LESLIE
   JANELLE M. SMITH
7  JAMES F. ZAHRADKA II
   LEE I. SHERMAN, (SBN 272271)
8  Deputy Attorneys General
     300 S. Spring Street, Suite 1702
9    Los Angeles, California 90013
     Telephone: (213) 269-6404
10   Fax: (213) 897-7605
     E-mail: Mike.Cayaban@doj.ca.gov
11 *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO STATE OF NEW YORK; STATE OF OREGON;** AND **COMMONWEALTH OF VIRGINIA;**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN,** in his official capacity as Acting Secretary of Defense; **MARK T.** | Case No. 3:19-cv-00872<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | **ESPER,** in his official capacity as Secretary of the Army; **RICHARD V. SPENCER,** in his official capacity as Secretary of the Navy; **HEATHER WILSON,** in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN,** in his official capacity as Secretary of the Department of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security; |
| | Defendants. |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please be advised that the attorney listed below should be added as counsel of record for plaintiff STATE OF CALIFORNIA, in the above entitled action, and is licensed to practice in the State of California, is admitted to practice in this court, and should be noticed on all further matters in this action that are electronically transmitted via the Case Management/Electronic Case Filing (CM/ECF) system at the following address:

> Michael P. Cayaban, Supervising Deputy Attorney General
> 600 West Broadway, Suite 1800
> San Diego, CA 92101
> P.O. Box 85266
> San Diego, CA 92186-5266
> Telephone:  (619) 738-9313
> Fax:  (619) 645-2271
> E-mail:  Mike.Cayaban@doj.ca.gov

Dated: February 19, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
EDWARD H. OCHOA
CHRISTINE CHUANG
MICHAEL P. CAYABAN, (SBN 179252)
Supervising Deputy Attorneys General

/s/Michael P. Cayaban
MICHAEL P. CAYABAN (SBN 272271)
Supervising Deputy Attorney General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN
Deputy Attorneys General
    600 West Broadway, Suite 1800
    San Diego, CA 92101
    P.O. Box 85266
    San Diego, CA 92186-5266
    Telephone: (619) 738-9313
    Fax: (619) 645-2271
E-mail: Mike.Cayaban@doj.ca.gov
*Attorneys for Plaintiff State of California*