AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of California, et al.<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | Case No. 3:19-cv-00872 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Illinois.

Date:   02/19/2019

/S/ Caleb Rush
*Attorney's signature*

Caleb Rush (IL 6328811, CA 189955)
*Printed name and bar number*
Office of the Attorney General
100 West Randolph St
12th Floor
Chicago, IL 60601
*Address*

crush@atg.state.il.us
*E-mail address*

(312) 814-5376
*Telephone number*

*FAX number*