XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6404
  Fax: (213) 897-7605
  E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON;** and **COMMONWEALTH OF VIRGINIA**; <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S.** | Case No. 3:19-cv-00872 <br><br> **NOTICE OF APPEARANCE OF CHRISTINE CHUANG AS COUNSEL FOR PLAINTIFFS** |

1

1  **DEPARTMENT OF DEFENSE**; **PATRICK M. SHANAHAN**, in his official capacity as Acting Secretary of Defense; **MARK T. ESPER**, in his official capacity as Secretary of the Army; **RICHARD V. SPENCER**, in his official capacity as Secretary of the Navy; **HEATHER WILSON**, in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY**; **STEVEN T. MNUCHIN**, in his official capacity as Secretary of the Department of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security;

Defendants.

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  Please be advised that the attorney listed below should be added as counsel of record for

3  Plaintiff State of California, in the above entitled action, and is licensed to practice in the State of

4  California, is admitted to practice in this court, and should be noticed on all further matters in this

5  action that are electronically transmitted via the Case Management/Electronic Case Filing

6  (CM/ECF) system at the following address:

> Christine Chuang
> Supervising Deputy Attorney General
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612-0550
> Telephone: (510) 879-0094
> E-mail: Christine.Chuang@doj.ca.gov

Dated: February 20, 2019                    Respectfully submitted,

> XAVIER BECERRA
> Attorney General of California
> ROBERT W. BYRNE
> SALLY MAGNANI
> MICHAEL L. NEWMAN
> Senior Assistant Attorneys General
> EDWARD H. OCHOA
> CHRISTINE CHUANG
> MICHAEL P. CAYABAN
> Supervising Deputy Attorneys General
>
> /s/Christine Chuang
> CHRISTINE CHUANG (SBN 257214)
> Supervising Deputy Attorney General
> HEATHER C. LESLIE
> JANELLE M. SMITH
> JAMES F. ZAHRADKA II
> LEE I. SHERMAN
> Deputy Attorneys General
>    1515 Clay Street, 20th Floor
>    Oakland, CA 94612
>    Telephone: (510) 879-0094
>    Fax: (510) 622-2270
> E-mail: Christine.Chuang@doj.ca.gov
> *Attorneys for Plaintiff State of California*

91074815.docx