XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6404
  Fax: (213) 897-7605
  E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; and COMMONWEALTH OF VIRGINIA;<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S.** | Case No. 3:19-cv-00872<br><br>**NOTICE OF APPEARANCE OF EDWARD H. OCHOA AS COUNSEL FOR PLAINTIFF STATE OF CALIFORNIA** |

| | |
|---|---|
| 1 | DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; MARK T. ESPER, in his official capacity as Secretary of the Army; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; HEATHER WILSON, in her official capacity as Secretary of the Air Force; U.S. DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Department of the Treasury; U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security;  Defendants. |

2

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please be advised that the attorney listed below should be added as counsel of record for Plaintiff State of California, in the above entitled action, and is licensed to practice in the State of California, is admitted to practice in this court, and should be noticed on all further matters in this action that are electronically transmitted via the Case Management/Electronic Case Filing (CM/ECF) system at the following address:

> Edward H. Ochoa
> Supervising Deputy Attorney General
> 600 W. Broadway Ste. 1800
> San Diego, CA 92101
> Telephone: (619) 738-9323
> E-mail: Ed.Ochoa@doj.ca.gov

Dated: February 20, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
EDWARD H. OCHOA
CHRISTINE CHUANG
MICHAEL P. CAYABAN
Supervising Deputy Attorneys General


/s/Edward H. Ochoa
EDWARD H. OCHOA (SBN 144842)
Supervising Deputy Attorney General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN
Deputy Attorneys General
  600 W. Broadway Ste. 1800
  San Diego, CA 92101
  Telephone: (619) 738-9323
  Fax: (619) 645-2271
E-mail: Ed.Ochoa@doj.ca.gov
*Attorneys for Plaintiff State of California*

Notice of Appearance.docx

# CERTIFICATE OF SERVICE

Case Name:  **STATE of CALIFORNIA et al v. TRUMP et al**        No.  **19-cv-00872**

I hereby certify that on February 20, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF EDWARD H. OCHOA AS COUNSEL FOR PLAINTIFF STATE OF CALIFORNIA**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 20, 2019, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
100 North Carson Street
Carson City, NV  89701-4717

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 20, 2019, at San Diego, California.

Charlette Sheppard
Declarant

Signature

SD2019300132
82123420.docx