Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendant(s). | Case No: 19-cv-872-EDL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Heidi Parry Stern, an active member in good standing of the bar of Nevada, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Nevada in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101-1068 | 1515 Clay Street, Suite 2000<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (702) 486-3594 | (510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| HStern@ag.nv.gov | christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 8873.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/21/19

Heidi Parry Stern
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Heidi Parry Stern is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/22/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Heidi Parry Stern**, **Bar Number 8873** was admitted by the Supreme Court of the State of Nevada on **04/22/2004** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Heidi Parry Stern** is now an *Active* member of the State Bar of Nevada in good standing.

DATED Tuesday, January 15, 2019.

*Michael Guttadaro*
Michael Guttadaro
Member Services Administrator
State Bar of Nevada