1  XAVIER BECERRA
   Attorney General of California
2  ROBERT W. BYRNE
   SALLY MAGNANI
3  MICHAEL L. NEWMAN
   Senior Assistant Attorneys General
4  MICHAEL P. CAYABAN
   CHRISTINE CHUANG
5  EDWARD H. OCHOA
   Supervising Deputy Attorneys General
6  HEATHER C. LESLIE
   JANELLE M. SMITH
7  JAMES F. ZAHRADKA II
   LEE I. SHERMAN (SBN 272271)
8  Deputy Attorneys General
     300 S. Spring St., Suite 1702
9    Los Angeles, CA 90013
     Telephone: (213) 269-6404
10   Fax: (213) 897-7605
     E-mail: Lee.Sherman@doj.ca.gov
11 *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON;** and **COMMONWEALTH OF VIRGINIA**; <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S.** | 3:19-cv-00872-HSG <br><br> **NOTICE OF APPEARANCE OF JANELLE M. SMITH AS COUNSEL FOR PLAINTIFFS** |

| | |
|---|---|
| 1 | **DEPARTMENT OF DEFENSE**; **PATRICK M. SHANAHAN**, in his official capacity as Acting Secretary of Defense; **MARK T. ESPER**, in his official capacity as Secretary of the Army; **RICHARD V. SPENCER**, in his official capacity as Secretary of the Navy; **HEATHER WILSON**, in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY**; **STEVEN T. MNUCHIN**, in his official capacity as Secretary of the Department of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security; |
| | Defendants. |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please be advised that the attorney listed below should be added as counsel of record for Plaintiff State of California, in the above entitled action, and is licensed to practice in the State of California, is admitted to practice in this court, and should be noticed on all further matters in this action that are electronically transmitted via the Case Management/Electronic Case Filing (CM/ECF) system at the following address:

> Janelle M. Smith
> Deputy Attorney General
> 455 Golden Gate Avenue, 11th Floor
> San Francisco, CA  94102-7004
> Telephone: (415) 510-3522
> E-mail:  Janelle.Smith@doj.ca.gov

Dated:  February 21, 2019                              Respectfully submitted,

> XAVIER BECERRA
> Attorney General of California
> ROBERT W. BYRNE
> SALLY MAGNANI
> MICHAEL L. NEWMAN
> Senior Assistant Attorneys General
> EDWARD H. OCHOA
> CHRISTINE CHUANG
> MICHAEL P. CAYABAN
> Supervising Deputy Attorneys General
>
>
> /s/Janelle M. Smith
> JANELLE M. SMITH (SBN 231801)
> HEATHER C. LESLIE
> JAMES F. ZAHRADKA II
> LEE I. SHERMAN
> Deputy Attorneys General
>   455 Golden Gate Avenue, 11th Floor
>   San Francisco, CA 94102-7004
>   Telephone:  (415) 510-3522
>   Fax:  (415) 703-5843
> E-mail:  Janelle.Smith@doj.ca.gov
> *Attorneys for Plaintiff State of California*

SD2019300132
21361994.docx

# CERTIFICATE OF SERVICE

Case Name:  **STATE of CALIFORNIA et al v. TRUMP et al**     No. **3:19-cv-00872-HSG**

I hereby certify that on February 22, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF JANELLE M. SMITH AS COUNSEL FOR PLAINTIFFS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 22, 2019, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
100 North Carson Street
Carson City, NV  89701-4717

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 22, 2019, at San Francisco, California.

|  Claudine Santos  |  *Claudine Santos* (Signature)  |
| --- | --- |
| Declarant | Signature |

SD2019300132
21362090.docx