DROR LADIN*
NOOR ZAFAR**
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-7303
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org
*Admitted pro hac vice
**Application for admission pro hac vice pending

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)***
GLORIA D. SMITH (SBN 200824)***
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org
***Counsel for SIERRA CLUB

Attorneys for non-parties SIERRA CLUB and SOUTHERN
 BORDER COMMUNITIES COALITION (additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants.* | Case No.: 4:19-cv-00872-HSG <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Additional counsel for non-parties Sierra Club and Southern Border Communities Coalition:

MOLLIE M. LEE (SBN 251404)
CHRISTINE P. SUN (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
*mlee@aclunc.org*
*csun@aclunc.org*

DAVID DONATTI*
ANDRE I. SEGURA (SBN 247681)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  OF TEXAS
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
*ddonatti@aclutx.org*
*asegura@aclutx.org*
**Admitted* pro hac vice*

Pursuant to Civil L.R. 3-12, Sierra Club and Southern Border Communities Coalition respectfully provide the Court with notice of the following case in the Northern District of California: *Sierra Club and Southern Border Communities Coalition v. Trump, et al.*, No. 4:19-cv-00892-KAW (filed Feb. 19, 2019) and request that the Court consider whether the two cases should be related.

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Civ. L.R. 3-12(a). Under this standard, it appears that the cases are related. *Sierra Club* and the instant case both entail constitutional and statutory claims seeking to enjoin President Trump's declaration of a national emergency to divert funds appropriated for other purposes to the construction of a wall at the U.S.-Mexico border and the actions of Executive Branch officials to implement that declaration. *Sierra Club* and the instant case have the following defendants in common: President Trump, Acting Secretary of Defense Patrick Shanahan, Secretary of Homeland Security Kirstjen Nielsen, and Secretary of the Treasury Steven Mnuchin.

Dated: February 26, 2019          Respectfully submitted,

*/s/ Cecillia D. Wang*

Dror Ladin*
Noor Zafar**
Hina Shamsi*
Omar C. Jadwat*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-7303
Fax: (212) 549-2564
dladin@aclu.org
nzafar@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org

Cecillia D. Wang (SBN 187782)
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Fax: (415) 395-0950
cwang@aclu.org

Sanjay Narayan (SBN 183227)***
Gloria D. Smith (SBN 200824)***
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

Mollie M. Lee (SBN 251404)
Christine P. Sun (SBN 218701)
American Civil Liberties Union Foundation of
    Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
csun@aclunc.org

David Donatti*
Andre I. Segura (SBN 247681)
American Civil Liberties Union Foundation
   of Texas
P.O. Box 8306
Houston, TX 77288
Tel: (713) 325-7011
Fax: (713) 942-8966
ddonatti@aclutx.org
asegura@aclutx.org


Counsel for non-parties Sierra Club and Southern
   Border Communities Coalition

**Admitted* pro hac vice
***Application for admission* pro hac vice *pending*
****Counsel for* Sierra Club