|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

State of California, et al. )
                              )   Case No: _____
                          Plaintiff(s), )
                              )   **APPLICATION FOR**
      v.                       )   **ADMISSION OF ATTORNEY**
Donald J. Trump, et al.       )   **PRO HAC VICE**
                              )   (CIVIL LOCAL RULE 11-3)
                         Defendant(s). )

I, Henry Kantor, an active member in good standing of the bar of State of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Oregon in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 SW Market Street<br>Portland, OR 97201 | 1515 Clay Street, Suite 2000<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (971) 673-1880 | (510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| henry.kantor@doj.state.or.us | Christine.Chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 792843.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/25/19                              Henry Kantor
                                                                               APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Henry Kantor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/4/2019                               *Haywood S. Gilliam Jr.*
                                                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

HENRY KANTOR

as an Attorney of this Court.

      I, as State Court Administrator of the State of Oregon, certify that on the 18th day of September, 1979,

HENRY KANTOR

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

February 19, 2019.

NANCY COZINE
State Court Administrator

Authorized Representative