AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald J. Trump
1600 Pennsylvania Ave NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin | ) ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin | ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  4:19-cv-00872-HSG |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America
U.S. Attorney's Office for the Northern District of California
Attn: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

State of California; State of Colorado; State of Connecticut; State of
Delaware; State of Hawaii; State of Illinois; State of Maine; State of
Maryland; Commonwealth of Massachusetts; Attorney General Dana
Nessel on Behalf of the People of Michigan; State of Minnesota; State of
Nevada; State of New Jersey; State of New Mexico; State of New York;
State of Oregon; State of Rhode Island; State of Vermont; Commonwealth
of Virginia; and State of Wisconsin

*Plaintiff(s)*

v.

Donald J. Trump, United States of America, U.S. Department of
Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer,
Heather Wilson, U.S. Department of the Treasury, Steven T.
Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S.
Department of Homeland Security, Kirstjen M. Nielsen

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Patrick M. Shanahan
U.S. Department of Defense
1235 South Clark Sr, #1540
Arlington, VA 22202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin | ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mark T. Esper
9275 Gunston Road, Suite 5
Fort Belvoir, Virginia 22060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin

*Plaintiff(s)*

v.

Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen

*Defendant(s)*

Civil Action No.  4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard V. Spencer
1322 Patterson Ave, SouthEast, #3000
Washington, DC 20374

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin

*Plaintiff(s)*

v.

Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Heather Wilson
1500 W. Perimeter Rd. Ste. 1370,
Andrews Air Force Base, MD, 20762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr>
<td>

State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin

*Plaintiff(s)*

v.

Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen

*Defendant(s)*
</td>
<td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
</td>
<td>

Civil Action No.  4:19-cv-00872-HSG
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

State of California; State of Colorado; State of Connecticut; State of
Delaware; State of Hawaii; State of Illinois; State of Maine; State of
Maryland; Commonwealth of Massachusetts; Attorney General Dana
Nessel on Behalf of the People of Michigan; State of Minnesota; State of
Nevada; State of New Jersey; State of New Mexico; State of New York;
State of Oregon; State of Rhode Island; State of Vermont; Commonwealth
of Virginia; and State of Wisconsin

)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Donald J. Trump, United States of America, U.S. Department of
Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer,
Heather Wilson, U.S. Department of the Treasury, Steven T.
Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S.
Department of Homeland Security, Kirstjen M. Nielsen

)
)
)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No.   4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Steven T. Mnuchin
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin</td><td rowspan="2">)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center"><i>Plaintiff(s)</i></td><td></td></tr>
<tr><td align="center">v.</td><td>)<br>)</td><td>Civil Action No.  4:19-cv-00872-HSG</td></tr>
<tr><td>Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td align="center"><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

State of California; State of Colorado; State of Connecticut; State of
Delaware; State of Hawaii; State of Illinois; State of Maine; State of
Maryland; Commonwealth of Massachusetts; Attorney General Dana
Nessel on Behalf of the People of Michigan; State of Minnesota; State of
Nevada; State of New Jersey; State of New Mexico; State of New York;
State of Oregon; State of Rhode Island; State of Vermont; Commonwealth
of Virginia; and State of Wisconsin

*Plaintiff(s)*

v.

Donald J. Trump, United States of America, U.S. Department of
Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer,
Heather Wilson, U.S. Department of the Treasury, Steven T.
Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S.
Department of Homeland Security, Kirstjen M. Nielsen

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Bernhardt
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

State of California; State of Colorado; State of Connecticut; State of
Delaware; State of Hawaii; State of Illinois; State of Maine; State of
Maryland; Commonwealth of Massachusetts; Attorney General Dana
Nessel on Behalf of the People of State of Michigan; State of Minnesota; State of
Nevada; State of New Jersey; State of New Mexico; State of New York;
State of Oregon; State of Rhode Island; State of Vermont; Commonwealth
of Virginia; and State of Wisconsin

_Plaintiff(s)_

v.

Donald J. Trump, United States of America, U.S. Department of
Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer,
Heather Wilson, U.S. Department of the Treasury, Steven T.
Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S.
Department of Homeland Security, Kirstjen M. Nielsen

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    US Department of Homeland Security
Office of the General Counsel
3801 Nebraska Ave. NW
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| State of California; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; Attorney General Dana Nessel on Behalf of the People of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; Commonwealth of Virginia; and State of Wisconsin | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Donald J. Trump, United States of America, U.S. Department of Defense, Patrick M. Shanahan, Mark T. Esper, Richard V. Spencer, Heather Wilson, U.S. Department of the Treasury, Steven T. Mnuchin, U.S. Department of the Interior, David Bernhardt, U.S. Department of Homeland Security, Kirstjen M. Nielsen | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  4:19-cv-00872-HSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kirstjen M. Nielsen
US Department of Homeland Security
3801 Nebraska Ave, NW
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee I. Sherman
Deputy Attorney General
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
t: 213-269-6404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*