# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al., )
    Plaintiff(s), )
v. )
Donald J. Trump, et al., )
    Defendant(s). )

Case No: 4:19-cv-00872- I

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gabe Johnson-Karp, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Wisconsin in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Gabe Johnson-Karp<br>Assistant Attorney General | Christine Chuang<br>Supervising Deputy Attorney General |
| MY TELEPHONE # OF RECORD:<br>(608) 267-8904 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD:<br>johnsonkarpg@doj.state.wi.us | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Christine.Chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1084731.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/14/19

Gabe Johnson-Karp
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gabe Johnson-Karp is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/18/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## *CERTIFICATE OF GOOD STANDING*

*The Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**GABE JOHNSON-KARP**

*was admitted to practice as an attorney within this state on May 23, 2011 and is presently in good standing in this court.*

Dated: March 12, 2019

*[signature]*

Deputy Clerk of Supreme Court