# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.

Plaintiff(s),

v.

DONALD J. TRUMP, President, et al.

Defendant(s).

Case No: 4:19-cv-00872

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Justin J. Sullivan, an active member in good standing of the bar of Rhode Island, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Rhode Island in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 150 South Main St.<br>Providence, RI 02903 | 1515 Clay Street, Suite 2000<br>Oakland, CA 94612-1499 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (401) 274-4400 | (510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jjsullivan@riag.ri.gov | christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9770.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/14/19

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Justin J. Sullivan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/18/2019

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Rhode Island
### Providence

# The State of Rhode Island and Providence Plantations

This Certifies that

## Justin James Sullivan
of Providence, RI

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on this the 20th day of November, 2017 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 5th day of December, 2018.

*Debra A Saunders*
_____
Clerk



# UNITED STATES DISTRICT COURT
## District of Rhode Island

## CERTIFICATE OF GOOD STANDING

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, **DO HEREBY CERTIFY** that **Justin J. Sullivan,** was duly admitted to practice in said Court on January 4, 2019 and is in good standing as a member of the bar of said Court.

Dated at Providence, RI  
On March 13, 2019

Hanorah Tyer-Witek, Clerk

By: *Rane J. Smith*  
Deputy Clerk

