# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**States of California, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013

*238533*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:56 AM** to be served upon **David Bernhardt, at U.S. Department of the Interior, 1849 C St., NW, Washington, DC, 20240**

I, **Casey Smith**, swear and affirm that on **February 21, 2019** at **10:45 AM**, I did the following:

Served **David Bernhardt, a government agency** by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to **Laura Brown as Acting Associate Solicitor & Authorized Agent** at **U.S. Department of the Interior, 1849 C St., NW , Washington, DC 20240** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 60  Height: 5'7  Weight: 150  Skin Color: Caucasian  Hair Color: Grey

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Casey Smith**
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238533

District of Columbia: SS
Subscribed and Sworn to before me
this 25th day of FEBRUARY 2019

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

States of California, et al

    Plaintiff(s),

VS.

Donald J. Trump, et al.

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*238530*

Case Number: 3:19-cv-00872-EDL

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:44 AM** to be served upon **Office of General Counsel Department of Homeland Security**, at **3801 Nebraska Ave. NW, Washington, DC, 20016**

I, Casey Smith, swear and affirm that on **February 27, 2019** at **2:05 PM**, I did the following:

Served **Office of General Counsel Department of Homeland Security**, a government agency by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to **Sam Hillhouse** as **Attorney Advisor & Authorized Agent** at **3801 Nebraska Ave. NW , Washington, DC 20016** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5'7 Weight: 190 Skin Color: Caucasian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Casey Smith
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238530



District of Columbia: SS
Subscribed and Sworn to before me
this 28th day of February, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

States of California, et al

    Plaintiff(s),

vs.

Donald J. Trump, et al.

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013

*238527*

Case Number: 3:19-cv-00872-EDL

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:21 AM** to be served upon **US Department of Defense**, at **1235 South Clark St., #1540, Arlington, VA, 22202**

I, **Maxx Anderson**, swear and affirm that on **February 21, 2019** at **11:07 AM**, I did the following:

Served **US Department of Defense, a government agency** by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to Michael Brown as Intake Specialist & Authorized Agent at 1235 South Clark St., #1540 , Arlington, VA 22202 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Maxx Anderson
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238527

District of Columbia: SS
Subscribed and Sworn to before me
this 22ⁿᵈ day of FEBRUARY 3.15

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

States of California, et al

    Plaintiff(s),

vs.

Donald J. Trump, et al.

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*238534*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **12:05 PM** to be served upon **Department of the Interior, at 1849 C St., NW, Washington, DC, 20240**

I, **Casey Smith**, swear and affirm that on **February 21, 2019** at **10:45 AM**, I did the following:

Served **Department of the Interior, a government agency** by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to **Laura Brown** as Acting Associate Solicitor & Authorized Agent at **1849 C St., NW, Washington, DC 20240** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 60  Height: 5'7  Weight: 150  Skin Color: Caucasian  Hair Color: Grey

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Casey_ (signature)

**Casey Smith**
Process Server

**Ace Attorney Services (NY)**
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238534

District of Columbia: SS
Subscribed and Sworn to before me
this 25 day of February 2019

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of California

State of California, et al.

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s)

Attorney: Xavier Becerra
Attorney General of California
300 South Spring Street, #1702
Los Angeles, California 90013



Case Number: 3:19-cv-00872-EDL

Legal Documents received by Ace Attorney Services on 02/19/2019 to be served upon **Mark T. Esper** at **9275 Gunston Road, Suite 5, Fort Belvoir, Virginia 22060**

I, **Seng Saelee**, swear and affirm that on **February 20, 2019** I did the following:

Served **Mark T. Esper** by placing in a sealed envelope CERTIFIED#: (7014 0150 000 7525 3512) a conformed copy of this, SUMMONS; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ELECTRONIC FILING to 9275 Gunston Road, Suite 5, Fort Belvoir, Virginia 22060

**Description of Person Accepting Service:**

**Supplemental Data Appropriate to this Service:**

_____
Seng Saelee

Ace Attorney Service
1000 Broadway, Suite 340
Oakland, California 94607
(510) 465-1000

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**States of California, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013

*238532*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:51 AM** to be served upon Secretary Steven T. Mnuchin, U.S. Treasury Department, at **1500 Pennsylvania Ave NW,, Washington, DC, 20220**

I, Joseph Basile, swear and affirm that on **February 21, 2019** at **11:00 AM**, I did the following:

Served **Secretary Steven T. Mnuchin, U.S. Treasury Department, a government agency** by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to Veris R Bailey as Administrative Assistant & Authorized Agent at **1500 Pennsylvania Ave NW, , Washington, DC 20220** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

Joseph Basile
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238532





District of Columbia: SS
Subscribed and Sworn to before me
this 21st day of February, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**States of California, et al**

      Plaintiff(s),

vs.

