Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California et al. | ) Case No: 4:19-cv-872 |
| Plaintiff(s), | )<br>)<br>) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY**<br>) **PRO HAC VICE** |
| Donald J. Trump et al. | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | )<br>)<br>) |

I, Benjamin D. Battles , an active member in good standing of the bar of Vermont , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Vermont in the above-entitled action. My local co-counsel in this case is Christine Chuang , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Vermont Attorney General's Office | California Dep't of Justice |
| 109 State Street, Montpelier, VT 05609 | 1515 Clay St., Suite 2000, Oakland, CA, 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (802) 828-5500 | (510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| benjamin.battles@vermont.gov | christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5104 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                      Benjamin D. Battles
                                                                          APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin D. Battles is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2019

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Benjamin Daniel Battles, #5104** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 2nd day of October, 2013.

This is to **FURTHER CERTIFY** that the said **Benjamin Daniel Battles, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 15th day of Marth 2019.



Emily Wetherell
Deputy Clerk