XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6404
  Fax: (213) 897-7605
  E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WISCONSIN**<br><br>Plaintiffs,<br><br>**v.** | Case No. 4:19-cv-00872-HSG<br><br>**ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Honorable Haywood S. Gilliam, Jr.<br>Trial Date:  None Set<br>Action Filed:  February 18, 2019 |

| | |
|---|---|
| 1 | **DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN**, in his official capacity as Acting Secretary of Defense; **MARK T. ESPER**, in his official capacity as Secretary of the Army; **RICHARD V. SPENCER**, in his official capacity as Secretary of the Navy; **HEATHER WILSON**, in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN**, in his official capacity as Secretary of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Defendants. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF**

PLEASE TAKE NOTICE that Plaintiff States hereby move under N.D. Cal. Civil Local Rule 7-11 for an order authorizing Plaintiff States to file an oversize brief in excess of the page limit in support of a Motion for Preliminary Injunction (PI Motion) that is attached to this Administrative Motion. To address the numerous legal issues involved in the PI Motion and include sufficient evidence of harm for the numerous Plaintiff States that are seeking relief, Plaintiff States request an additional 10 pages—or 35 pages total—for their PI Motion. The applicable rule (N.D. Cal. Civil Local Rule 7-2) would limit the PI Motion to 25 pages.

**DISCUSSION**

Good cause exists to grant this Administrative Motion. In the PI Motion, Plaintiff States are seeking to prevent Defendants from diverting federal funds and resources toward construction of a border wall for the pendency of this litigation. Plaintiff States are asserting a likelihood of success on numerous statutory and constitutional claims to contest Defendants' unlawful redirection of funds and resources appropriated for other purposes towards border wall construction, and to challenge Defendants' plan to proceed with border wall construction without complying with the National Environmental Policy Act.

Plaintiff States request additional pages so they can provide necessary details regarding Defendants' actions and sufficient analysis of the underlying statutes and constitutional principles relevant to Plaintiff States' claims. Declaration of Lee I. Sherman ¶ 4. Plaintiff States also request additional pages for their PI Motion to outline the evidence of irreparable harm that supports that Motion. There are twenty states moving for relief and while Plaintiff States are endeavoring to be concise in their briefing, additional pages are required given the variety of claims raised and number of Plaintiff States involved in the PI Motion. *Id.* ¶ 5.

Plaintiff States were not able to meet and confer with Defendants concerning this request for additional pages because counsel for Defendants have not yet appeared in this litigation or submitted notices of appearance. *Id.* ¶ 6. Therefore, Plaintiff States were not able to obtain a stipulation from Defendants concerning the relief sought in this Motion. *Id.* If this Administrative Motion is granted, Plaintiff States would not oppose a request from Defendants

1

Admin. Mot. to Exceed Applicable Page Limits for Pls' Mot. for Prelim. Inj. (4:19-cv-00872-HSG)

1  (collectively) seeking leave to file excess pages in response to Plaintiffs' PI Motion, where
2  Defendants' response also would be limited to 35 pages total. *Id.* ¶ 7.
3       For the reasons set forth above, Plaintiff States respectfully requests that the Court GRANT
4  their Administrative Motion for leave to exceed the applicable limits for its PI Motion, and deem
5  FILED the Plaintiff States' PI Motion that is attached to this Administrative Motion.

Dated:  April 4, 2019                                  Respectfully submitted,

                                                       XAVIER BECERRA
                                                       Attorney General of California
                                                       ROBERT W. BYRNE
                                                       SALLY MAGNANI
                                                       MICHAEL L. NEWMAN
                                                       Senior Assistant Attorneys General
                                                       MICHAEL P. CAYABAN
                                                       CHRISTINE CHUANG
                                                       EDWARD H. OCHOA
                                                       Supervising Deputy Attorneys General
                                                       HEATHER C. LESLIE
                                                       JANELLE M. SMITH
                                                       JAMES F. ZAHRADKA II

                                                       */s/ Lee I. Sherman*

                                                       LEE I. SHERMAN
                                                       Deputy Attorneys General
                                                       *Attorneys for Plaintiff*

Admin. Mot. to Exceed Applicable Page Limits for Pls' Mot. for Prelim. Inj.  (4:19-cv-00872-HSG)