1    XAVIER BECERRA
     Attorney General of California
2    ROBERT W. BYRNE
     SALLY MAGNANI
3    MICHAEL L. NEWMAN
     Senior Assistant Attorneys General
4    MICHAEL P. CAYABAN
     CHRISTINE CHUANG
5    EDWARD H. OCHOA
     Supervising Deputy Attorneys General
6    HEATHER C. LESLIE
     JANELLE M. SMITH
7    JAMES F. ZAHRADKA II
     LEE I. SHERMAN (SBN 272271)
8    Deputy Attorneys General
       300 S. Spring St., Suite 1702
9      Los Angeles, CA 90013
       Telephone: (213) 269-6404
10     Fax: (213) 897-7605
       E-mail: Lee.Sherman@doj.ca.gov
11   *Attorneys for Plaintiff State of California*

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                            OAKLAND DIVISION

15

16

17   **STATE OF CALIFORNIA; STATE OF**            Case No. 4:19-cv-00872-HSG
     **COLORADO; STATE OF**
18   **CONNECTICUT; STATE OF**
     **DELAWARE; STATE OF HAWAII;**
19   **STATE OF ILLINOIS; STATE OF**              **DECLARATION OF LEE I. SHERMAN**
     **MAINE; STATE OF MARYLAND;**                **IN SUPPORT OF PLAINTIFFS'**
20   **COMMONWEALTH OF**                          **ADMINISTRATIVE MOTION TO**
     **MASSACHUSETTS; ATTORNEY**                  **EXCEED APPLICABLE PAGE LIMITS**
21   **GENERAL DANA NESSEL ON BEHALF**            **FOR PLAINTIFFS' MOTION FOR**
     **OF THE PEOPLE OF MICHIGAN;**               **PRELIMINARY INJUNCTION**
22   **STATE OF MINNESOTA; STATE OF**
     **NEVADA; STATE OF NEW JERSEY;**
23   **STATE OF NEW MEXICO; STATE OF**
     **NEW YORK; STATE OF OREGON;**
24   **STATE OF RHODE ISLAND; STATE OF**
     **VERMONT; COMMONWEALTH OF**
25   **VIRGINIA; and STATE OF WISCONSIN;**

26                                        Plaintiffs,

27            **v.**

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN**, in his official capacity as Acting Secretary of Defense; **MARK T. ESPER**, in his official capacity as Secretary of the Army; **RICHARD V. SPENCER**, in his official capacity as Secretary of the Navy; **HEATHER WILSON**, in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN**, in his official capacity as Secretary of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security;

Defendants.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Lee I. Sherman, declare as follows:

1.     I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am a Deputy Attorney General with the California Department of Justice, and am counsel of record for Plaintiff the State of California in this matter.

3.     On April 4, 2019, I filed an Administrative Motion to Exceed Applicable Page Limits for Plaintiffs' Motion for Preliminary Injunction.  Attached to that Administrative Motion is a Motion for Preliminary Injunction (PI Motion) filed by Plaintiff States seeking to prevent Defendants from diverting federal funds and resources toward the construction of a border wall for the pendency of this litigation.

4.     In the PI Motion, Plaintiff States are asserting a likelihood of success on numerous statutory and constitutional claims to contest Defendants' unlawful redirection of funds and resources appropriated for other purposes towards construction of a border wall, and to challenge Defendants' plan to proceed with border wall construction without complying with the National Environmental Policy Act.  Plaintiff States request additional pages so they can provide necessary details regarding Defendants' actions and sufficient analysis of the underlying statutes and constitutional principles relevant to Plaintiff States' claims.

5.     Plaintiff States also request additional pages for their PI Motion to outline the evidence of irreparable harm that supports the PI Motion.  There are twenty states moving for relief and while Plaintiff States have endeavored to be concise in their briefing, additional pages are required given the variety of claims raised and number of Plaintiff States involved in the PI Motion.

6.     Plaintiff States were not able to meet and confer with Defendants concerning this request for additional pages because counsel for Defendants have not yet appeared in this litigation or submitted notices of appearance.  Therefore, Plaintiff States were not able to obtain a stipulation from Defendants concerning the relief sought in this Motion.

7.     If this Administrative Motion is granted, Plaintiff States would not oppose a request from Defendants (collectively) seeking leave to file excess pages in response to Plaintiffs'

1

1    PI Motion, where Defendants' response would also be limited to 35 pages total.

2         I declare under penalty of perjury under the laws of the United States that the foregoing is

3    true and correct.

4         Executed on April 4, 2019, at Los Angeles, California.

5

6

7                                                    Lee I. Sherman
                                                     Deputy Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Lee I. Sherman in Supp. of Admin. Mot. to Exceed Applicable Page Limit (4:19-cv-00872-HSG)