# CERTIFICATE OF SERVICE

Case Name: **California, et al. v Trump, et al.**   No. **4:19-cv-00872**

I hereby certify that on **April 4, 2019**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- Administrative Motion to Exceed Applicable Page Limits for Plaintiffs' Motion for Preliminary Injunction (with the Certificate of Service for all documents identified below)
- [Proposed] Order Granting Plaintiff States' Administrative Motion to Exceed Applicable Page Limits For Plaintiffs' Motion for Preliminary Injunction
- Declaration of Lee I. Sherman in Support of Plaintiffs' Administrative Motion to Exceed Applicable Page Limits for Plaintiffs' Motion for Preliminary Injunction
- Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof
- [Proposed] Order Granting Plaintiff States' Motion for Preliminary Injunction
- Appendix of Declarations re: TFF Harms in Support of Plaintiffs' Motion for Preliminary Injunction
- Appendix of Declarations re: Environmental Harms in Support of Plaintiffs' Motion for Preliminary Injunction
- Request for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction and Exhibits 1-50

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **April 5, 2019**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 4, 2019**, at San Diego, California.

Roberta L. Matson
Declarant

_(signature)_
Signature

# SERVICE LIST ATTACHMENT

David Bernhardt
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Office of the General Counsel
US Department of Homeland Security
3801 Nebraska Ave. NW
Washington, D.C. 20528

U.S. Department of Defense
1235 South Clark Street, Suite 1540
Arlington, VA 22202

Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Mark T. Esper
9275 Gunston Road, Suite 5
Fort Belvoir, Virginia 22060

Steven T. Mnuchin
U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

Kirstjen M. Nielsen
US Department of Homeland Security
3801 Nebraska Ave., NW
Washington, D.C. 20528

Patrick M. Shanahan
U.S. Department of Defense
1235 South Clark St, #1540
Arlington, VA 22202

Richard V. Spencer
1322 Patterson Ave., SouthEast, #3000
Washington, DC 20374

U.S. Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

President Donald J. Trump
1600 Pennsylvania Ave NW
Washington, DC 20500

United States of America
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
U.S. Attorney's Office for the Northern
District of California
Attn: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

Heather Wilson
1500 W. Perimeter Rd., Ste. 1370
Andrews Air Force Base, MD 20762