IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WISCONSIN;**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN**, in his official capacity as Acting Secretary of Defense; **MARK T. ESPER**, in his official capacity as Secretary of the Army; **RICHARD V. SPENCER**, in his | Case No. 4:19-cv-00872-HSG<br><br>**ORDER GRANTING PLAINTIFF STATES' ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Action Filed: February 18, 2019 |

official capacity as Secretary of the Navy; **HEATHER WILSON**, in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN**, in his official capacity as Secretary of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security;

Defendants.

On April 4, 2019, Plaintiff States filed an Administrative Motion to Exceed Applicable Page Limits under N.D. Cal. Civil Local Rule 7-11 for an order authorizing them to file an oversize brief in excess of the page limit in support of their Motion for Preliminary Injunction, which was filed as an attachment to the Administrative Motion. Plaintiff States request an additional 10 pages—or 35 pages total—for their preliminary injunction motion. The applicable rule (N.D. Cal. Civil Local Rule 7-2) would limit the preliminary injunction motion to 25 pages.

The Court has considered Plaintiff States' Administrative Motion to Exceed Applicable Page Limits and documents filed therewith, and all of the papers on file in this action, and hereby GRANTS Plaintiff States' Administrative Motion.

Now, therefore, it is hereby ORDERED that:

Plaintiff States shall immediately file a Motion for Preliminary Injunction up to 35 pages in length on the docket.

**IT IS SO ORDERED.**

Dated: April 8, 2019

The Honorable Haywood S. Gilliam, Jr.

1

Order Granting Pls.' Admin. Mot. to Exceed Applicable Page Limits  (4:19-cv-00872-HSG)