IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WISCONSIN;<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP,** in his official capacity as President of the United States of America; **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN**, in his official capacity as Acting Secretary of Defense; **MARK T. ESPER**, in his official capacity as Secretary of | Case No. 4:19-cv-00872-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO SHORTEN TIME TO HEAR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:         Honorable Haywood S. Gilliam, Jr.<br>Trial Date:    None Set<br>Action Filed: February 18, 2019 |

| | |
|---|---|
| 1 | the Army; **RICHARD V. SPENCER**, in his official capacity as Secretary of the Navy; **HEATHER WILSON**, in her official capacity as Secretary of the Air Force; **U.S. DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN**, in his official capacity as Secretary of the Treasury; **U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT,** in his official capacity as Acting Secretary of the Interior; **U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN**, in her official capacity as Secretary of Homeland Security; |
| | Defendants. |

On April 8, 2019, Plaintiffs States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Wisconsin, the Commonwealths of Massachusetts and Virginia, and Attorney General Dana Nessel on behalf of the People of Michigan (collectively, Plaintiff States) filed a Motion to Shorten Time (Motion) to Hear Plaintiff States' Motion for Preliminary Injunction on Thursday, May 9, 2019 at 2:00 p.m.

The Court has considered the Motion and documents filed therewith, and all of the papers on file in this action, and hereby GRANTS Plaintiff States' Motion.

**IT IS HEREBY ORDERED THAT**:

A hearing to consider Plaintiff States' Motion for Preliminary Injunction shall be held at 2:00 p.m., on May 9, 2019, at the United States District Court for the Northern District of California, Oakland Courthouse, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: _____

_____
The Honorable Haywood S. Gilliam, Jr.