# CERTIFICATE OF SERVICE

Case Name: **California, et al. v Trump, et al. (Border Wall 2019)**    No. **4:19-cv-00872**

On **April 9, 2019,** I served the following documents by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 600 West Broadway, Suite 1800, P.O. Box 85266, San Diego, CA 92186-5266:

> Plaintiffs' Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof;
>
> [Proposed] Order Granting Plaintiff States' Motion for Preliminary Injunction;
>
> Appendix of Declarations re: TFF Harms in Support of Plaintiffs' Motion for Preliminary Injunction;
>
> Appendix of Declarations re: Environmental Harms in Support of Plaintiffs' Motion for Preliminary Injunction;
>
> Request for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction and Exhibits 1-50;
>
> Motion to Shorten Time to Hear Plaintiffs' Motion for Preliminary Injunction;
>
> [Proposed] Order Granting Plaintiff States' Motion to Shorten Time to Hear Motion for Preliminary Injunction; and
>
> Declaration of Lee I. Sherman in Support of Plaintiff States; Motion to Shorten Time to Hearing Plaintiffs' Motion for Preliminary Injunction.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **April 9, 2019**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 8, 2019</u>, at San Diego, California.

| | |
|:---:|:---:|
| Charlette Sheppard | */s/ Charlette Sheppard* |
| Declarant | Signature |

**SERVICE LIST ATTACHMENT**

| | |
|---|---|
| **David Bernhardt**<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 | **Patrick M. Shanahan**<br>U.S. Department of Defense<br>1235 South Clark St, #1540<br>Arlington, VA  22202 |
| **Office of the General Counsel**<br>US Department of Homeland Security<br>3801 Nebraska Ave. NW<br>Washington, D.C. 20528 | **Richard V. Spencer**<br>1322 Patterson Ave., SouthEast, #3000<br>Washington, DC 20374 |
| **U.S. Department of Defense**<br>1235 South Clark Street, Suite 1540<br>Arlington, VA  22202 | **U.S. Department of the Treasury**<br>1500 Pennsylvania Ave., N.W.<br>Washington, D.C. 20220 |
| **Department of the Interior**<br>1849 C Street, N.W.<br>Washington DC 20240 | **President Donald J. Trump**<br>1600 Pennsylvania Ave NW<br>Washington, DC 20500 |
| **Mark T. Esper**<br>9275 Gunston Road, Suite 5<br>Fort Belvoir, Virginia 22060 | **United States of America**<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| **Steven T. Mnuchin**<br>U.S. Department of the Treasury<br>1500 Pennsylvania Ave., N.W.<br>Washington, D.C. 20220 | **United States of America**<br>U.S. Attorney's Office for the Northern District of California<br>Attn: Civil Process Clerk<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| **Kevin McAleenan**<br>US Department of Homeland Security<br>3801 Nebraska Ave., NW<br>Washington, D.C. 20528 | **Heather Wilson**<br>1500 W. Perimeter Rd., Ste. 1370<br>Andrews Air Force Base, MD  20762 |