Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

California et al.

　　　　　Plaintiff(s),

v.

Trump et al.

　　　　　Defendant(s).

Case No: 4:19-cv-00872

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Abigail Taylor, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Commonwealth of Massachusetts in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1 Ashburton Place, 20th Floor<br>Boston, Massachusetts 02108 | 1515 Clay Street, Suite 2000<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD:<br>(617) 963-2232 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD:<br>abigail.taylor@mass.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 670648.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/04/20

　　　　　　　　　　　　　　　　　　　　　Abigail Taylor
　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Abigail Taylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/9/2019

　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **May** A.D. **2008**, said Court being the highest Court of Record in said Commonwealth:

**Abigail Taylor**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **April** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116