1  XAVIER BECERRA
   Attorney General of California
2  ROBERT W. BYRNE
   SALLY MAGNANI
3  MICHAEL L. NEWMAN
   Senior Assistant Attorneys General
4  MICHAEL P. CAYABAN
   CHRISTINE CHUANG
5  EDWARD H. OCHOA
   Supervising Deputy Attorneys General
6  HEATHER C. LESLIE
   JANELLE M. SMITH
7  JAMES F. ZAHRADKA II
   LEE SHERMAN (SBN 272271)
8  Deputy Attorney General
    300 S. Spring St., Suite 1702
9   Los Angeles, CA 90013
    Telephone: (213) 269-6404
10  Fax: (213) 897-7605
    E-mail: Lee.Sherman@doj.ca.gov
11 *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; and COMMONWEALTH OF VIRGINIA; <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF | Case No.: 4:19-cv-00872 <br><br> **CERTIFICATE OF SERVICE OF ORDER [ECF DOC. 63]** <br><br> Judge: The Honorable Haywood S. Gilliam, Jr. <br> Trial Date: None Set <br> Action Filed: February 18, 2019 |

1

| | |
|---|---|
| 1 | AMERICA; U.S. DEPARTMENT OF DEFENSE; PATRICK M. SHANAHAN, in |
| 2 | his official capacity as Acting Secretary of Defense; MARK T. ESPER, in his official |
| 3 | capacity as Secretary of the Army; RICHARD V. SPENCER, in his official |
| 4 | capacity as Secretary of the Navy; HEATHER WILSON, in her official |
| 5 | capacity as Secretary of the Air Force; U.S. DEPARTMENT OF THE TREASURY; |
| 6 | STEVEN T. MNUCHIN, in his official capacity as Secretary of the Department of |
| 7 | the Treasury; U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, |
| 8 | in his official capacity as Acting Secretary of the Interior; U.S. DEPARTMENT OF |
| 9 | HOMELAND SECURITY; KIRSTJEN M. NIELSEN, in her official capacity as |
| 10 | Secretary of Homeland Security; |
| 11 | Defendants. |

2

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:19-cv-00872-HSG State of California et al v. Trump et al Order on Motion to Shorten Time |
| **Date:** | Tuesday, April 09, 2019 5:55:33 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered on 4/9/2019 at 5:53 PM and filed on 4/9/2019
**Case Name:**     State of California et al v. Trump et al
**Case Number:**   4:19-cv-00872-HSG
**Filer:**
**Document Number:** 63(No document attached)

Docket Text:
ORDER by Hon Haywood S. Gilliam, Jr. SETTING the following briefing and hearing schedule for Plaintiffs' [59] Motion for Preliminary Injunction: responses are due by April 25, 2019; replies are due by May 2, 2019; a hearing is scheduled for May 17, 2019 at 10:00 a.m. Plaintiffs' [60] Motion to Shorten Time is DENIED AS MOOT in light of this order. Plaintiffs' counsel is directed to serve Defendants with this order. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (hsglc3S, COURT STAFF) (Filed on 4/9/2019)


4:19-cv-00872-HSG Notice has been electronically mailed to:

Abigail Taylor     abigail.taylor@mass.gov

Amanda Meyer     Amanda.Meyer@ag.ny.gov

B. Eric Restuccia     restucciae@michigan.gov, gustafsonh@michigan.gov

Benjamin Daniel Battles     benjamin.battles@vermont.gov, jessica.mishaan@vermont.gov

Brittany Marie Jones     BJones2@oag.state.va.us, ktaylor@oag.state.va.us

Caleb Andrew Rush     caleb.rush.law@gmail.com, AWenzloff@atg.state.il.us, CivilAppeals@atg.state.il.us, crush@atg.state.il.us, CWells@atg.state.il.us, DFranklin@atg.state.il.us, ERobersonYoung@atg.state.il.us, JVanDam@atg.state.il.us, SKrajewski@atg.state.il.us

Cecillia Derphine Wang     cwang@aclu.org, dladin@aclu.org, mbuckley@aclu.org

Christine Chuang     christine.chuang@doj.ca.gov

Clyde James Wadsworth     Clyde.J.Wadsworth@hawaii.gov, derek.r.matsumoto@hawaii.gov, tammy.d.tam@hawaii.gov

David Jay Lyons     david.lyons@state.de.us

Edward Henry Ochoa     Ed.Ochoa@doj.ca.gov

Eric Reuel Olson     eric.olson@coag.gov

Gabe Johnson-Karp     johnsonkarpg@doj.state.wi.us, welteaj@doj.state.wi.us

Gavin Geraghty McCabe     gavin.mccabe@ag.ny.gov

Heather Colleen Leslie     heather.leslie@doj.ca.gov, Linda.Thorpe@doj.ca.gov, Paula.Corral@doj.ca.gov

Heidi Parry Stern     hstern@ag.nv.gov, rcarreau@ag.nv.gov

Henry Kantor     henry.kantor@doj.state.or.us

Jacob Daniel Campion     jacob.campion@ag.state.mn.us, pamela.hewitt@ag.state.mn.us

James F. Zahradka , II     james.zahradka@doj.ca.gov, Erica.Panoringan@doj.ca.gov, Teresa.Duenas@doj.ca.gov

Janelle M. Smith     Janelle.Smith@doj.ca.gov, Claudine.Santos@doj.ca.gov

Jeanne Nicole DeFever     nicole.defever@doj.state.or.us, aislinn.riley@doj.state.or.us, henry.kantor@doj.state.or.us, john.hopkinson@doj.state.or.us, Samantha.T.Fogel@doj.state.or.us, scott.kaplan@doj.state.or.us

Jeffrey Paul Dunlap     jdunlap@oag.state.md.us

Jeremy Feigenbaum     Jeremy.Feigenbaum@njoag.gov

Justin James Sullivan     jjsullivan@riag.ri.gov, ccole@riag.ri.gov

Lee Isaac Sherman     lee.sherman@doj.ca.gov

Matthew Colangelo     matthew.colangelo@ag.ny.gov

Matthew L. Garcia     tmaestas@nmag.gov

Michael Phillip Cayaban     mike.cayaban@doj.ca.gov, roberta.matson@doj.ca.gov

Michelle S. Kallen     SolicitorGeneral@oag.state.va.us

Susan P. Herman     susan.herman@maine.gov, laura.solisfarias@maine.gov

Tania Maestas     tmaestas@nmag.gov

**4:19-cv-00872-HSG** Please see Local Rule 5-5; Notice has NOT been electronically mailed to:

# CERTIFICATE OF SERVICE

Case Name: **California, et al. v Trump, et al. (Border Wall 2019)**   No. **4:19-cv-00872**

I hereby certify that on **April 10, 2019**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CERTIFICATE OF SERVICE OF ORDER BY HON. HAYWOOD S. GILLIAM, JR. SETTING THE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF [ECF DOC. 63]**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **April 10, 2019**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Andrew I Warden (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, D.C. 20530
**ACCEPTING SERVICE ON BEHALF OF ALL DEFENDANTS**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 10, 2019**, at San Diego, California.

| Charlette Sheppard | */s/ Charlette Sheppard* |
|---|---|
| Declarant | Signature |

SD2019100647
82141320.docx