| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior**

   b. Person served: **James Weiner, Agent, authorized person to accept service of process**
   **(Caucasian male, 55 yrs., 5'10", 161-200 lbs., Brown hair)**

   c. Address: **1849 C Street, Northwest**
   **Washington, D.C. 20240**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/19/2019**
                                                (2) at (*time*): **01:06 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Maxx Anderson**
   **Ace Attorney Service, Inc.**                f. Fee for service: $
   1413 K Street, 7th Floor
   Washington, D.C. 20005                         a. Not a Registered California process server.
   (877) 398-1798                                 (1) Employee or independent contractor.
                                                  (2) Registration No.: **N/A**
                                                  (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date: **April 5, 2019**

   _____
   (signature)

   *#1688109SI*

**PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **U.S. DEPARTMENT OF HOMELAND SECURITY**

   b. Person served: **Sam Hillhouse, Attorney Advisor, authorized person to accept service of process (Caucasian male, 30's, 5'10", 161-200 lbs., Black hair)**

   c. Address: **3801 Nebraska Avenue, Northwest
   Washington, D.C. 20016**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
                                                 (2) at (*time*): **03:50 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Maxx Anderson
   Ace Attorney Service, Inc.**
   1413 K Street, 7th Floor
   Washington, D.C. 20005
   (877) 398-1798

   f. Fee for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date: **April 5, 2019**

   _____
   (signature)

#1688121SI

**PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| **PROOF OF SERVICE** | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **U.S. DEPARTMENT OF THE DEFENSE**

   b. Person served: **Denise Shellman, Paralegal, authorized person to accept service of process (Black female, 60's, 5'9", 161-200 lbs., Brown hair)**

   c. Address: **1235 South Clark Street**
   **Arlington, Virginia 22202**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
                                                (2) at (*time*): **02:25 p.m.**

4. Person serving (*name, address, and telephone No.*):

   Maxx Anderson
   Ace Attorney Service, Inc.
   1413 K Street, 7th Floor
   Washington, D.C. 20005
   (877) 398-1798

   f. Fee for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: N/A
   (3) County: N/A

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date: **April 5, 2019**

   (signature)

   #1688125SI

**PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **U.S. DEPARTMENT OF THE INTERIOR**

   b. Person served: **James Weiner, Agent, authorized person to accept service of process**
   **(Caucasian male, 55 yrs., 5'10", 161-200 lbs., Brown hair)**

   c. Address: **1849 C Street, Northwest**
   **Washington, D.C. 20240**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/19/2019**
   (2) at (*time*): **01:06 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Maxx Anderson**
   **Ace Attorney Service, Inc.**
   1413 K Street, 7th Floor
   Washington, D.C. 20005
   (877) 398-1798

   f. Fee for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date:  **April 5, 2019**

   _____
   (signature)

   #*1688135SI*

   **PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP, in his official capacity as President of the United States of American; et al. | | |
| PROOF OF SERVICE BY CERTIFIED MAIL | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and a resident of or an employed in the county where the mailing occurred.

2. My residence or business address in (specify):
   Ace Attorney Service, Inc.
   1000 Broadway, Suite 340
   Oakland, California 94607

3. I served a copy of the following documents (specify exact title(s)):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF**

4. I served a copy of the foregoing document(s) by mailing it in a sealed envelope with postage prepaid as follows: CERTIFIED #: 7013 1090 0000 6249 0194
   a. (x) I deposited the envelope with the United States Postal Service
   b. (x) Deposited or placed (1) on (date): **March 15, 2019** (city, state): **Oakland, California**
   c. (x) Name and address as shown on the envelope (specify):

   **MARK T. ESPER,**
   in his official capacity as Secretary of the Army
   9275 Gunston Road, Suite 5
   Fort Belvoir, Virginia 22060

5. Person serving (name, address, and telephone No.):

   **Edward Zhong**
   Ace Attorney Service, Inc.
   1000 Broadway, Suite 340
   Oakland, California 94607
   (510) 465-1000

   Fee for service: $

   Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: N/A
   (3) County: N/A

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **April 4, 2019**

   _____
   (signature)

   *#1688142R*

## PROOF OF SERVICE

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (*Name*): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: **STATE OF CALIFORNIA; et al.**<br>DEFENDANT/RESPONDENT: **DONALD J. TRUMP; et al.** | | |
| **PROOF OF SERVICE** | | CASE NUMBER:<br>**4:19-cv-00872-HSG** |

1.  At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
    **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2.  a. Party served:    **STEVEN T. MNUCHIN, in his official capacity as Secretary of Treasury**

    b. Person served:   **James Little, Agent, authorized person to accept service of process**
    **(Black male, 35 yrs., 5'10", 200+ lbs., Black hair)**

    c. Address:         **1500 Pennsylvania Avenue, North West**
    **Washington, D.C. 20220**

