JOSEPH H. HUNT
Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>                Plaintiffs,<br><br>         v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Defendants. | No. 4:19-cv-00872-HSG<br><br>**NOTICE OF APPEARANCE** |

    Please take notice that Andrew I. Warden of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for the Defendants in the above-captioned matter, pursuant to Local Rule 11-2.

| | | |
|---|---|---|
| 1 | DATE: April 10, 2019 | Respectfully submitted, |
| 2 | | JOSEPH H. HUNT |
| 3 | | Assistant Attorney General |
| 4 | | JOHN R. GRIFFITHS<br>Director, Federal Programs Branch |
| 5 | | ANTHONY J. COPPOLINO |
| 6 | | Deputy Director, Federal Programs Branch |
| 7 | | /s/ *Andrew I. Warden*<br>ANDREW I. WARDEN (IN #23840-49) |
| 8 | | Senior Trial Counsel |
| 9 | | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 10 | | 1100 L Street, NW<br>Washington, D.C. 20530 |
| 11 | | Tel.:   (202) 616-5084<br>Fax:   (202) 616-8470 |
| 12 | | |
| 13 | | *Attorneys for Defendants* |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Notice of Appearance