JOSEPH H. HUNT
Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING PAGE LIMITS FOR PRELIMINARY INJUNCTION BRIEFS, STAYING DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINTS, AND STAYING INITIAL CASE MANAGEMENT ACTIVITY** |
| SIERRA CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Stipulation and Proposed Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Stipulation and Proposed Order

1

1    Pursuant to Local Rule 6-2 and 7-12, the Plaintiffs and Defendants in the above-

2 captioned cases stipulate and agree as follows:

3    1.  On April 4 and 8, 2019, Plaintiffs in *Sierra Club* (ECF No. 29) and *California*

4 (ECF No. 59) respectively filed separate motions for preliminary injunctions related to

5 Defendants' alleged diversion of federal funds and resources for construction of barriers along

6 the southern border of the United States.  On April 9, 2019, the Court entered orders in both

7 cases establishing a briefing and hearing schedule for the motions.  In light of the range of

8 issues to be addressed, the parties agree there is good cause to extend the page limits for the

9 parties' briefs.  The parties agree Defendants may file separate opposition briefs in both cases

10 not to exceed 35 pages.  The parties further agree that Plaintiffs in *Sierra Club* may file a reply

11 brief not to exceed 25 pages, in light of their shorter opening brief, and Plaintiffs in *California*

12 may file a reply brief not to exceed 20 pages.

13    2.  The parties further agree that any amicus briefs shall be filed on or before May 2,

14 2019 and shall not exceed 20 pages in length.

15    3.  In accordance with Federal Rule of Civil Procedure 12(a)(2) and 15(a)(3), the

16 Defendants' deadline to respond to the Amended Complaint in *California* (ECF No. 47) is April

17 22, 2019, and May 3, 2019 for the Amended Complaint in *Sierra Club* (ECF No. 26).  The

18 parties agree that Defendants' obligation to respond to the Amended Complaints shall be stayed

19 pending a ruling on the motions for preliminary injunction.  The parties further agree to file a

20 joint status report to govern further proceedings, including Defendants' response to the

21 Amended Complaints, 14 days after the Court's ruling on the motions for preliminary

22 injunction.

23    5.  On February 19, 2019 in *California* (ECF No. 5) and February 20, 2019 in *Sierra*

24 *Club* (ECF No. 5), the Court entered nearly-identical orders establishing initial case

25 management deadlines.  Plaintiffs and Defendants agree to stay all initial case management

26 activity and discovery pending the Court's resolution of the motions for preliminary injunction

27 and the parties' submission of the joint status reports to govern further proceedings in the

28 respective actions.  The parties further agree the stay includes the deadlines in the Court's initial

1   case management orders to conduct the Rule 26(f) conference by April 30; to file the Rule 26(f)

2   report and case management statement by May 14; and to provide initial disclosures by May 14.

3   The parties reserve their respective rights to seek leave of Court to lift the stay of initial case

4   management activity and discovery as appropriate.

5          6.       In light of the stay of initial case management activity and discovery, the parties

6   agree that the case management conference currently scheduled for May 21, 2019, should be

7   vacated.

8          7.       On April 8, 2019, Plaintiffs in *California* filed a Motion to Shorten Time to Hear

9   Plaintiffs' Motion for Preliminary Injunction (ECF No. 60), which the Court denied as moot in

10  setting the schedule in the *California* case in its April 9 Order (ECF No. 63). No other previous

11  extensions of time or modifications to the schedule have been requested in these cases.

12         8.       Approving this stipulation would not impact any other deadlines in this case.

13         9.       Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted

14  a declaration in support of this stipulation.

15

16         THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

17  parties, subject to the Court's approval, that:

18         (1) Defendants' oppositions to the motions for preliminary injunction shall not exceed

19  35 pages in length.  Plaintiffs in *Sierra Club* may file a reply brief not to exceed 25 pages and

20  Plaintiffs in *California* may file a reply not to exceed 20 pages.

21         (2) Any amicus briefs shall be filed on or before May 2, 2019, and shall not exceed 20

22  pages in length.

23         (3) Defendants' response to the Amended Complaints in the above-captioned cases is

24  stayed pending a ruling on the motions for preliminary injunction.  The parties shall file a joint

25  status report to govern further proceedings, including Defendants' response to the Amended

26  Complaint, 14 days after the Court's ruling on the motions for preliminary injunction.

27         (4) All initial case management activity and discovery is stayed pending resolution of

28  the motions for preliminary injunction and the parties' submission of the joint status report to

1   govern further proceedings in the respective actions.  The stay includes the deadlines in the

2   Court's initial case management orders to conduct the Rule 26(f) conference by April 30; to file

3   the Rule 26(f) report and case management statement by May 14; and to provide initial

4   disclosures by May 14.

5              (5) The case management conference currently scheduled for May 21, 2019, is vacated.

6

7    A proposed order is attached.

8

9

10

11   DATE: April 10, 2019                              Respectfully submitted,

12                                                     JOSEPH H. HUNT
                                                       Assistant Attorney General
13
                                                       JOHN R. GRIFFITHS
14                                                     Director, Federal Programs Branch

15                                                     ANTHONY J. COPPOLINO
                                                       Deputy Director, Federal Programs Branch
16
                                                       /s/ *Andrew I. Warden*
17                                                     ANDREW I. WARDEN (IN #23840-49)
                                                       Senior Trial Counsel
18                                                     U.S. Department of Justice
                                                       Civil Division, Federal Programs Branch
19                                                     1100 L Street, NW
                                                       Washington, D.C. 20530
20                                                     Tel.:   (202) 616-5084
                                                       Fax:   (202) 616-8470
21
                                                       *Attorneys for Defendants*
22

23

24                                                     /s/ *Dror Ladin*
                                                       Dror Ladin
25                                                     Noor Zafar
                                                       Jonathan Hafetz
26                                                     Hina Shamsi
                                                       Omar C. Jadwat
27                                                     American Civil Liberties Union Foundation
                                                       125 Broad Street, 18th Floor
28

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Stipulation and Proposed Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Stipulation and Proposed Order

New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2564
dladin@aclu.org
nzafar@aclu.org
jhafetz@aclu.org
hshamsi@aclu.org
ojadwat@aclu.org

*Attorneys for Plaintiffs in 4:19-cv-892-HSG*

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II

*/s/ Lee I. Sherman*
LEE I. SHERMAN
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6404
Fax: (213) 897-7605
E-mail: Lee.Sherman@doj.ca.gov

*Attorneys for Plaintiffs 4:19-cv-872-HSG*

1

2                          **DECLARATION**

3          I declare, under penalty of perjury, that the factual assertions contained in this stipulation

4    are true and correct to the best of my knowledge.

5

6                                        /s/ *Andrew I. Warden*
                                         ANDREW I. WARDEN (IN Bar No. 23840-49)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Stipulation and Proposed Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Stipulation and Proposed Order