IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.;<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.;<br><br>　　　　　　　　　　Defendants. | **ORDER ON JOINT ADMINISTRATIVE MOTION FOR RELIEF FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM**<br><br><br>Case No. 4:19-cv-00872-HSG |
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.;<br><br>　　　　　　　　　　Defendants. | Case No. 4-19-cv-00892-HSG |

1      The parties have filed a Joint Administrative Motion for Relief from Automatic Referral to the ADR Multi-Option Program. Having considered the parties' motion and all materials submitted in relation thereto, and good cause having been shown,

     IT IS THEREBY ORDERED that the parties' Joint Administrative Motion for Relief from Automatic Referral to the ADR Multi-Option Program is GRANTED;

     AND IT IS FURTHER ORDERED that the parties be, and they hereby are, excused from mandatory participation in the Court's Alternative Dispute Resolution Multi-Option Program.

**IT IS SO ORDERED.**

Dated: April 22, 2019

The Honorable Haywood S. Gilliam, Jr.

1

Order on Joint Admin. Mot. for Relief from Automatic Referral to ADR Multi-Option Program
(4:19-cv-00872-HSG; 4:19-cv-99892-HSG)