Richard Mancino (*pro hac vice pending*)
rmancino@willkie.com
Shaimaa M. Hussein (*pro hac vice pending*)
shussein@willkie.com
Matthew Dollan (*pro hac vice pending*)
mdollan@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9000

Richard D. Bernstein (*pro hac vice forthcoming*)
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (301) 775-2064
rbernsteinlaw@gmail.com

David W. Evans (Bar No. 79466)
devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for *Amicus Curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br><br>Case No. 4:19-CV-00872-HSG<br><br>P.I. Hearing Date:  May 9, 2019<br>Time:                        2:00 PM |
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>Defendants. | Case No. 4:19-CV-00892-HSG<br><br>P.I. Hearing Date:  May 9, 2019<br>Time:                        2:00 PM |

PB99-0000120
12964625.1

1

Case Nos. 4:19-CV-00872-HSG
4:19-CV-00892-HSG
NOTICE OF APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES IN THIS ACTION:**

**PLEASE TAKE NOTICE** that David W. Evans of Haight Brown & Bonesteel LLP, a member in good standing of the Bar of this Court, hereby enters his appearance as counsel of record for *Amicus Curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein.

Copies of all pleadings, notices and discovery should be served as follows:

David W. Evans, Esq.
Haight Brown & Bonesteel LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Main: 415.546.7500
Fax: 415.546.7505
Email: *devans@hbblaw.com*

Please update your proof of service lists accordingly.

Respectfully submitted,

Dated: April 23, 2019           HAIGHT BROWN & BONESTEEL LLP

By: /s/ David W. Evans
David W. Evans
Attorneys for *Amicus Curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

                                                                       */s/ Paula Johnson*
                                                                         Paula Johnson