Richard Mancino (*pro hac vice pending*)
  rmancino@willkie.com
Shaimaa M. Hussein (*pro hac vice pending*)
  shussein@willkie.com
Matthew Dollan (*pro hac vice pending*)
  mdollan@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9000

Richard D. Bernstein (*pro hac vice forthcoming*)
1875 K Street, N.W.
Washington D.C. 20006-1238
Telephone: (301) 775-2064
  rbernsteinlaw@gmail.com

David W. Evans
**HAIGHT BROWN & BONESTEEL LLP**
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 281-7624
Facsimile: (415) 546-7505
  devans@hbblaw.com

*Counsel for Amici Curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., *Defendants*. | **[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF CHRISTOPHER SHAYS, CHRISTINE TODD WHITMAN, PETER KEISLER, CARTER PHILLIPS, JOHN BELLINGER III, STANLEY TWARDY, AND RICHARD BERNSTEIN AS AMICI CURIAE IN SUPPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Case No. 4:19-CV-00872-HSG <br><br> P.I. Hearing Date:  May 9, 2019 <br> Time:  2:00 PM |
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, *Plaintiffs*, v. DONALD J. TRUMP, President of the United States, in his official capacity, et al., *Defendants*. | Case No. 4:19-CV-00892-HSG <br><br> P.I. Hearing Date:  May 17, 2019 <br> Time:  10:00 AM |

Upon consideration of the motion of Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein for leave to file as *amici curiae* in support of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the *amici curiae* brief of Christopher Shays et al. on the docket in this matter.

Dated: _____

                                                Judge Haywood S. Gilliam, Jr.
                                                UNITED STATES DISTRICT COURT JUDGE