# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et. al.*, <br><br> Defendants. | Case No.: 4:19-cv-00872-HSG <br><br> [~~PROPOSED~~] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF FORMER MEMBERS OF CONGRESS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

Upon consideration of the Consent Motion for Leave to File Brief of Former Members of Congress as *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the brief attached to amici's motion on the docket in this matter.

Dated: 5/2/2019

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge