1  **PATTERSON BELKNAP WEBB & TYLER LLP**

2  **Steven A. Zalesin (*pro hac vice* admission pending)**
   **Adeel A. Mangi (*pro hac vice* admission pending)**
3  **Zachary Kolodin (*pro hac vice* admission pending)**
   **Amir Badat (*pro hac vice* admission pending)**
4  **1133 Avenue of the Americas**
   **New York, NY 10036-6710**
5  **Tel: (212) 336-2000**
   **Fax: (212) 336-2222**
6
   **LAFAYETTE & KUMAGAI LLP**
7
   **Gary T. Lafayette (SBN 088666)**
8  **Brian H. Chun (SBN 215417)**
   **1300 Clay Street, Suite 810**
9  **Oakland, CA 94612**
   **Tel: (415) 357-4600**
10 **Fax: (415) 357-4605**

11 **Attorneys for *Amici Curiae* 58 Religious Organizations**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-00872-HSG<br><br>[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF 58 RELIGIOUS ORGANIZATIONS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION<br><br>Date:　　05/17/2019<br>Time:　　10:00 AM |

Upon consideration of the motion of 58 Religious Organizations for leave to file as *amici curiae* in support of Plaintiffs' Motion for a Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the *amici curiae* brief of 58 Religious Organizations on the docket in this matter.

Dated: 5/2/2019

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE