Elizabeth B. Wydra (Bar No. 218200)
Brianne J. Gorod
Brian R. Frazelle
Ashwin P. Phatak
Constitutional Accountability Center
1200 18th Street, NW, Suite 501
Washington, D.C. 20036
Tel.: (202) 296-6889
Fax: (202) 296-6895
elizabeth@theusconstitution.org

*Counsel for* Amici Curiae *Federal Courts Scholars*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. <br>——————————————————<br> SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action Nos. 4:19-cv-00872-HSG, 4:19-cv-00892-HSG <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION OF FEDERAL COURTS SCHOLARS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Upon consideration of the motion of federal courts scholars for leave to file as *amici curiae* in support of Plaintiffs' motions for a preliminary injunction, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file federal courts scholars' amici curiae brief on the docket in these matters.

Dated: 5/2/2019

*[signature: Haywood S. Gilliam, Jr.]*
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE