Richard Mancino (*pro hac vice*)
   rmancino@willkie.com
Shaimaa M. Hussein (*pro hac vice*)
   shussein@willkie.com
Matthew Dollan (*pro hac vice*)
   mdollan@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9000

Richard D. Bernstein (*pro hac vice pending*)
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (301) 775-2064
   rbernsteinlaw@gmail.com

David W. Evans
**HAIGHT BROWN & BONESTEEL**
Three Embarcadero Center, Suite 200
San Francisco, CA 94111
Telephone: (415) 281-7624
Facsimile: (415) 546-7505
   devans@hbblaw.com

*Counsel for Amici Curiae Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                 *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>                 *Defendants*. | [PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE* CHRISTINE TODD WHITMAN, PETER KEISLER, CARTER PHILLIPS, JOHN BELLINGER III, STANLEY TWARDY, AND RICHARD BERNSTEIN**<br><br>Case No. 4:19-CV-00872-HSG |
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>                 *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>                 *Defendants*. | Case No. 4:19-CV-00892-HSG |

Matthew Dollan seeks to withdraw as counsel *pro hac vice* for *amici curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Pro. Conduct 3-700(A)(1). As this Court finds that Mr. Dollan has submitted satisfactory reasoning for withdrawal, and that granting his Motion will not cause substantial prejudice or delay to any party.

IT IS HEREBY ORDERED THAT Matthew Dollan's Motion to Withdraw as Counsel for *amici curiae* Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein is GRANTED, and Matthew Dollan is hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: 5/9/2019

By: */s/ Haywood S. Gilliam, Jr.*

Hon. Honorable Haywood S. Gilliam, Jr.
United States District Court