JAY ALAN SEKULOW (N.D. Cal. # 496335)
   *Counsel of Record*
STUART J. ROTH*
ANDREW EKONOMOU*
JORDAN SEKULOW*
HARRY G. HUTCHISON*
MILES L. TERRY*
MARK GOLDFEDER*
BENJAMIN P. SISNEY (DC Bar # 1044721)
   (*Pro Hac Vice* Application Forthcoming)
**AMERICAN CENTER FOR LAW AND JUSTICE**
201 Maryland Avenue, NE
Washington, DC 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: sekulow@aclj.org
*Counsel for Amicus Curiae*

ROBERT H. TYLER, CA Bar No. 179572
NADA N. HIGUERA, CA Bar No. 299819
JAMES A. LONG, CA Bar No. 273735
Tyler & Bursch, LLP
25026 Las Brisas Road, Suite 110
Murrieta, California 92562
Tel: 951-600-2733
Fax: 951-600-4996
rtyler@tylerbursch.com
nhiguera@tylerbursch.com
jlong@tylerbursch.com
*Counsel for Amicus Curiae,*
  *The American Center for Law & Justice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>     Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>     Defendants. | Case Action No. 19-cv-00872-HSG<br><br>**[PROPOSED] ORDER GRANTING CONSENTED MOTION OF THE AMERICAN CENTER FOR LAW AND JUSTICE FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF IN SUPPORT OF DEFENDANTS** |

    Upon consideration of the motion of the American Center for Law and Justice for leave to file its *amicus curiae* brief in support of Defendants, it is hereby ORDERED that the motion is GRANTED.   Counsel is directed to file *Amicus Curiae* the American Center for Law and Justice's brief on the docket in this matter.

    DATED:  <u>5/13/2019</u>

                                    *Haywood S. Gill, Jr.*
                                Judge Haywood S. Gilliam, Jr.
                                UNITED STATES DISTRICT COURT JUDGE