**PATTERSON BELKNAP WEBB & TYLER LLP**

**Steven A. Zalesin** (*pro hac vice*)
**Adeel A. Mangi** (*pro hac vice*)
**Zachary Kolodin** (*pro hac vice*)
**Amir Badat** (*pro hac vice*)
**1133 Avenue of the Americas**
**New York, NY 10036-6710**
**Tel:  (212) 336-2000**
**Fax:  (212) 336-2222**

**LAFAYETTE & KUMAGAI LLP**

**Gary T. Lafayette (SBN 088666)**
**Brian H. Chun (SBN 215417)**
**1300 Clay Street, Suite 810**
**Oakland, CA 94612**
**Tel:  (415) 357-4600**
**Fax:  (415) 357-4605**

**Attorneys for *Amici Curiae* 58 Religious Organizations**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | Case No. 4:19-cv-00892-HSG |
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | Case No. 4:19-cv-00872-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE* 58 RELIGIOUS ORGANIZATIONS** |

Zachary Kolodin seeks to withdraw as counsel *pro hac vice* for *amici curiae* 58 Religious Organizations in the above-captioned cases, as required by Local R. 11-5(a) and Cal. R. Pro. Conduct 3-700(A)(1).  As the Court finds that Mr. Kolodin has submitted satisfactory reasoning for withdrawal, and that such withdrawal will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED THAT Zachary Kolodin be granted leave to withdraw as counsel for *amici curiae* 58 Religious Organizations.  The clerk shall terminate Mr. Kolodin as counsel *pro hac vice* in these proceedings, 4:19-cv-872 and 4:19-cv-892.

DATED: 5/16/2019

By: *[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge