# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et. al.<br><br>Plaintiff(s),<br><br>v.<br><br>Donald J. Trump, et. al.<br><br>Defendant(s). | Case No: 4:19-cv-00872-H<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Margaret Q. Chapple, an active member in good standing of the bar of the State of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The State of Connecticut, plaintiff in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Office of the Attorney General, P.O. Box 120, 55 Elm Street, Hartford, CT 06106 | Civil Rights Enforcement, CA Dept of Justice, 1515 Clay St., Ste 2000, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (860) 808-5316 | (510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Margaret.Chapple@ct.gov | Christine.Chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ct05550.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/15/19

Margaret Q. Chapple
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Margaret Q. Chapple is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/21/2019

Haywood S. Gill, Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# STATE OF CONNECTICUT
## JUDICIAL BRANCH

*www.jud.ct.gov*



## STATEWIDE GRIEVANCE COMMITTEE

Second Floor - Suite Two
287 Main Street, East Hartford, CT 06118-1885

**Michael P. Bowler**
**Statewide Bar Counsel**

I, Michael P. Bowler, Statewide Bar Counsel, do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *MARGARET Q. CHAPPLE*

*of*

## *GRANBY, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since December 06, 1985.

*Michael P. Bowler, Statewide Bar Counsel*
*April 10, 2019*

JDBARCERT2, REV. 4/08