**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>[~~PROPOSED~~] **ORDER ESTABLISHING SUPPLEMENTAL BRIEFING SCHEDULE FOR EL CENTRO AND TUCSON BORDER BARRIER PROJECTS** |
| SIERRA CLUB, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | |

　　Upon consideration of the parties' stipulation submitted on May 21, 2019, and for good cause shown, the Court hereby orders:

　　Plaintiffs may file on or before May 29, 2019, their respective motions, supplemental briefs, and supporting evidence in support of their request to enjoin the El Centro and Tucson projects. Defendants may file on or before June 10, 2019, their supplemental briefs and supporting evidence in opposition. Plaintiffs may file their reply briefs on or before June 13, 2019.

**IT IS SO ORDERED**

　　DATED: 5/23/2019

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – ~~Proposed~~ Order
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – ~~Proposed~~ Order

1