**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

STATE OF CALIFORNIA, *et al.*,

    Plaintiffs,

  v.

DONALD J. TRUMP, *et al.*,

    Defendants.

No. 4:19-cv-00872-HSG

[~~PROPOSED~~] ORDER

The Court, having considered the Joint Motion for Certain Parties to Appear at the Case Management Conference Telephonically, hereby **GRANTS** the motion. Counsel shall contact Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**, this ____30th___ day of _____May___, 2019.

Dated: ____5/30/2019____

*/s/ Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.

United States District Judge