XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
BRIAN J. BILFORD
NOAH M. GOLDEN-KRASNER
SPARSH S. KHANDESHI
HEATHER C. LESLIE
JANELLE M. SMITH
JAMES F. ZAHRADKA II
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
 300 S. Spring St., Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6404
 Fax: (213) 897-7605
 E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA et al.;**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America et al.;**<br><br>Defendants. | Case No. 4:19-cv-00872-HSG<br><br>**RE-NOTICE OF PLAINTIFF STATES OF CALIFORNIA AND NEW MEXICO'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SECTIONS 284, 8005, AND 9002**<br><br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Hearing Date: None Set Per Court Order<br>Trial Date: None Set<br>Action Filed: February 18, 2019 |

1

Re-Notice of Pl. States of California and New Mexico's Mot. For Partial Summ. J. (4:19-cv-00872-HSG)

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff States of California and New Mexico hereby submit their Notice of Motion for Partial Summary Judgment regarding Sections 284, 8005, and 9002, ECF No. 176.  Plaintiffs previously set a hearing in the docket-entry in ECF for 9:00 AM on October 24, 2019 in Courtroom 2 of the above-captioned Court, 1301 Clay Street, Oakland, CA 94612.  Pursuant to this Court's June 7, 2019 Scheduling Order, ECF No. 174, "Plaintiffs' motions for partial summary judgment/permanent injunction on the Section 284 and 8005 issues will be deemed submitted upon the completion of briefing" and "[t]he Court will notify the parties if a hearing is necessary."

Dated:  June 14, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
SALLY MAGNANI
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
EDWARD H. OCHOA
Supervising Deputy Attorneys General
BRIAN J. BILFORD
NOAH M. GOLDEN-KRASNER
SPARSH S. KHANDESHI
JANELLE M. SMITH
JAMES F. ZAHRADKA II

/s/ Lee I. Sherman

LEE I. SHERMAN
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

2

Re-Notice of Pl. States of California and New Mexico's Mot. For Partial Summ. J.  (4:19-cv-00872-HSG)