Douglas N. Letter, *General Counsel*
Todd B. Tatelman, *Deputy General Counsel*
Megan Barbero, *Associate General Counsel*
Josephine Morse, *Associate General Counsel*
Kristin A. Shapiro, *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
douglas.letter@mail.house.gov

*Counsel for Amicus Curiae the United States House of Representatives*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA *et al.*, | Case No. 4:19-cv-00872-HSG |
| *Plaintiffs*, | M.S.J. Hearing Date:  August 29, 2019<br>Time:  2:00 PM |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, | **CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF THE UNITED STATES HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE*** |
| *Defendants*. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The U.S. House of Representatives respectfully moves for leave to file the attached memorandum as *amicus curiae* in the above-captioned matter. Plaintiffs and defendants consent to the House's motion. A copy of the House's proposed *amicus curiae* brief and a proposed order are attached.

The House's motion for leave to file as *amicus curiae* should be granted because the House has a compelling institutional interest in this case, which involves the Executive Branch defendants' unconstitutional expenditure of funds to build a wall along the southern border of the United States without a valid Congressional appropriation. To protect its interests, the Court granted the House permission to, and the House did file, an amicus brief in support of plaintiffs' motion for a preliminary injunction, and the House presented argument on that motion. *See* Consent Mot. for Leave to File Amicus Brief, *Sierra Club v. Trump et al.*, No. 4:19-cv-00892 (N.D. Cal. Apr. 12, 2019), ECF No. 45. The House now seeks leave to file a brief in support of plaintiffs' motion for partial summary judgment for the same reasons.

The House respectfully submits that its *amicus* brief will aid the Court's understanding of the Congressional appropriations issues presented here. The House is well-positioned to provide this Court with unique insight into the appropriations process. As part of the Legislative Branch, the House offers a perspective distinct from the parties, which is particularly important given the separation-of-powers concerns implicated by this action. Accordingly, the House should be granted leave to participate as *amicus* curiae.

**CONCLUSION**

For the foregoing reasons, the House's motion for leave to file the attached memorandum as *amicus curiae* should be granted.

Respectfully submitted,

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER
   *General Counsel*
TODD B. TATELMAN
   *Deputy General Counsel*
MEGAN BARBERO
   *Associate General Counsel*
JOSEPHINE MORSE
   *Associate General Counsel*
KRISTIN A. SHAPIRO
   *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL[*]
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
douglas.letter@mail.house.gov

*Counsel for Amicus Curiae the United States House of Representatives*

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I caused the foregoing document to be filed via the U.S. District Court for the Northern District of California's CM/ECF system, which I understand caused service on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter