# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 4:19-cv-00872-HSG<br><br>[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF THE UNITED STATES HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE* |

Upon consideration of the motion of the United States House of Representatives for Leave to File Memorandum of the United States House of Representatives as *Amicus Curiae* in the above-captioned matter, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file the House's *amicus curiae* brief on the docket in this matter.

Dated: 6/18/2019

*/s/ Haywood S. Gilliam, Jr.*
Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE