JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**JOINT STATUS REPORT REGARDING DEFENDANTS' CONSTRUCTION PLANS** |
| SIERRA CLUB, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Joint Status Report
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Joint Status Report

1    The parties hereby notify the Court, on June 27, 2019, Defendants represented to
2 Plaintiffs that if an injunction is not in place by July 1, they will immediately proceed with the El
3 Centro and Tucson border barrier projects as early as the morning of July 1.  This is consistent
4 with Defendants' previous representation to the Court that construction would not begin before
5 July 1.  Accordingly, the parties have been in discussions regarding potential motions Plaintiffs
6 may file seeking a temporary restraining order to enjoin the funding and construction of the El
7 Centro and Tucson border barrier projects until the Court rules on the pending cross-motions for
8 summary judgment.
9    The parties do not want to burden the Court unnecessarily with an emergency motion
10 over the weekend.  If, however, the Court intends to issue its decision on or after July 1, the
11 parties jointly and respectfully request the Court indicate its anticipated timeline for a decision so
12 that the parties can confer on whether motions for emergency relief are necessary.

DATE: June 28, 2019

Respectfully submitted,

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel

KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

|   |   |
|---|---|
| 1 | |
| 2 | /s/ *Dror Ladin*<br>Dror Ladin |
| 3 | Noor Zafar<br>Jonathan Hafetz |
| 4 | Hina Shamsi<br>Omar C. Jadwat |
| 5 | American Civil Liberties Union Foundation |
| 6 | 125 Broad Street, 18th Floor<br>New York, NY 10004 |
| 7 | Tel.: (212) 549-2660 |
| 8 | Fax: (212) 549-2564<br>dladin@aclu.org |
| 9 | nzafar@aclu.org<br>jhafetz@aclu.org |
| 10 | hshamsi@aclu.org<br>ojadwat@aclu.org |
| 11 | |
| 12 | *Attorneys for Plaintiffs in 4:19-cv-892-HSG* |
| 13 | XAVIER BECERRA |
| 14 | Attorney General of California<br>ROBERT W. BYRNE |
| 15 | SALLY MAGNANI<br>MICHAEL L. NEWMAN |
| 16 | Senior Assistant Attorneys General<br>MICHAEL P. CAYABAN |
| 17 | CHRISTINE CHUANG |
| 18 | EDWARD H. OCHOA<br>Supervising Deputy Attorneys General |
| 19 | HEATHER C. LESLIE<br>JANELLE M. SMITH |
| 20 | JAMES F. ZAHRADKA II |
| 21 | |
| 22 | /s/ *Lee I. Sherman*<br>LEE I. SHERMAN |
| 23 | Deputy Attorneys General<br>300 S. Spring St., Suite 1702 |
| 24 | Los Angeles, CA 90013 |
| 25 | Telephone: (213) 269-6404<br>Fax: (213) 897-7605 |
| 26 | E-mail: Lee.Sherman@doj.ca.gov |
| 27 | *Attorneys for Plaintiff State of California  4:19-cv-* |
| 28 | *872-HSG* |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Joint Status Report
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Joint Stats Report

3