UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00872-HSG<br><br>**JUDGMENT** |

On June 28, 2019, the Court granted in part and denied in part Plaintiffs California and New Mexico's motion for partial summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS partial judgment in favor of California and New Mexico and against Defendants on the grounds stated in the Court's order. *See* Dkt. No. 185. As discussed in that order, the Court certifies this judgment for immediate appeal pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 6/28/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge