JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br><br> **NOTICE OF APPEAL** |

1  PLEASE TAKE NOTICE that Defendants Donald J. Trump, President of the United
2  States; Mark T. Esper, Acting Secretary of Defense; Kevin K. McAleenan, Acting Secretary of
3  Homeland Security; David Bernhardt, Acting Secretary of the Interior; Steven T. Mnuchin,
4  Secretary of the Treasury; Heather A. Wilson, Secretary of the Air Force; Richard V. Spencer,
5  Secretary of the Air Force; David Bernhardt, Secretary of the Interior; Ryan D. McCarthy, Senior
6  Official Performing the Duties of the Secretary of the Army; the Department of Defense; the
7  Department of Homeland Security; the Department of the Treasury; the Department of the Interior;
8  and the United States of America hereby appeal to the United States Court of Appeals for the Ninth
9  Circuit from the Court's Order granting In Part and Denying In Part Plaintiffs' Motion for Partial
10 Summary Judgment, Denying Defendant's Motion For Partial Summary Judgment, and Certifying
11 Judgment For Appeal and Directing Entry of Final Judgment under Rule 54(b) (ECF No. 185),
12 and the associated Judgment (ECF No. 186).

DATE:  June 29, 2019

Respectfully submitted,

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN G. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)

RACHAEL L. WESTMORELAND
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:    (202) 616-8470