JAMES M. BURNHAM
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR TREASURY FORFEITURE FUND** |
| SIERRA CLUB, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Administrative Record for TFF
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Administrative Record for TFF

Defendants hereby submit the Administrative Record and Certification of the Administrative Record supporting the Department of the Treasury's decision to authorize $601 million in strategic support funding from the Treasury Forfeiture Fund to the U.S. Customs and Border Protection to support law enforcement border security efforts.

DATE: July 1, 2019　　　　　　　　　　　Respectfully submitted,

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel

KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:　(202) 616-5084
Fax:　(202) 616-8470
*Attorneys for Defendants*

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Administrative Record for TFF
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Administrative Record for TFF