## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Melissa Nasrah, Legal Counsel for the Department of the Treasury's Executive Office of Asset Forfeiture (TEOAF), hereby certify that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents TEOAF relied upon to authorize $601 million in strategic support funding to the U.S. Customs and Border Patrol to support law enforcement border security efforts.

Date: July 1, 2019

Melissa Nasrah
Legal Counsel
Treasury Executive Office for Asset Forfeiture