U.S. CUSTOMS AND BORDER PROTECTION

BORDER WALL PROGRAM



## Strategic Support Fund Proposal Template

**Name of Proposal**: _____ Border Wall Funding
**Requested Dollar Amount**: _____ $681 million_____

### PURPOSE
The purpose of this request for funding is to provide U.S. Customs and Border Protection (CBP) with additional funding to support the U.S. Border Patrol's (USBP) $18 billion requirement for impedance and denial created through the construction of border wall system.

Since January 25, 2017, CBP has been working in partnership with the United States Army Corps of Engineers (USACE) to implement President Trump's Executive Order (EO) 13767, *Border Security and Immigration Enforcement Improvements*, and the directive to "take steps to immediately plan, design, and construct a physical wall along the southern border, using appropriate materials and technology to most effectively achieve complete operational control of the southern border." These efforts include the construction of new infrastructure and the replacement of current border infrastructure with new and more effective systems. The capability new border wall system provides is necessary to achieving and maintaining operational control of the Southwest border as required not only by EO 13767 but also to successfully execute USBP's law enforcement mission.

After receipt of $341 million in the Fiscal Year (FY) 2017 enacted budget in May 2017 for border wall, CBP began construction exceptionally quickly, in some locations in as little as nine months from funding to building, a process that commonly takes two years or more in other parts of Government. As of December 22, approximately 35 of the 40 funded miles in FY 2017 have been completed.

In FY 2018, Congress appropriated $1.375 billion to construct approximately 84 miles of new and replacement border wall. By December 30, 2018, contract awards will be made in the amount of nearly $1 billion of CBP's FY18 funds.

### FUNCTIONS/ACTIVITIES
CBP requests $681 million to support approximately miles of border wall construction. CBP's priorities are scalable and the DHS cost estimate for new border wall system in the Rio Grande Valley Sector, the current top unfunded priority for the Border Patrol, estimated at $24.5 million per mile depending upon location. This is for steel bollard wall with a height of 18 to 30 feet. Height differs location to location based on the requirement identified by USBP. Anticlimb features including but not limited to a five foot anti-climb plate may also be required in some locations.

CBP requests that the period of availability for this funding is for an extended period (no less than five years, preferably no year funds). This will reduce the administrative burden, ensures

funding is available when needed for obligation and provides flexibility in execution. Additionally, the acquisition for real estate generally takes approximately 12 to 21 months, but can take longer and in some cases can extend for 5 or more years, making the longer period of critical to ensure CBP can pay land owners fair market value, as required by the Fifth Amendment, and to ensure that there are no execution impacts.

**USER COMMUNITY**
Since the first barriers were constructed in San Diego Sector in 1991, USBP field commanders have continued to advocate for border wall and the enduring capability it creates – the ability to impede and/or deny attempted illegal entries while creating additional time to carry out a law enforcement resolution. However, since 2008 CBP has received little funding to replace border barriers and no funding to expand the border wall's footprint into operationally necessary locations. With the addition of this funding, it will provide the necessary infrastructure to improve USBP's ability to impede and deny illegal border crossings and the drug and human smuggling activities of transnational criminal organizations.

**DURATION OF THE PROPOSAL**
CBP requests that the period of availability for this funding be for an extended period (no less than five years, preferably no year funds).

**TIMELINE**
As soon as funding is received, the majority of the funding will be added to Economy Act Agreement with the U.S. Army Corps of Engineers (USACE) to immediately begin the procurement, real estate, and environmental planning for the projects. CBP began construction exceptionally quickly for FY 2017, in some locations in as little as nine months from funding to building, a process that commonly takes two years or more in other parts of Government.

**PRIOR FUNDING**
CBP received $641 million in FY 2018 to construct new border wall system in the Rio Grande Valley and have been or are in the process of being placed on contracts to construct ~22 miles of new border wall system in the Rio Grande Valley.

CBP requested an additional $1.6 billion as part of the FY 2019 President's Budget to construct ~65 new miles of border wall system in the Rio Grande Valley.

CBP has ~127 miles of total requirements for new border wall system in the Rio Grande Valley. Therefore, even if the FY 2019 President's Budget request were to be funded in it's entirely, CBP would still require additional funding to construct new border wall in the Rio Grande Valley, its highest priority location on the Southwest Border.

**BUDGET**

| Description | Miles | Rough Order of Magnitude | Required Funding |
|---|---|---|---|
| Border Wall System | ~27.8 | $24.5 million per mile | $681 million |
| Total | ~27.8 | | **$681 million** |

FOR OFFICIAL USE ONLY

**CONTRACT VEHICLE**
Funding to support this initiative will be obligated via an Economy Act Agreement to USACE.

**CIO INVOLVEMENT (For IT Proposals Only)**
None.

**POINT OF CONTACT**
Ruynard Singleton, Executive Director, USBP Program Management Office Directorate, (202) 325-3485, ruynard.r.singleton@cbp.dhs.gov
Ntina Cooper, Deputy Director, USBP Strategic Planning and Analysis Division, (202) 344-1417, NTINA.K.COOPER@cbp.dhs.gov

U.S. CUSTOMS AND BORDER PROTECTION

BORDER WALL PROGRAM



## Strategic Support Fund Proposal Template

**Name of Proposal**: _____ Border Wall Funding
**Requested Dollar Amount**: _____ $681 million_____

### PURPOSE
The purpose of this request for funding is to provide U.S. Customs and Border Protection (CBP) with additional funding to support the U.S. Border Patrol's (USBP) $18 billion requirement for impedance and denial created through the construction of border wall system.

