# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

STATE OF CALIFORNIA, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

No. 4:19-cv-00872-HSG

**ORDER STAYING SUMMARY JUDGMENT BRIEFING SCHEDULE ON CLAIMS RELATED TO 10 U.S.C. § 2808**

Upon consideration of the parties' stipulation submitted on July 18, 2019, and for good cause shown, the Court hereby orders:

(1) The summary judgment briefing schedule set forth in the Court's Scheduling Order (ECF No. 174) is stayed for the claims based on 10 U.S.C. § 2808;

(2) The parties shall submit a proposed schedule for briefing the section 2808 claims within 10 days of a decision by the Acting Secretary of Defense;

(3) The motion hearing set for August 29, 2019 at 2:00 p.m. in this case is cancelled.

**IT IS SO ORDERED**

DATED: July 19, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge