IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA et al.;**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America et al.**;<br><br>Defendants. | Case No. 4:19-cv-00872-HSG<br><br>**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS' CLAIMS RELATING TO TREASURY FORFEITURE FUND**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Action Filed: February 18, 2019 |

1     Upon consideration of the parties' stipulation submitted on July XX, 2019, and for good
2 cause shown, the Court hereby orders that Plaintiffs' claims as they pertain to Defendants' use of
3 $601 million from the Treasury Forfeiture Fund under 31 U.S.C. § 9705 to fund the construction
4 of a wall on the United States-Mexico border are dismissed without prejudice.  This order does
5 not impact any other claims at issue that have yet to be adjudicated to final judgment in this case,
6 specifically Plaintiffs' claims as they pertain to the diversion of funds via 10 U.S.C. § 2808 and
7 the alleged violation of the National Environmental Policy Act.

9     **PURSUANT TO STIPULATION, IT IS ORDERED.**
10 Dated: August 5, 2019

12 The Honorable Haywood S. Gilliam, Jr.