# EXHIBIT 1

## 2808 Deferrals in United States Territories ($ in thousands)

| State Country Title | Location Title | Award Date | Line Item Title | Fiscal Year Enactment | Amount |
|---|---|---|---|---|---|
| GUAM | Joint Region Marianas | December 2020 | Earth Covered Magazines | 2019 | 52,270 |
| | | September 2020 | PRTC Roads | 2016 | 2,500 |
| | | July 2020 | Water Well Field | 2018 | 56,088 |
| | | June 2020 | Navy-Commercial Tie-In Hardening | 2018 | 37,180 |
| | | March 2020 | Machine Gun Range | 2019 | 50,000 |
| | | February 2020 | APR - Munitions Storage Igloos, Ph 2 | 2017 | 35,300 |
| | | February 2020 | Hayman Munitions Storage Igloos MSA 2 | 2019 | 9,800 |
| | | January 2020 | APR - SATCOM C4I Facility | 2017 | 14,200 |
| PUERTO RICO | Arroyo | January 2021 | Readiness Center | 2018 | 30,000 |
| | Camp Santiago | March 2021 | Company Headquarters Bldg -Transient Training | 2018 | 47,000 |
| | | March 2021 | Dining Facility, Transient Training | 2018 | 13,000 |
| | | September 2020 | Engineering/Housing Maintenance Shops (DPW) | 2018 | 11,000 |
| | | September 2020 | Maneuver Area Training Equipment Site | 2018 | 80,000 |
| | | September 2020 | National Guard Readiness Center | 2018 | 50,000 |
| | | September 2020 | Power Substation/Switching Station Building | 2018 | 18,500 |
| | Gurabo | January 2021 | Vehicle Maintenance Shop | 2018 | 28,000 |
| | Punta Borinquen | December 2019 | Ramey Unit School Replacement | 2018 | 61,071 |
| | San Juan | January 2021 | Aircraft Maintenance Hangar (AASF) | 2018 | 64,000 |
| VIRGIN ISLANDS | St. Croix | January 2021 | Vehicle Maintenance Shop | 2018 | 20,000 |
| | | September 2020 | Power Substation/Switching Station Building | 2018 | 3,500 |
| | St. Thomas | September 2020 | National Guard Vehicle Maintenance Shop Add/A | 2018 | 3,875 |
| **Grand Total** | | | | | **687,284** |

