Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et al.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>Donald J. Trump, et al.,<br><br>  Defendant(s). | Case No: 4:19-cv-00872<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Robert T. Nakatsuji, an active member in good standing of the bar of the State of Hawaii, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Hawaii in the above-entitled action. My local co-counsel in this case is Christine Chuang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 425 Queen Street<br>Honolulu, HI 96813 | 1515 Clay Street, Suite 2000<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (808) 586-1360 | (510) 879-0094 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Robert.T.Nakatsuji@hawaii.gov | Christine.Chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6743.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/03/19                                          Robert T. Nakatsuji
                                                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert T. Nakatsuji is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/5/2019

                                                        Haywood S. Gilliam, Jr.
                                                        UNITED STATES DISTRICT JUDGE

# IN THE SUPREME COURT OF HAWAI'I,

In the Matter of

Robert Tadao Nakatsuji

Attorney at Law

## CERTIFICATE OF STANDING

I, _____Jae Y. Lee_____ clerk of the Supreme Court of the State of Hawai'i, do hereby certify that __Robert Tadao Nakatsuji__ is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on __November 8, 1996.__ He is an active member of the bar of Hawai'i in good standing.

DATED: Honolulu, Hawai'i, _____August 29, 2019_____

Clerk, Supreme Court of Hawai'i.