JAMES M. BURNHAM
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
KATHRYN C. DAVIS
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
RACHAEL WESTMORELAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br><br>**SUPPLEMENTAL NOTICE REGARDING DECISION BY THE DEPARTMENT OF DEFENSE TO AUTHORIZE ADDITIONAL BORDER BARRIER PROJECTS PURSUANT TO 10 U.S.C. § 284** |
| SIERRA CLUB, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | |

*State of California, et al. v. Donald J. Trump, et al.*, 4:19-cv-00872-HSG – Supp. Notice re § 284 Projects
*Sierra Club et. al. v. Donald J. Trump, et al.*, 4:19-cv-00892-HSG – Supp. Notice re § 284 Projects

1    Defendants hereby notify the Court and parties in the above-captioned cases that the Department of Defense has decided not to undertake at this time the three additional border barrier projects identified in Defendants' August 27, 2019 Notice.  *See* ECF No. 204 in 4:19-cv-00872-HSG and ECF No. 200 4:19-cv-00892-HSG.

Defendants' August 27, 2019 Notice explained that in the course of executing the contracts for the previously-approved Section 284 projects that have been the subject of litigation in these cases, the U.S. Army Corps of Engineers (USACE) determined that that lower-than-expected contract costs may yield sufficient savings to build up to an additional 20 miles of border barrier. *See id.*  The Notice stated that USACE would not know the precise amount available until later in the fiscal year when USACE finalizes all contract pricing.  *Id.*  Based on this expected contract savings, on August 26, 2019, the Secretary of Defense authorized USACE to undertake three additional border barrier projects, as those funds allow:  Yuma Sector Projects 4 and 5, and Tucson Sector Project 4.  *See id.*

Based on its work in definitizing the contracts for the original Section 284 projects, USACE has determined that there are insufficient contract saving to undertake the three additional Section 284 projects authorized by the Secretary of Defense on August 26, 2019.  *See* Fifth Declaration of Kenneth Rapuano ¶ 4 (Exhibit 1).  Therefore, the Department of Defense has decided not to pursue Yuma Sector Projects 4 and 5, and Tucson Sector Project 4 at this time.  *See id.*

| | | |
|---|---|---|
| 1 | DATE: September 13, 2019 | Respectfully submitted, |
| 2 | | JAMES M. BURNHAM |
| 3 | | Deputy Assistant Attorney General |
| 4 | | ALEXANDER K. HAAS |
| 5 | | Director, Federal Programs Branch |
| 6 | | ANTHONY J. COPPOLINO |
| 7 | | Deputy Director, Federal Programs Branch |
| 8 | | /s/ *Andrew I. Warden* |
| | | ANDREW I. WARDEN (IN #23840-49) |
| 9 | | Senior Trial Counsel |
| 10 | | U.S. Department of Justice |
| | | Civil Division, Federal Programs Branch |
| 11 | | 1100 L Street, NW |
| 12 | | Washington, D.C. 20530 |
| | | Tel.:   (202) 616-5084 |
| 13 | | Fax:   (202) 616-8470 |
| 14 | | *Attorneys for Defendants* |