United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   STATE OF CALIFORNIA, et al.,           Case No. 19-cv-00872-HSG

8              Plaintiffs,                 **SCHEDULING ORDER**

9         v.                               Re: Dkt. No. 209

10  DONALD J. TRUMP, et al.,

11             Defendants.

12  SIERRA CLUB, et al.,                    Case No. 19-cv-00892-HSG

13             Plaintiffs,                  Re: Dkt. No. 203

14        v.

15

16  DONALD J. TRUMP, et al.,

17             Defendants.

18

19        On September 3, 2019, Defendants in the above-captioned cases filed a notice of the

20  decision by the Secretary of Defense to authorize eleven border barrier projects pursuant to 10

21  U.S.C. § 2808. *See* Dkt. No. 206 in No. 4:19-cv-00872; Dkt. No. 201 in No. 4:19-cv-00892. The

22  parties subsequently submitted a joint status report and proposed briefing schedule related to the

23  § 2808 claims. *See* Dkt. No. 209 in No. 4:19-cv-00872; Dkt. No. 203 in No. 4:19-cv-00892.

24  //

25  //

26  //

27  //

28  //

United States District Court
Northern District of California

1    Having considered the parties' proposals, the Court **SETS** the following deadlines

2    pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

3

4

| Event | Deadline |
|-------|----------|
| Lodge Administrative Record | September 16, 2019 |
| Plaintiffs' Motions for Summary Judgment (35 pages) | October 11, 2019 |
| Defendants' Cross-Motions for Summary Judgment and Oppositions to Plaintiffs' Motion (35 pages) | October 25, 2019 |
| Plaintiffs' Replies and Oppositions to Defendants' Motions (25 pages) | November 1, 2019 |
| Defendants' Replies (25 pages) | November 8, 2019 |
| Hearing | November 20, 2019, at 10:00 a.m. |

11    These dates may only be altered by order of the Court and only upon a showing of good

12    cause.

13    **IT IS SO ORDERED.**

14    Dated:  9/16/2019

15    _____
      HAYWOOD S. GILLIAM, JR.
16    United States District Judge

2