## CERTIFICATION OF ADMINISTRATIVE RECORD

I, KENNETH P. RAPUANO, Assistant Secretary of Defense for Homeland Defense and Global Security, certify that, to the best of my knowledge, the Administrative Record attached to this filing is a true, correct, and complete copy of the documents upon which the Secretary of Defense based his decision to authorize the funding and construction of eleven border barrier projects pursuant to 10 U.S.C. § 2808.

DATE: September 13, 2019

KENNETH P. RAPUANO
Assistant Secretary of Defense for
Homeland Defense and Global Security