MARK R. HERRING
Attorney General
MICHELLE S. KALLEN
Deputy Attorney General
BRITTANY M. JONES
Attorney
202 North Ninth Street
Richmond, VA  21239
(804) 786-2071
MKallen@oag.state.va.us
BJones2@oag.state.va.us

*Attorneys for Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | Case No. 4:19-cv-00872-HSG <br><br> NOTICE OF MOTION AND MOTION TO  WITHDRAW AS COUNSEL FOR PLAINTIFF STATE |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Brittany M. Jones of the Office of the Attorney General of Virginia, 202 North Ninth Street, Richmond, Virginia 23219, shall and hereby does respectfully seek leave of this Court, pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for Plaintiff Commonwealth of Virginia.

1

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local R. 11-5, Brittany M. Jones (Movant) hereby notifies the parties and the Court of her intent to withdraw as counsel *pro hac vice* for Plaintiff Commonwealth of Virginia.  Movant offers the following grounds for this notice and motion:

1. This Court granted Movant leave to appear *pro hac vice* in this action pursuant to its February 22, 2019 Order.

2. Movant has represented the Commonwealth of Virginia as part of her employment at the Office of the Attorney General.  As of September 20, 2019, Movant will no longer be employed as an attorney for the Office.

3. Michelle S. Kallen, Deputy Solicitor General, also represents the Commonwealth and continues to do so.

4. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel actively representing them, and none will require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice*.

5. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in traveling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

6. THEREFORE, Movant Brittany M. Jones respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated:  September 19, 2019 | Respectfully Submitted,

Michelle S. Kallen
Deputy Attorney General
**Office of the Attorney General**
202 North Ninth Street
Richmond, VA  21239
Tel. (804) 786-2071
Fax (804) 371-0200

 */s/ Brittany M. Jones*
BRITTANY M. JONES
Attorney
202 North Ninth Street
Richmond, VA  21239
(804) 786-2071
BJones2@oag.state.va.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 19, 2019, I electronically filed a true copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record. Opposing counsel will be sent a copy by first-class, postage prepaid mail:

U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, DC  20044

                                                 /s/ *Brittany M. Jones*
                                                      Brittany M. Jones