MARK R. HERRING
Attorney General
MICHELLE S. KALLEN
Deputy Attorney General
BRITTANY M. JONES
Attorney
202 North Ninth Street
Richmond, VA  21239
(804) 786-2071
MKallen@oag.state.va.us
BJones2@oag.state.va.us

*Attorneys for Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 4:19-cv-00872-HSG |
| Plaintiffs, | |
| v. | ORDER **GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF COMMONWEALTH OF VIRGINIA** |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

Brittany M. Jones seeks leave to withdraw as counsel for plaintiff Commonwealth of Virginia in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Pro. Conduct 3-700(A)(1). As this Court finds that Ms. Jones has submitted satisfactory reasoning for withdrawal, and that granting her Motion will not cause substantial prejudice or delay to any party.

1

IT IS HEREBY ORDERED THAT Brittany M. Jones's Motion to Withdraw as Counsel for plaintiff Commonwealth of Virginia is GRANTED, and Brittany M. Jones is hereby terminated as counsel in this proceeding.

DATED: 9/23/2019   By: *Haywood S. Gill, Jr.*
United States District Court Judge