CLARE E. CONNORS
Attorney General of Hawaii
CLYDE J. WADSWORTH
Solicitor General
ROBERT T. NAKATSUJI
(*appearance pro hac vice*)
Deputy Solicitor General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1360
E-mail: Clyde.J.Wasdsworth@hawaii.gov
　　　　 Robert.T.Nakatsuji@hawaii.gov

*Attorneys for Plaintiff State of Hawaii*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>　　　　Defendants.<br>. | Case No. 4:19-cv-00872-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF STATE OF HAWAII** |

　　　　Clyde J. Wadsworth seeks leave to withdraw as counsel for Plaintiff State of Hawaii in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Pro. Conduct 3-700(A)(1). As this Court finds that Mr. Wadsworth has submitted satisfactory reasoning for withdrawal, and that granting his Motion will not cause substantial prejudice or delay to any party:

　　　　IT IS HEREBY ORDERED THAT Clyde J. Wadsworth's Motion to Withdraw as

Counsel for Plaintiff State of Hawaii is GRANTED, and Clyde J. Wadsworth is hereby terminated as counsel in this proceeding.

DATED: 10/11/2019

By: *Haywood S. Gill, Jr.*
United States District Court Judge