**Donald J. Trump, et al.**

      Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*238529*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:34 AM** to be served upon **Kirstjen M. Nielsen, Secretary of Department of Homeland Security, at 3801 Nebraska Ave. NW, Washington, DC, 20016**

I, **Casey Smith**, swear and affirm that on **February 27, 2019** at **2:05 PM**, I did the following:

Served **Kirstjen M. Nielsen, Secretary of Department of Homeland Security**, a government agency by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to **Sam HIllhouse** as **Attorney Advisor & Authorized Agent** at **3801 Nebraska Ave. NW , Washington, DC 20016** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5'7 Weight: 190 Skin Color: Caucasian Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Casey Smith**
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238529



District of Columbia: SS
Subscribed and Sworn to before me
this 28th day of February, 2019

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of California

**States of California, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013

*238526*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:15 AM** to be served upon **Patrick M. Shanahan, in his official capacity as Acting Secretary of Defense**, at 1235 South Clark St., #1540, Arlington, VA, 22202

I, **Maxx Anderson**, swear and affirm that on **February 21, 2019 at 11:07 AM**, I did the following:

Served **Patrick M. Shanahan, in his official capacity as Acting Secretary of Defense**, a government agency by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to Michael Brown as Intake Specialist & Authorized Agent at 1235 South Clark St., #1540, Arlington, VA 22202 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 35  Height: 5ft9in-6ft0in  Weight: 161-200 lbs  Skin Color: African-American  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Maxx Anderson**
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238526

District of Columbia: SS
Subscribed and Sworn to before me
this 22nd day of February, 2.19

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**States of California, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*238523*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **10:57 AM** to be served upon **Richard V. Spencer, Secretary of Navy**, at **1322 Patterson Ave., SE, #3000, Washington Navy Yard, DC, 20374**

I, **Harvey Jessup**, swear and affirm that on **February 21, 2019** at **12:28 PM**, I did the following:

Served **Richard V. Spencer, Secretary of Navy, a government agency** by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to **Renata Witcher** as **Legal Technician & Authorized Agent** at **1322 Patterson Ave., SE, #3000 , Washington Navy Yard, DC 20374** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 50's Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Harvey Jessup_
Process Server

Ace Attorney Services (NY)
278 West 117th St., Suite 1-B
New York NY 10026

(917) 399-0295

Internal Job ID:238523

District of Columbia: SS
Subscribed and Sworn to before me
this 22nd day of February, 2019

_Trevor Bruce_, Notary Public, D.C.
My commission expires August 14, 2023

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

**States of California, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013


*238531*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **11:48 AM** to be served upon **U.S. Department of the Treasury**, at **1500 Pennsylvania Ave NW,, Washington, DC, 20220**

I, **Joseph Basile**, swear and affirm that on **February 21, 2019** at **11:00 AM**, I did the following:

Served **U.S. Department of the Treasury, a government agency** by delivering a conformed copy of this **Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing** to **Veris R Bailey** as **Administrative Assistant & Authorized Agent** at **1500 Pennsylvania Ave NW, , Washington, DC 20220** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Joseph Basile*

**Joseph Basile**
Process Server

**Ace Attorney Services (NY)**
**278 West 117th St., Suite 1-B**
**New York NY 10026**

(917) 399-0295

Internal Job ID:238531



District of Columbia: SS
Subscribed and Sworn to before me
this 21st day of February 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

State of California, et al.

    Plaintiff(s),

vs.

Donald J. Trump, et al.