3.  I served the party in item 2
    a.  **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
                                                  (2) at (*time*): **11:08 a.m.**

4.  Person serving (*name, address, and telephone No.*):

    **Joseph Basile**
    **Ace Attorney Service, Inc.**            f. Fee for service: $
    1413 K Street, 7th Floor
    Washington, D.C. 20005                    a. Not a Registered California process server.
    (877) 398-1798                            (1) Employee or independent contractor.
                                              (2) Registration No.: **N/A**
                                              (3) County: **N/A**

5.  I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

    Date:  **April 5, 2019**

                                              _____
                                              *(signature)*

                                                                          *#1688148SI*

| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (*Name*): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
|---|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

2. a. Party served:   **KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security**

   b. Person served:   Sam Hillhouse, Attorney Advisor, authorized person to accept service of process
   (Caucasian male, 30's, 5'10", 161-200 lbs., Black hair)

   c. Address:   3801 Nebraska Avenue, Northwest
   Washington, D.C. 20016

3. I served the party in item 2
   a.   **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
   (2) at (*time*): **03:50 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Maxx Anderson**
   Ace Attorney Service, Inc.
   1413 K Street, 7th Floor
   Washington, D.C. 20005
   (877) 398-1798

   f. Fee for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date:   **April 5, 2019**

   _____
   (*signature*)

#1688139SI

PROOF OF SERVICE

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense**

   b. Person served: **Denise Shellman, Paralegal, authorized person to accept service of process (Black female, 60's, 5'9", 161-200 lbs., Brown hair)**

   c. Address: **1235 South Clark Street**
   **Arlington, Virginia 22202**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
                                                 (2) at (*time*): **02:25 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Maxx Anderson**
   **Ace Attorney Service, Inc.**         f. Fee for service: $
   1413 K Street, 7th Floor
   Washington, D.C. 20005                  a. Not a Registered California process server.
   (877) 398-1798                          (1) Employee or independent contractor.
                                           (2) Registration No.: **N/A**
                                           (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date: **April 5, 2019**

   _(signature)_

   #*1688155SI*

**PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (*Name*): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **RICHARD V. SPENCER, in his official capacity as Secretary of the Navy**

   b. Person served: **Reneta Witcher, Agent, authorized person to accept service of process**
   **(Black female, 55 yrs., 5'6", 161-200 lbs., Salt & Pepper hair)**

   c. Address: **1322 Patterson Avenue, Southeast**
   **Washington, D.C. 20374**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
                                                 (2) at (*time*): **02:30 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Chad Haltom**
   **Ace Attorney Service, Inc.**          f. Fee for service: $
   1413 K Street, 7th Floor
   Washington, D.C. 20005                   a. Not a Registered California process server.
   (877) 398-1798                           (1) Employee or independent contractor.
                                            (2) Registration No.: **N/A**
                                            (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date: **April 5, 2019**

   _____
   (*signature*)

   *#1688157SI*

**PROOF OF SERVICE**

| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
|---|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP; et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **U.S. DEPARTMENT OF TREASURY**

   b. Person served: **James Little, Agent, authorized person to accept service of process (Black male, 35 yrs., 5'10", 200+ lbs., Black hair)**

   c. Address: **1500 Pennsylvania Avenue, North West Washington, D.C. 20220**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
                                                 (2) at (*time*): **11:08 a.m.**

4. Person serving (*name, address, and telephone No.*):

   **Joseph Basile**
   **Ace Attorney Service, Inc.**
   1413 K Street, 7th Floor
   Washington, D.C. 20005
   (877) 398-1798

   f. Fee for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date:   **April 5, 2019**

   _____
   *(signature)*

   *#1688159SI*

PROOF OF SERVICE

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PLAINTIFF/PETITIONER: **STATE OF CALIFORNIA; et al.**
DEFENDANT/RESPONDENT: **DONALD J. TRUMP, in his official capacity as President of the United States of American; et al.**

| PROOF OF SERVICE BY CERTIFIED MAIL | | CASE NUMBER:<br>4:19-cv-00872-HSG |
|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and a resident of or an employed in the county where the mailing occurred.