Since January 25, 2017, CBP has been working in partnership with the United States Army Corps of Engineers (USACE) to implement President Trump's Executive Order (EO) 13767, *Border Security and Immigration Enforcement Improvements*, and the directive to "take steps to immediately plan, design, and construct a physical wall along the southern border, using appropriate materials and technology to most effectively achieve complete operational control of the southern border." These efforts include the construction of new infrastructure and the replacement of current border infrastructure with new and more effective systems. The capability new border wall system provides is necessary to achieving and maintaining operational control of the Southwest border as required not only by EO 13767 and to successfully execute USBP's law enforcement mission.

After receipt of $341 million in the Fiscal Year (FY) 2017 enacted budget in May 2017 for border wall, CBP began construction exceptionally quickly, in some locations in as little as nine months from funding to building, a process that commonly takes two years or more in other parts of Government. As of December 22, approximately 35 of the 40 funded miles in FY 2017 have been completed.

In FY 2018, Congress appropriated $1.375 billion to construct approximately 84 miles of new and replacement border wall. By December 30, 2018, contract awards will be made in the amount of nearly $1 billion of CBP's FY18 funds.

### FUNCTIONS/ACTIVITIES
CBP requests $681 million to support approximately 28 miles of border wall construction. CBP's priorities are scalable and the DHS cost estimate for new border wall system in the Rio Grande Valley Sector, the current top unfunded priority for the Border Patrol, estimated at $24.5 million per mile depending upon location. The system is anchored by a steel bollard wall with a height of 18 to 30 feet. Height differs location to location based on the requirement identified by USBP. Anticlimb features including but not limited to a five foot anti-climb plate may also be required in some locations. The system also includes but is not limited to complementary roads, lighting, detection technology as well as the acquisition of the required real estate interests to construct.

CBP requests that the period of availability for this funding is for an extended period (no less than five years, preferably no year funds). This will reduce the administrative burden, ensures funding is available when needed for obligation and provides flexibility in execution. Additionally, the acquisition for real estate generally takes approximately 12 to 21 months, but can take longer and in some cases can extend for 5 or more years, making the longer period of critical to ensure CBP can pay land owners fair market value, as required by the Fifth Amendment, and to ensure that there are no execution impacts.

The construction of physical wall is a "law enforcement activity" under 31 U.S.C. § 9705(g)(4)(B) as the purpose of such barriers is to enforce Federal immigration law by deterring illegal crossing into the United States.

**USER COMMUNITY**
Since the first barriers were constructed in San Diego Sector in 1991, USBP field commanders have continued to advocate for border wall and the enduring capability it creates – the ability to impede and/or deny attempted illegal entries while creating additional time to carry out a law enforcement resolution. However, since 2008 CBP has received little funding to replace border barriers and no funding to expand the border wall's footprint into operationally necessary locations. With the addition of this funding, it will provide the necessary infrastructure to improve USBP's ability to impede and deny illegal border crossings and the drug and human smuggling activities of transnational criminal organizations.

**DURATION OF THE PROPOSAL**
CBP requests that the period of availability for this funding be for an extended period (no less than five years, preferably no year funds).

**TIMELINE**
As soon as funding is received, the majority of the funding will be added to Economy Act Agreement with the U.S. Army Corps of Engineers (USACE) to immediately begin the procurement, real estate, and environmental planning for the projects. CBP began construction exceptionally quickly for FY 2017, in some locations in as little as nine months from funding to building, a process that commonly takes two years or more in other parts of Government.

**PRIOR FUNDING**
CBP received $641 million in FY 2018 to construct new border wall system in the Rio Grande Valley and have been or are in the process of being placed on contracts to construct ~22 miles of new border wall system in the Rio Grande Valley.

CBP requested an additional $1.6 billion as part of the FY 2019 President's Budget to construct ~65 new miles of border wall system in the Rio Grande Valley.

CBP has ~127 miles of total requirements for new border wall system in the Rio Grande Valley. Therefore, even if the FY 2019 President's Budget request were to be funded in it's entirely, CBP would still require additional funding to construct new border wall in the Rio Grande Valley, its highest priority location on the Southwest Border.