## 2808 Deferrals in the 50 United States ($ in thousands)

| State Country Title | Location Title | Award Date | Line Item Title | Fiscal Year Enactment | Amount |
|---|---|---|---|---|---|
| ALABAMA | Anniston Army Depot | March 2020 | Weapon Maintenance Shop | 2019 | 5,200 |
| ALASKA | Eielson AFB | February 2021 | Repair Central Heat/Power Plant Boiler PH 4 | 2018 | 41,000 |
| | | January 2020 | Repair Central Heat & Power Plant Boiler Ph3 | 2016 | 34,400 |
| | | January 2020 | Eielson AFB Improved CATM Range | 2019 | 19,000 |
| | Fort Greely | January 2021 | Missile Field #1 Expansion | 2019 | 8,000 |
| ARIZONA | Fort Huachuca | May 2020 | Ground Transport Equipment Building | 2018 | 30,000 |
| CALIFORNIA | Channel Islands ANGS | July 2020 | Construct C-130J Flight Simulator Facility | 2019 | 8,000 |
| COLORADO | Peterson AFB | September 2020 | Space Control Facility | 2018 | 8,000 |
| FLORIDA | Tyndall AFB | January 2020 | Fire/Crash Rescue Station | 2018 | 17,000 |
| HAWAII | Joint Base Pearl Harbor-Hickam | September 2020 | Consolidated Training Facility | 2018 | 5,500 |
| | Kaneohe Bay | May 2020 | Security Improvements Mokapu Gate | 2018 | 26,492 |
| INDIANA | Crane Army Ammunition Plant | March 2020 | Railcar Holding Area | 2019 | 16,000 |
| | Hulman Regional Airport | February 2020 | Construct Small Arms Range | 2018 | 8,000 |
| KENTUCKY | Fort Campbell, Kentucky | February 2020 | Ft Campbell Middle School | 2019 | 62,634 |
| LOUISIANA | Joint Reserve Base New Orleans | January 2020 | NORTHCOM - Construct Alert Apron | 2019 | 15,000 |
| | | January 2020 | NORTHCOM - Construct Alert Facilities | 2019 | 24,000 |
| MARYLAND | Fort Meade | June 2020 | Cantonment Area Roads | 2019 | 16,500 |
| | Joint Base Andrews | June 2020 | PAR Relocate Haz Cargo Pad and EOD Range | 2019 | 37,000 |
| | | January 2020 | Child Development Center | 2019 | 13,000 |
| MISSISSIPPI | Jackson IAP | August 2020 | Construct Small Arms Range | 2018 | 8,000 |
| NEW MEXICO | Holloman AFB | March 2020 | MQ-9 FTU Ops Facility | 2019 | 85,000 |
| | White Sands | February 2020 | Information Systems Facility | 2019 | 40,000 |
| NEW YORK | U.S. Military Academy | June 2020 | Engineering Center | 2019 | 95,000 |
| | | June 2020 | Parking Structure | 2019 | 65,000 |
| NORTH CAROLINA | Camp Lejeune, North Carolina | April 2020 | 2nd Radio BN Complex, Phase 2 | 2019 | 25,650 |
| | | January 2020 | Ambulatory Care Center Addition/Alteration | 2018 | 15,300 |
| | Fort Bragg | Previously cancelled | Butner Elementary School Replacement | 2016 | 32,944 |
| | Seymour Johnson AFB | April 2020 | KC-46A ADAL for Alt Mission Storage | 2018 | 6,400 |
| OKLAHOMA | Tulsa Iap | May 2020 | Construct Small Arms Range | 2018 | 8,000 |
| OREGON | Klamath Falls IAP | February 2020 | Construct Indoor Range | 2018 | 8,000 |
| | | January 2020 | Replace Fuel Facilities | 2016 | 2,500 |
| SOUTH CAROLINA | Beaufort | April 2020 | Laurel Bay Fire Station Replacement | 2019 | 10,750 |
| TEXAS | Fort Bliss | January 2020 | Defense Access Roads | 2018 | 20,000 |
| | Joint Base San Antonio | February 2020 | Camp Bullis Dining Facility | 2018 | 18,500 |
| UTAH | Hill AFB | August 2020 | Composite Aircraft Antenna Calibration Fac | 2019 | 26,000 |
| | | January 2020 | UTTR Consolidated Mission Control Center | 2018 | 28,000 |
| VIRGINIA | Joint Base Langley-Eustis | January 2020 | Construct Cyber Ops Facility | 2019 | 10,000 |
| | Norfolk | January 2020 | Replace Hazardous Materials Warehouse | 2018 | 18,500 |
| | Pentagon | Previously cancelled | Pentagon Metro Entrance Facility | 2017 | 12,111 |
| | Portsmouth | January 2020 | Replace Hazardous Materials Warehouse | 2018 | 22,500 |
| | | January 2020 | Ships Maintenance Facility | 2019 | 26,120 |
| WASHINGTON | Bangor | February 2021 | Pier and Maintenance Facility | 2019 | 88,960 |
| WISCONSIN | Truax Field | March 2020 | Construct Small Arms Range | 2018 | 8,000 |
| **Grand Total** | | | | | **1,075,961** |