    Defendant(s)

Attorney: Xavier Becerra
Attorney General of California
300 South Spring Street, #1702
Los Angeles, California 90013



Case Number: 3:19-cv-00872-EDL

Legal Documents received by Ace Attorney Services on 02/19/2019 to be served upon **President Donald J. Trump** at 1600 Pennsylvania Avenue NW, Washington, DC 20530

I, **Seng Saelee**, swear and affirm that on **February 20, 2019** I did the following:

Served **President Donald J. Trump** by placing in a sealed envelope CERTIFIED#: (7014 0150 000 7525 3512) a conformed copy of this, SUMMONS; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ELECTRONIC FILING to 1600 Pennsylvania Avenue NW, Washington, DC 20530

**Description of Person Accepting Service:**

**Supplemental Data Appropriate to this Service:**

_____
Seng Saelee

**Ace Attorney Service**
1000 Broadway, Suite 340
Oakland, California 94607
(510) 465-1000

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**States of California, et al**

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s).

Attorney: Xavier Becerra

Attorney General of California
300 South Spring St., #1702
Los Angeles CA 90013



*238508*

**Case Number: 3:19-cv-00872-EDL**

Legal documents received by Ace Attorney Services (NY) on **02/20/2019** at **10:08 AM** to be served upon **Attorney General, US Department of Justice**, at **950 Pennsylvania Ave NW, Washington, DC, 20530**

I, **Joseph Basile**, swear and affirm that on **February 21, 2019** at **11:41 AM**, I did the following:

Served **Attorney General, US Department of Justice**, a government agency by delivering a conformed copy of this Summons, Civil Cover Sheet, Complaint for Declaratory And Injunctive Relief; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing to **Ronnie B Dubose** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 30   Height: 5ft9in-6ft0in   Weight: 161-200 lbs   Skin Color: African-American   Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Joseph Basile**
Process Server

**Ace Attorney Services (NY)**
278 West 117th St., Suite 1-B
New York NY 10026

**(917) 399-0295**

Internal Job ID:238508





District of Columbia: SS
Subscribed and Sworn to before me
this 21st day of February, 2019

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

State of California, et al.

    Plaintiff(s),

vs.

Donald J. Trump, et al.

    Defendant(s)

Attorney: Xavier Becerra
Attorney General of California
300 South Spring Street, #1702
Los Angeles, California 90013



Case Number: 3:19-cv-00872-EDL

Legal Documents received by Ace Attorney Services on 02/19/2019 to be served upon **United States of America, U.S. Attorney's Office for the Northern District of California, Attn: Civil Process Clerk at 450 Golden Gate Avenue, San Fransisco, California 94102**

I, **Eduardo Arias**, swear and affirm that on **February 20, 2019 at 12:12 p.m.**, I did the following:

Served **United States of America, U.S. Attorney's Office for the Northern District of California, Attn: Civil Process Clerk, SUMMONS; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ELECTRONIC FILING** to **Dillon Campbell, Receptionist & Authorized person to accept service of process** at 450 Golden Gate Avenue, San Fransisco, California 94102 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30, Height: 5"10" Weight: 200lbs Skin Color: Caucasian Hair Color: N/A

**Supplemental Data Appropriate to this Service:**

_____
Eduardo Arias
Runner

Ace Attorney Service
1000 Broadway, Suite 340
Oakland, California 94607
(510) 465-1000

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of California

State of California, et al.

    Plaintiff(s),

vs.

**Donald J. Trump, et al.**

    Defendant(s)

Attorney: Xavier Becerra
Attorney General of California
300 South Spring Street, #1702
Los Angeles, California 90013



Case Number: 3:19-cv-00872-EDL

Legal Documents received by Ace Attorney Services on 02/19/2019 to be served upon **Heather Wilson at 1500 W. Perimeter Rd. Ste. 1370, Andrews Air Force Base, MD, 20762**

I, **Seng Saelee**, swear and affirm that on **February 20, 2019** I did the following:

Served **Heather Wilson** by placing in a sealed envelope CERTIFIED#: (7014 0150 0000 7525 3536) a conformed copy of this, SUMMONS; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ELECTRONIC FILING to 1500 W. Perimeter Rd. Ste. 1370, Andrews Air Force Base, MD, 20762

**Description of Person Accepting Service:**

**Supplemental Data Appropriate to this Service:**

_____
Seng Saelee

**Ace Attorney Service**
1000 Broadway, Suite 340
Oakland, California 94607
(510) 465-1000