2. My residence or business address in *(specify)*:
   **Ace Attorney Service, Inc.**
   1000 Broadway, Suite 340
   Oakland, California 94607

3. I served a copy of the following documents *(specify exact title(s))*:
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF**

4. I served a copy of the foregoing document(s) by mailing it in a sealed envelope with postage prepaid as follows: CERTIFIED #: **7013 1090 0000 6249 0170**
   a. (x) I deposited the envelope with the United States Postal Service
   b. (x) Deposited or placed (1) on *(date)*: **March 15, 2019** *(city, state)*: **Oakland, California**
   c. (x) Name and address as shown on the envelope *(specify)*:

   **DONALD J. TRUMP,**
   **in his official capacity as President of the United States of America**
   **1600 Pennsylvania Avenue Northwest**
   **Washington, DC 20500**

5. Person serving *(name, address, and telephone No.)*:

   **Edward Zhong**
   **Ace Attorney Service, Inc.**
   1000 Broadway, Suite 340
   Oakland, California 94607
   (510) 465-1000

   Fee for service: $

   Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **April 4, 2019**

   *(signature)*

   #1688163R

**PROOF OF SERVICE**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (*Name*): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

PLAINTIFF/PETITIONER: **STATE OF CALIFORNIA; et al.**
DEFENDANT/RESPONDENT: **DONALD J. TRUMP; et al.**

**PROOF OF SERVICE**

CASE NUMBER:
**4:19-cv-00872-HSG**

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
**FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **U.S. DEPARTMENT OF JUSTICE**

   b. Person served: **David Burroughs, Mail Clerk, authorized person to accept service of process (Black male, 28-30 yrs., 5'10", 161-200 lbs., Black hair)**

   c. Address: **950 Pennsylvania Avenue, Northwest**
   **Washington, D.C. 20530**

3. I served the party in item 2
   a. **by personally delivering** the copies   (1) on (*date*): **03/18/2019**
   (2) at (*time*): **05:49 a.m.**

4. Person serving (*name, address, and telephone No.*):

   **Joseph Beatty Guthrie**
   **Ace Attorney Service, Inc.**
   1413 K Street, 7th Floor
   Washington, D.C. 20005
   (877) 398-1798

   f. Fee for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.

   Date: **April 5, 2019**

   *(signature)*

#*1688169SI*

**PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | #1689643R |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP, in his official capacity as President of the United States of American; et al. | | |
| **PROOF OF SERVICE** | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (*specify document(s)*):
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. a. Party served: **UNITED STATES OF AMERICA**

   b. Person served: **Elisa Delgado, Legal Assistant, authorized person to accept service of process (Hispanic female, 35 yrs., 5'2", 125 lbs., Brown eyes, Black hair)**

   c. Address: **1301 Clay Street, 3rd Floor**
   **Oakland, California 94612**

3. I served the party in item 2
   a. **by personally delivering** the copies    (1) on (*date*): **03/19/2019**
                                                  (2) at (*time*): **03:05 p.m.**

4. Person serving (*name, address, and telephone No.*):

   **Carlea Duque**
   **Ace Attorney Service, Inc.**
   **1000 Broadway, Suite 340**
   **Oakland, California 94607**
   **(510) 465-1000**

   f. **Fee** for service: $

   a. Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **March 27, 2019**

   _____
   (signature)

#1689643R

**PROOF OF SERVICE**

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>James F. Zahradka II, Deputy Attorney General (SBN 196822)<br>1515 Clay Street, 20th Floor<br>Oakland, California 94612-0550<br>ATTORNEY FOR (Name): Plaintiff STATE OF CALIFORNIA | (510) 879-1247 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | |
| PLAINTIFF/PETITIONER: STATE OF CALIFORNIA; et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP, in his official capacity as<br>President of the United States of American; et al. | | |
| PROOF OF SERVICE BY CERTIFIED MAIL | | CASE NUMBER:<br>4:19-cv-00872-HSG |

1. At the time of service I was at least 18 years of age and not a party to this action, and a resident of or an employed in the county where the mailing occurred.

2. My residence or business address in *(specify)*:
   **Ace Attorney Service, Inc.**
   1000 Broadway, Suite 340
   Oakland, California 94607

3. I served a copy of the following documents *(specify exact title(s))*:
   **FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNTIVE RELIEF**

4. I served a copy of the foregoing document(s) by mailing it in a sealed envelope with postage prepaid as follows: CERTIFIED #: **7014 0150 0000 7525 3581**
   a. (x) I deposited the envelope with the United States Postal Service
   b. (x) Deposited or placed (1) on *(date)*: **March 15, 2019** *(city, state)*: **Oakland, California**
   c. (x) Name and address as shown on the envelope *(specify)*:

   **HEATHER WILSON,**
   **in her official capacity as Secretary of the Air Force**
   **1500 West Perimeter Road, Suite 1370**
   **Andrews Air Force, Maryland 20762**

5. Person serving *(name, address, and telephone No.)*:

   **Edward Zhong**
   **Ace Attorney Service, Inc.**
   1000 Broadway, Suite 340
   Oakland, California 94607
   (510) 465-1000

   Fee for service: $

   Not a Registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: **N/A**
   (3) County: **N/A**

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:   **April 4, 2019**

   _____
   *(signature)*

   #*1688176R*

**PROOF OF SERVICE**