**BUDGET**

| Description | Miles | Rough Order of Magnitude | Required Funding |
|---|---|---|---|
| Border Wall System | ~27.8 | $24.5 million per mile | $681 million |
| Total | ~27.8 | | **$681 million** |

**CONTRACT VEHICLE**
Funding to support this initiative will be obligated via an Economy Act Agreement to USACE.

**CIO INVOLVEMENT (For IT Proposals Only)**
None.

**POINT OF CONTACT**
Ruynard Singleton, Executive Director, USBP Program Management Office Directorate, (202) 325-3485, ruynard.r.singleton@cbp.dhs.gov
Ntina Cooper, Deputy Director, USBP Strategic Planning and Analysis Division, (202) 344-1417, NTINA.K.COOPER@cbp.dhs.gov

| (dollars in millions) | Treasury Forfeiture Fund FY 2019 | |
|---|---|---|
| **Sources** | | |
| Carryover from FY 2018 | 974.785 | includes sequestration restoration |
| expected revenue | 514.031 | includes impact of FY 2019 sequestration |
| total sources | 1,488.816 | |
| Contingent Liabilities | 393.891 | reserved for known remissions payments and equitable sharing |
| total sources excluding contingent liabilities | 1,094.925 | |
| **Uses** | | |
| Planned mandatory spending for Fund Operations | 552.678 | Includes business expenses, remissions, equitable sharing with state and local law enforcement and already obligated |
| Minimum carryover needed to operate the fund in FY 2020 prior to new collections | 100.000 | |
| balance for possible rescission or law enforcement support | 442.247 | |
| FY 2019 rescission | 200.000 | |
| Remaining Balance - first tranche | 242.247 | |
| Expected deposit (timing unknown) - second tranche | 359.000 | As part of a settlement with Société Générale the Fund will eventually receive $359M. The timing of this deposit is uncertain and depends on action by Justice and/or the courts |
| **Balance Available for border security assuming new deposit** | **601.247** | |

TREASURY FORFEITURE FUND
FY 2018 FINANCIAL PLAN - SOURCES & USES OF FUNDS REPORT
FOR THE PERIOD ENDING December 31, 2018

**REVENUE (in Millions)**

| AGENCY/MAJOR CASES | ACTUALS YEAR-TO-DATE (YTD) - Dec | | |
|---|---|---|---|
| | Direct Revenue | *Reverse Asset Sharing* | Total Actuals Revenue |
| U.S. Immigration and Customs Enforcement | 27.835 | *0.620* | 28.454 |
| U.S. Customs and Border Protection | 8.589 | *0.585* | 9.174 |
| Internal Revenue Service | 18.859 | *0.514* | 19.373 |
| U.S. Secret Service | 13.910 | *0.006* | 13.916 |
| U.S. Coast Guard | 0.000 | *0.000* | 0.000 |
| Alcohol and Tobacco Tax and Trade Bureau | 0.000 | *0.000* | 0.000 |
| **Totals** | **69.193** | ***1.725*** | **70.918** |

**Sources**

|  | YTD Actuals |
|---|---|
| • Carryover from FY 2018 | 825.172 |
| • Restoration of Prior Year Sequestration Reduction | 84.405 |
| • Restoration of Prior Year Sequestration of Restored Rescission | 65.208 |
| • Permanent Rescission (Pending for Hill Action) | 0.000 |
| • Sequestration (6.2% of anticipated revenue) | (5.253) |
| • Recoveries of Prior Year Obligations | 0.727 |
| • Direct Revenue (Bases & Major Cases) | 69.193 |
| • Reverse Asset Sharing | 1.725 |
| • Interest Earned | 13.810 |
| **Total Sources** | **1,054.987** |

**Uses**

|  | YTD - Obligations (SF133) |
|---|---|
| • Mandatory: | 168.248 |
|   - *Business Expenses (non-add)* | *129.897* |
|   - *Remissions (non-add)* | *36.569* |
|   - *Equitable Sharing (non-add)* | *1.782* |
| • Secretary's Enforcement Fund | 22.316 |
| • Anticipated Strategic Support *(formerly known as Super Surplus)* | 0.000 |
| • FY 2018 Strategic Support *(formerly known as Super Surplus) to be obligated in FY 2019* | 2.590 |
| **Total Uses Approved/Obligations** | **193.155** |
| Estimated Carryover to FY 2020 | 861.832 |
| less: Reserve for Anticipated Contingent Liabilities for Remissions Payments | (314.108) |
| less: Reserve for Anticipated Contingent Liabilities for Equitable Sharing | (80.347) |
| **Net Carryover Available for Obligation** | **467.377** |

| CONTINGENT LIABILITIES - MINOR CASES (below $5M) | | |
|---|---|---|
| AGENCY | DEC LIABILITY AMOUNT | EXPENSE CATEGORY |
| CBP | $ 188,464.12 | Remission payments |
| ICE | $ 26,879,716.80 | Remission payments |
| IRS-CI | $ 51,341,580.33 | Remission payments |
| USSS | $ 18,884,044.21 | Remission payments |
| **Total Minor Cases** | *$ 97,293,805.46* | |