**2808 Deferrals Outside of the United States ($ in thousands)**

| State Country Title | Location Title | Award Date | Line Item Title | Fiscal Year Enactment | Amount |
|---|---|---|---|---|---|
| BAHRAIN ISLAND | SW Asia | February 2020 | Fleet Maintenance Facility & TOC | 2019 | 26,340 |
| BELGIUM | Chievres AB | September 2020 | Europe West District Superintendent's Office | 2019 | 14,305 |
| BULGARIA | Nevo Selo Fos | October 2020 | EDI: Ammunition Holding Area | 2019 | 5,200 |
| CUBA | Guantanamo Bay | February 2020 | Working Dog Treatment Facility Replacement | 2019 | 9,080 |
| ESTONIA | Unspecified Estonia | December 2020 | EDI: SOF Operations Facility | 2019 | 6,100 |
| | | December 2020 | EDI: SOF Training Facility | 2019 | 9,600 |
| GERMANY | Baumholder | April 2021 | SOF Joint Parachute Rigging Facility | 2019 | 11,504 |
| | East Camp Grafenwoehr | January 2020 | Mission Training Complex | 2019 | 31,000 |
| | Panzer Kaserne | June 2021 | MARFOREUR HQ Modernization and Expansion | 2019 | 43,950 |
| | Ramstein AB | September 2020 | 37 AS Squadron Operations/AMU | 2017 | 13,437 |
| | | September 2020 | EDI - KMC DABS-FEV/RH Storage Warehouses | 2019 | 119,000 |
| | Spangdahlem AB | July 2020 | F/A-22 Low Observable/Composite Repair Fac | 2017 | 18,000 |
| | | August 2021 | EIC - Site Development and Infrastructure | 2017 | 43,465 |
| | | March 2020 | Spangdahlem Elementary School Replacement | 2018 | 79,141 |
| | | March 2020 | Upgrade Hardened Aircraft Shelters for F/A-22 | 2017 | 2,700 |
| | Stuttgart | June 2022 | Robinson Barracks Elem. School Replacement | 2018 | 46,609 |
| | Weisbaden | December 2022 | Clay Kaserne Elementary School | 2019 | 56,048 |
| | Wiesbaden Army Airfield | November 2019 | Hazardous Material Storage Building | 2017 | 2,700 |
| GREECE | Souda Bay | November 2019 | EDI: Marathi Logistics Support Center | 2019 | 6,200 |
| | | October 2019 | EDI: Joint Mobility Processing Center | 2019 | 41,650 |
| HUNGARY | Kecskemet AB | October 2020 | ERI: Airfield Upgrades | 2018 | 12,900 |
| | | October 2020 | ERI: Construct Parallel Taxiway | 2018 | 30,000 |
| | | April 2020 | ERI: Increase POL Storage Capacity | 2018 | 12,500 |
| ITALY | Sigonella | August 2020 | EDI: P-8A Taxiway and Apron Upgrades | 2019 | 66,050 |
| JAPAN | Camp Mctureous | April 2020 | Bechtel Elementary School | 2019 | 94,851 |
| | Iwakuni | March 2020 | Fuel Pier | 2019 | 33,200 |
| | | January 2020 | Construct Bulk Storage Tanks PH 1 | 2018 | 30,800 |
| | Kadena AB | June 2020 | Truck Unload Facilities | 2019 | 21,400 |
| | | May 2020 | SOF Maintenance Hangar | 2018 | 3,972 |
| | | May 2020 | SOF Maintenance Hangar | 2017 | 42,823 |
| | | January 2020 | APR - Replace Munitions Structures | 2017 | 19,815 |
| | Yokota AB | February 2020 | C-130J Corrosion Control Hangar | 2017 | 23,777 |
| | | January 2020 | Construct CATM Facility | 2017 | 8,243 |
| | | December 2019 | Hangar/Aircraft Maintenance Unit | 2018 | 12,034 |
| | | December 2019 | Hangar/AMU | 2017 | 39,466 |
| | | December 2019 | Operations and Warehouse Facilities | 2018 | 8,590 |
| | | December 2019 | Operations and Warehouse Facilities | 2017 | 26,710 |
| | Yokosuka | March 2020 | Kinnick High School Inc 1 | 2019 | 40,000 |
| KOREA | Camp Tango | December 2020 | Command and Control Facility | 2019 | 17,500 |
| | Kunsan AB | December 2019 | Unmanned Aerial Vehicle Hangar | 2018 | 53,000 |
| LUXEMBOURG | Sanem | April 2021 | ERI: ECAOS Deployable Airbase System Storage | 2018 | 67,400 |
| NORWAY | Rygge | November 2020 | ERI: Replace/Expand Quick Reaction Alert Pad | 2018 | 10,300 |
| POLAND | Poland | September 2020 | EDI: Staging Areas | 2019 | 34,000 |
| | | September 2020 | EDI: Staging Areas | 2019 | 17,000 |
| | | June 2020 | EDI: Ammunition Storage Facility | 2019 | 52,000 |
| | | April 2020 | EDI: Rail Extension and Railhead | 2019 | 6,400 |
| | Powidz Air Base | November 2020 | EDI: Bulk Fuel Storage | 2019 | 21,000 |
| ROMANIA | Mihail Kogalniceanu | November 2019 | EDI: Explosives & Ammo Load/Unload Apron | 2019 | 21,651 |
| SLOVAKIA | Malacky | December 2020 | EDI - Regional Munitions Storage Area | 2019 | 59,000 |
| | | February 2020 | ERI: Increase POL Storage Capacity | 2018 | 20,000 |
| | | November 2019 | ERI: Airfield Upgrades | 2018 | 4,000 |
| | Sliac Airport | November 2019 | ERI: Airfield Upgrades | 2018 | 22,000 |
| SPAIN | Rota | January 2020 | EDI: Port Operations Facilities | 2019 | 21,590 |
| TURKEY | Incirlik AB | August 2020 | OCO: Relocate Base Main Access Control Point | 2018 | 14,600 |
| UNITED KINGDOM | Croughton RAF | January 2020 | Croughton Elem/Middle/High School Replacement | 2017 | 71,424 |
| | | October 2019 | Main Gate Complex | 2017 | 16,500 |
| | Menwith Hill Station | February 2020 | RAFMH Main Gate Rehabilitation | 2018 | 11,000 |
| | Royal Air Force Fairford | November 2019 | EIC RC-135 Infrastructure | 2018 | 2,150 |
| | | November 2019 | EIC RC-135 Intel and Squad Ops Facility | 2018 | 38,000 |
| | | November 2019 | EIC RC-135 Runway Overrun Reconfiguration | 2018 | 5,500 |
| | Raf Fairford | September 2020 | EDI - Munitions Holding Area | 2019 | 19,000 |
| | | September 2020 | EDI - Construct DABS-FEV Storage | 2019 | 87,000 |
| WORLDWIDE CLASSIFIED | Classified Location | January 2020 | TACMOR - Utilities and Infrastructure Support | 2019 | 18,000 |
| WW unspecified | WW unspecified | February 2021 | Planning and Design | 2018 | 13,580 |
| **Grand Total** | | | | | **1,836,755** |