| CONTINGENT LIABILITIES - MAJOR CASES ($5M+) | | |
|---|---|---|
| AGENCY | DEC LIABILITY AMOUNT | EXPENSE CATEGORY |
| CBP | $ - | |
| | $ - | |
| ICE | $ 34,650,221.35 | |
| | $ 24,350,221.35 | Remission payments |
| | $ 10,300,000.00 | Remission payments |
| IRS-CI | $ 122,559,547.23 | |
| | $ 122,559,547.23 | Remission payments |
| USSS | $ 59,604,635.56 | |
| | $ 15,389,064.08 | Remission payments |
| | $ 14,737,930.00 | Remission payments |
| | $ 10,112,765.00 | Remission payments |
| | $ 11,495,388.21 | Remission payments |
| | $ 7,869,488.27 | Remission payments |
| **Total Major Cases** | $ 216,814,404.14 | |

| CONTINGENT LIABILITIES - EQUITABLE SHARING* | | |
|---|---|---|
| AGENCY | DEC LIABILITY AMOUNT | EXPENSE CATEGORY |
| CBP Cases | $ - | Equitable Sharing |
| ICE Cases | $ 47,800,789.12 | Equitable Sharing |
| IRS Cases | $ 32,537,309.46 | Equitable Sharing |
| USSS Cases | $ 8,714.16 | Equitable Sharing |
| **Total Equitable Sharing** | $ 80,346,812.74 | |

* Equitable sharing payments go to state and local law enforcement supporting federal forfeiture cases.

| **TOTAL CONTINGENT LIABILITIES** | $ 394,455,022.34 | |
|---|---|---|

TREASURY FORFEITURE FUND
FY 2018 FINANCIAL PLAN - SOURCES & USES OF FUNDS REPORT
FOR THE PERIOD ENDING January 31, 2018

**REVENUE (in Millions)**

| AGENCY/MAJOR CASES | ESTIMATES | | | ACTUALS YEAR-TO-DATE (YTD) - Jan | | |
|---|---|---|---|---|---|---|
| | Direct Revenue | Reverse Asset Sharing | Total Estimated Revenue | Direct Revenue | Reverse Asset Sharing | Total Actuals Revenue |
| U.S. Immigration and Customs Enforcement | 265.646 | 2.557 | 268.203 | 47.458 | 1.289 | 48.747 |
| U.S. Customs and Border Protection | 45.390 | 1.091 | 46.480 | 10.956 | 0.680 | 11.637 |
| Internal Revenue Service | 143.028 | 9.817 | 152.845 | 29.353 | 1.207 | 30.560 |
| U.S. Secret Service | 28.971 | 0.555 | 29.526 | 16.091 | 0.057 | 16.149 |
| U.S. Coast Guard | 0.000 | 0.005 | 0.005 | 0.000 | 0.000 | 0.000 |
| Alcohol and Tobacco Tax and Trade Bureau | 0.000 | 0.037 | 0.037 | 0.000 | 0.000 | 0.000 |
| **Totals** | **483.034** | **14.061** | **497.096** | **103.858** | **3.234** | **107.093** |

**Sources**

| | Estimates as of October 17, 2018 | YTD Actuals |
|---|---|---|
| • Carryover from FY 2018 | 825.172 | 825.172 |
| • Restoration of Prior Year Sequestration Reduction | 84.405 | 84.405 |
| • Restoration of Prior Year Sequestration of Restored Rescission | 65.208 | 65.208 |
| • Permanent Rescission (Pending for Hill Action) | (200.000) | 0.000 |
| • Sequestration (6.2% of anticipated revenue) | (55.000) | (8.068) |
| • Recoveries of Prior Year Obligations | 18.000 | 3.596 |
| • Direct Revenue (Bases & Major Cases) | 483.034 | 103.858 |
| • Direct Revenue (additional anticipated forfeitures that may come in FY 2019) [3] | 359.000 | |
| • Reverse Asset Sharing | 14.061 | 3.234 |
| • Interest Earned | 31.000 | 23.039 |
| **Total Sources** | **1,624.881** | **1,100.445** |

**Uses**

| | Approved | YTD - Obligations [2] |
|---|---|---|
| • Mandatory: [1] | | |
| - *Business Expenses (non-add)* | 527.772 | 183.440 |
| - *Remissions (non-add)* | 251.673 | 137.760 |
| - *Equitable Sharing (non-add)* | 148.996 | 42.693 |
| • Secretary's Enforcement Fund | 127.103 | 2.987 |
| • Strategic Support *(formerly known as Super Surplus) first tranche* [3] | 22.316 | 22.316 |
| • Strategic Support *(formerly known as Super Surplus) second tranche* [3] | 242.000 | 0.000 |
| • FY 2018 Strategic Support *(formerly known as Super Surplus) to be obligated in FY 2019* | 359.000 | |
| **Total Uses Approved/Obligations** | **1,153.678** | **208.346** |
| Estimated Carryover to FY 2020 | 471.203 | 892.099 |
| less: Reserve for Anticipated Contingent Liabilities for Remissions Payments | (300.000) | (310.492) |
| less: Reserve for Anticipated Contingent Liabilities for Equitable Sharing | (100.000) | (78.056) |
| **Net Carryover Available for Obligation** | **71.203** | **503.550** |

[1] Note that actual Mandatory obligations may be higher, if Contingent Liabilities are obligated in FY 2019.

[2] January year-to-date actuals are provisional amounts at this point as the official January accounting closing has been postponed to March due to government shutdown.

[3] Treasury submitted a strategic support plan to the committees including two tranches. The first tranche of up to $242 million will be available for obligation 15 days after Treasury's plan was submitted. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

| AGENCY | CONTINGENT LIABILITIES - MINOR CASES (below $5M) | | | | | EXPENSE CATEGORY |
|---|---|---|---|---|---|---|
| | DEC LIABILITY AMOUNT | JAN LIABILITY AMOUNT | CHANGE FROM DEC | | | |
| | | | AMOUNT | % | | |
| CBP | $ 188,464.12 | $ 188,464.12 | $ - | 0.0% | Remission payments | |
| ICE | $ 26,879,716.80 | $ 26,879,716.80 | $ - | 0.0% | Remission payments | |
| IRS-CI | $ 51,341,580.33 | $ 51,851,407.26 | $ 509,826.93 | 1.0% | Remission payments | |
| USSS | $ 18,884,044.21 | $ 18,884,044.21 | $ - | 0.0% | Remission payments | |
| **Total Minor Cases** | *$ 97,293,805.46* | *$ 97,803,632.39* | *$ 509,826.93* | *0.5%* | | |

| AGENCY | CONTINGENT LIABILITIES - MAJOR CASES ($5M+) | | | | EXPENSE CATEGORY |
|---|---|---|---|---|---|
| | DEC LIABILITY AMOUNT | JAN LIABILITY AMOUNT | CHANGE FROM DEC | | |
| **CBP** | $ - | $ - | $ - | NA | |
| | $ - | $ - | $ - | NA | |
| **ICE** | $ 34,650,221.35 | $ 34,650,221.35 | $ - | 0.0% | |
| | $ 24,350,221.35 | $ 24,350,221.35 | $ - | 0.0% | Remission payments |
| | $ 10,300,000.00 | $ 10,300,000.00 | $ - | 0.0% | Remission payments |
| **IRS-CI** | $ 122,559,547.23 | $ 122,559,547.23 | $ - | 0.0% | |
| | $ 122,559,547.23 | $ 122,559,547.23 | $ - | 0.0% | Remission payments |
| **USSS** | $ 59,604,635.56 | $ 55,479,080.56 | $ (4,125,555.00) | -6.9% | |
| | $ 15,389,064.08 | $ 15,389,064.08 | $ - | 0.0% | Remission payments |
| | $ 14,737,930.00 | $ 10,612,375.00 | $ (4,125,555.00) | -28.0% | Remission payments |
| | $ 10,112,765.00 | $ 10,112,765.00 | $ - | 0.0% | Remission payments |
| | $ 11,495,388.21 | $ 11,495,388.21 | $ - | 0.0% | Remission payments |
| | $ 7,869,488.27 | $ 7,869,488.27 | $ - | 0.0% | Remission payments |
| **Total Major Cases** | **$ 216,814,404.14** | **$ 212,688,849.14** | **$ (4,125,555.00)** | **-1.9%** | |

| AGENCY | CONTINGENT LIABILITIES - EQUITABLE SHARING* | | | | EXPENSE CATEGORY |
|---|---|---|---|---|---|
| | DEC LIABILITY AMOUNT | JAN LIABILITY AMOUNT | CHANGE FROM DEC | | |
| CBP Cases | $ - | $ - | $ - | NA | Equitable Sharing |
| ICE Cases | $ 47,800,789.12 | $ 46,690,517.18 | $ (1,110,271.94) | -2.3% | Equitable Sharing |
| IRS Cases | $ 32,537,309.46 | $ 31,357,165.92 | $ (1,180,143.54) | -3.6% | Equitable Sharing |
| USSS Cases | $ 8,714.16 | $ 8,714.16 | $ - | 0.0% | Equitable Sharing |
| **Total Equitable Sharing** | **$ 80,346,812.74** | **$ 78,056,397.26** | **$ (2,290,415.48)** | **-2.9%** | |

\* Equitable sharing payments go to state and local law enforcement supporting federal forfeiture cases.

| **TOTAL CONTINGENT LIABILITIES** | **$ 394,455,022.34** | **$ 388,548,878.79** | **$ (5,906,143.55)** | **-1.5%** | |
|---|---|---|---|---|---|

**TREASURY FORFEITURE FUND**
**FY 2018 FINANCIAL PLAN - SOURCES & USES OF FUNDS REPORT**
**FOR THE PERIOD ENDING February 28, 2018**

**REVENUE (in Millions)**

| AGENCY/MAJOR CASES | ESTIMATES | | | ACTUALS YEAR-TO-DATE (YTD) - Feb | | |
|---|---|---|---|---|---|---|
| | Direct Revenue | Reverse Asset Sharing | Total Estimated Revenue | Direct Revenue | Reverse Asset Sharing | Total Actuals Revenue |
| U.S. Immigration and Customs Enforcement | 265.646 | 2.557 | 268.203 | 64.426 | 1.331 | 65.757 |
| U.S. Customs and Border Protection | 45.390 | 1.091 | 46.480 | 14.194 | 0.693 | 14.887 |
| Internal Revenue Service | 143.028 | 9.817 | 152.845 | 44.041 | 1.365 | 45.406 |
| IRS - Case no. | 0.000 | 0.000 | 0.000 | 29.700 | 0.000 | 29.700 |
| IRS - Case no. | 0.000 | 0.000 | 0.000 | 24.266 | 0.000 | 24.266 |
| U.S. Secret Service | 28.971 | 0.555 | 29.526 | 18.020 | 0.304 | 18.324 |
| U.S. Coast Guard | 0.000 | 0.005 | 0.005 | 0.000 | 0.000 | 0.000 |
| Alcohol and Tobacco Tax and Trade Bureau | 0.000 | 0.037 | 0.037 | 0.000 | 0.000 | 0.000 |
| **Totals** | **483.034** | **14.061** | **497.096** | **194.647** | **3.693** | **198.340** |

| Sources | Estimates as of October 17, 2018 | YTD Actuals |
|---|---|---|
| Carryover from FY 2018 | 825.172 | 825.172 |
| Restoration of Prior Year Sequestration Reduction | 84.405 | 84.405 |
| Restoration of Prior Year Sequestration of Restored Rescission | 65.208 | 65.208 |
| Permanent Rescission (Pending for Hill Action) | (200.000) | 0.000 |
| Sequestration (6.2% of anticipated revenue) | (55.000) | (14.109) |
| Recoveries of Prior Year Obligations | 18.000 | 9.556 |
| Direct Revenue (Bases & Major Cases) | 483.034 | 194.647 |
| Direct Revenue (additional anticipated forfeiture that may come in FY 2019)[3] | 359.000 | 0.000 |
| Reverse Asset Sharing | 14.061 | 3.693 |
| Interest Earned | 31.000 | 29.220 |
| **Total Sources** | **1,624.881** | **1,197.792** |

| Uses | Approved | YTD - Obligations[2] |
|---|---|---|
| Mandatory:[1] | | |
| - Business Expenses (non-add) | 527.772 | 216.536 |
| - Remissions (non-add) | 251.673 | 166.291 |
| - Equitable Sharing (non-add) | 148.996 | 45.088 |
| Secretary's Enforcement Fund | 127.103 | 5.158 |
| Strategic Support (formerly known as Super Surplus) first tranche[3] | 22.316 | 22.416 |
| Strategic Support (formerly known as Super Surplus) second tranche[3] | 242.000 | 0.000 |
| FY 2018 Strategic Support (formerly known as Super Surplus) to be obligated in FY 2019 | 359.000 | 0.000 |
| | 2.590 | 2.590 |
| **Total Uses Approved/Obligations** | **1,153.678** | **241.543** |
| Estimated Carryover to FY 2020 | 471.203 | 956.249 |
| less: Reserve for Anticipated Contingent Liabilities for Remissions Payments | (300.000) | (302.490) |
| less: Reserve for Anticipated Contingent Liabilities for Equitable Sharing | (100.000) | (77.646) |
| **Net Carryover Available for Obligation** | **71.203** | **576.113** |

[1] Note that actual Mandatory obligations may be higher, if Contingent Liabilities are obligated in FY 2019.

[2] February year-to-date actuals are provisional amounts at this point as the official February accounting closing has been postponed due to government shutdown.

[3] Treasury submitted a strategic support plan to the committees including two tranches. The first tranche of $242 million will be obligated in March. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

| AGENCY | CONTINGENT LIABILITIES - MINOR CASES (below $5M) | | | | EXPENSE CATEGORY |
|---|---|---|---|---|---|
| | JAN LIABILITY AMOUNT | FEB LIABILITY AMOUNT | CHANGE FROM JAN | | |
| | | | AMOUNT | % | |
| CBP | $ 188,464.12 | $ 188,464.12 | $ - | 0.0% | Remission payments |
| ICE | $ 26,879,716.80 | $ 23,934,146.94 | $ (2,945,569.86) | -11.0% | Remission payments |
| IRS-CI | $ 51,851,407.26 | $ 51,442,394.10 | $ (409,013.16) | -0.8% | Remission payments |
| USSS | $ 18,884,044.21 | $ 14,236,405.44 | $ (4,647,638.77) | -24.6% | Remission payments |
| **Total Minor Cases** | *$ 97,293,805.46* | *$ 89,801,410.60* | *$ (7,492,394.86)* | *-7.7%* | |

| AGENCY | CONTINGENT LIABILITIES - MAJOR CASES ($5M+) | | | | EXPENSE CATEGORY |
|---|---|---|---|---|---|
| | JAN LIABILITY AMOUNT | FEB LIABILITY AMOUNT | | | |
| CBP | $ - | $ - | $ - | NA | |
| | $ - | $ - | $ - | NA | |
| ICE | $ 34,650,221.35 | $ 34,650,221.35 | $ - | 0.0% | |
| | $ 24,350,221.35 | $ 24,350,221.35 | $ - | 0.0% | Remission payments |
| | $ 10,300,000.00 | $ 10,300,000.00 | $ - | 0.0% | Remission payments |
| IRS-CI | $ 122,559,547.23 | $ 122,559,547.23 | $ - | 0.0% | |
| | $ 122,559,547.23 | $ 122,559,547.23 | $ - | 0.0% | Remission payments |
| USSS | $ 55,479,080.56 | $ 55,479,080.56 | $ - | 0.0% | |
| | $ 15,389,064.08 | $ 15,389,064.08 | $ - | 0.0% | Remission payments |
| | $ 10,612,375.00 | $ 10,612,375.00 | $ - | 0.0% | Remission payments |
| | $ 10,112,765.00 | $ 10,112,765.00 | $ - | 0.0% | Remission payments |
| | $ 11,495,388.21 | $ 11,495,388.21 | $ - | 0.0% | Remission payments |
| | $ 7,869,488.27 | $ 7,869,488.27 | $ - | 0.0% | Remission payments |
| **Total Major Cases** | **$ 212,688,849.14** | **$ 212,688,849.14** | **$ -** | **0.0%** | |

| AGENCY | CONTINGENT LIABILITIES - EQUITABLE SHARING* | | | | EXPENSE CATEGORY |
|---|---|---|---|---|---|
| | JAN LIABILITY AMOUNT | FEB LIABILITY AMOUNT | | | |
| CBP Cases | $ - | $ - | $ - | NA | Equitable Sharing |
| ICE Cases | $ 46,690,517.18 | $ 45,958,924.40 | $ (731,592.78) | -1.6% | Equitable Sharing |
| IRS Cases | $ 31,357,165.92 | $ 31,677,953.92 | $ 320,788.00 | 1.0% | Equitable Sharing |
| USSS Cases | $ 8,714.16 | $ 8,714.16 | $ - | 0.0% | Equitable Sharing |
| **Total Equitable Sharing** | **$ 78,056,397.26** | **$ 77,645,592.48** | **$ (410,804.78)** | **-0.5%** | |

* Equitable sharing payments go to state and local law enforcement supporting federal forfeiture cases.

| TOTAL CONTINGENT LIABILITIES | $ 388,039,051.86 | $ 380,135,852.22 | $ (7,903,199.64) | -2.0% | |
|---|---|---|---|---|---|

TREASURY FORFEITURE FUND
FY 2019 FINANCIAL PLAN - SOURCES & USES OF FUNDS REPORT
FOR THE PERIOD ENDING March 31, 2019

**REVENUE (in Millions)**

| AGENCY/MAJOR CASES | ESTIMATES | | | ACTUALS YEAR-TO-DATE (YTD) - Mar | | |
|---|---|---|---|---|---|---|
| | Direct Revenue | Reverse Asset Sharing | Total Estimated Revenue | Direct Revenue | Reverse Asset Sharing | Total Actuals Revenue |
| U.S. Immigration and Customs Enforcement | 265.646 | 2.557 | 268.203 | 72.879 | 1.758 | 74.637 |
| U.S. Customs and Border Protection | 45.390 | 1.091 | 46.480 | 19.435 | 0.738 | 20.173 |
| Internal Revenue Service | 143.028 | 9.817 | 152.845 | 52.844 | 1.498 | 54.341 |
| IRS - Case no. ▬ | 0.000 | 0.000 | 0.000 | 29.700 | 0.000 | 29.700 |
| IRS - Case no. ▬ | 0.000 | 0.000 | 0.000 | 24.266 | 0.000 | 24.266 |
| U.S. Secret Service | 28.971 | 0.555 | 29.526 | 21.347 | 0.304 | 21.651 |
| U.S. Coast Guard | 0.000 | 0.005 | 0.005 | 0.000 | 0.000 | 0.000 |
| Alcohol and Tobacco Tax and Trade Bureau | 0.000 | 0.037 | 0.037 | 0.000 | 0.000 | 0.000 |
| **Totals** | **483.034** | **14.061** | **497.096** | **220.470** | **4.298** | **224.768** |

**Sources**

| | Estimates as of April 15, 2019 | YTD Actuals |
|---|---|---|
| • Carryover from FY 2018 | 825.172 | 825.172 |
| • Restoration of Prior Year Sequestration Reduction | 84.405 | 84.405 |
| • Restoration of Prior Year Sequestration of Restored Rescission | 65.208 | 65.208 |
| • Permanent Rescission (DHS - Consolidated Appropriations Act, 2019, P.L. 116-6) | (200.000) | 0.000 |
| • Sequestration (6.2% of anticipated revenue) | (56.178) | (16.135) |
| • Recoveries of Prior Year Obligations | 22.000 | 10.984 |
| • Direct Revenue (Bases & Major Cases) | 483.034 | 220.470 |
| • Direct Revenue (additional anticipated forfeiture that may come in FY 2019)[3] | 359.000 | 0.000 |
| • Reverse Asset Sharing | 14.061 | 4.298 |
| • Interest Earned | 50.000 | 35.477 |
| **Total Sources** | **1,646.703** | **1,229.879** |

**Uses**

| | Approved | YTD - Obligations |
|---|---|---|
| Mandatory:[1] | 510.849 | 235.837 |
| - Business Expenses (non-add) | 266.853 | 174.907 |
| - Remissions (non-add) | 148.996 | 53.329 |
| - Equitable Sharing (non-add) | 95.000 | 7.601 |
| • Secretary's Enforcement Fund | 25.266 | 22.416 |
| • Strategic Support first tranche [2] | 242.000 | 242.000 |
| • Strategic Support second tranche [2] | 359.000 | 0.000 |
| • FY 2018 Strategic Support to be obligated in FY 2019 | 2.590 | 2.590 |
| **Total Uses Approved/Obligations** | **1,139.705** | **502.843** |
| Estimated Carryover to FY 2020 | 506.998 | 727.036 |
| less: Reserve for Anticipated Contingent Liabilities for Remissions Payments | (300.000) | (315.245) |
| less: Reserve for Anticipated Contingent Liabilities for Equitable Sharing | (85.000) | (76.734) |
| **Net Carryover Available for Obligation** | **121.998** | **335.057** |

[1] Note that actual Mandatory obligations may be higher, if Contingent Liabilities are obligated in FY 2019.

[2] Treasury submitted a strategic support plan to the committees including two tranches. The first tranche of $242 million was obligated in March. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**ASSISTANT SECRETARY**

February 15, 2019

The Honorable Mike Quigley
Chairman
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

The Honorable John Kennedy
Chairman
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
United States Senate
Washington, D.C. 20510

The Honorable Tom Graves
Ranking Member
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

The Honorable Christopher A. Coons
Ranking Member
  Subcommittee on Financial Services
  and General Government
Committee on Appropriations
United States Senate
Washington, D.C. 20510

Dear Chairman Quigley, Chairman Kennedy, Ranking Member Graves, and Ranking Member Coons:

Enclosed is the Department of the Treasury's Strategic Support spending proposal for Fiscal Year 2019. The Strategic Support program is authorized by 31 U.S.C. § 9705(g)(4)(B) and is available to the Secretary of the Treasury for the law enforcement activities of any federal agency. This plan provides up to $601 million requested by the Department of Homeland Security to support law enforcement border security efforts conducted by U.S. Customs and Border Protection. These funds will be available in two tranches. The first tranche of up to $242 million will be available for obligation 15 days after this letter is submitted. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

If you have any questions or need additional information, please contact the Office of Legislative Affairs at (202) 622-1900.

Sincerely,

David F. Eisner
Assistant Secretary for Management

Enclosure

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**ASSISTANT SECRETARY**

February 15, 2019

The Honorable Nita M. Lowey
Chairwoman
Committee on Appropriations
U.S. House of Representatives
Washington, DC 20515

The Honorable Richard Shelby
Chairman
Committee on Appropriations
United States Senate
Washington, DC 20510

The Honorable Kay Granger
Ranking Member
Committee on Appropriations
U.S. House of Representatives
Washington, DC 20515

The Honorable Patrick Leahy
Vice Chairman
Committee on Appropriations
United States Senate
Washington, DC 20510

Dear Chairwoman Lowey, Chairman Shelby, Ranking Member Granger, and Vice Chairman Leahy:

Enclosed is the Department of the Treasury's Strategic Support spending proposal for Fiscal Year 2019. The Strategic Support program is authorized by 31 U.S.C. § 9705(g)(4)(B) and is available to the Secretary of the Treasury for the law enforcement activities of any federal agency. This plan provides up to $601 million requested by the Department of Homeland Security to support law enforcement border security efforts conducted by U.S. Customs and Border Protection. These funds will be available in two tranches. The first tranche of up to $242 million will be available for obligation 15 days after this letter is submitted. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures.

If you have any questions or need additional information, please contact the Office of Legislative Affairs at (202) 622-1900.

Sincerely,

David F. Eisner
Assistant Secretary for Management

Enclosure

| TREASURY FORFEITURE FUND<br>FY2019 STRATEGIC SUPPORT FUNDING<br>(In Millions) | | |
|---|---|---|
| **Agency** | **Proposed Amount** | |
| **CBP** | Tranche 1 | 242.000 |
| | Tranche 2 | 359.000 |
| **Total** | | **601.000** |

| EXPENSE CATEGORIES | FY19 Proposed Amount | DESCRIPTIONS/COMMENTS |
|---|---|---|
| **STRATEGIC SUPPORT FUND (SS)** | | |
| U.S. Border Patrol - Border Security Efforts | 601.000 | CBP has been working in partnership with the United States Army Corps of Engineers (USACE) to implement Border Security and Immigration Enforcement Improvements. These funds will be used to enhance border security infrastructure and operations in support of CBP law enforcement efforts. The efforts include the plan, design, and construction of a physical structure, using appropriate materials and technology to most effectively achieve complete operational control of the southern border. Funding will be made available in two tranches. The first tranche of up to $242 million will be available for obligation 15 days after this letter is submitted. The second tranche of $359 million will be available for obligation after that date subject to the receipt of additional anticipated forfeitures. |
| **SRATEGIC SUPPORT TOTALS** | **601.000** | |