# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, <br><br> *Defendants*. | Case No. 4:19-cv-00872-HSG <br><br> **ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF THE UNITED STATES HOUSE OF REPRESENTATIVES AS AMICUS CURIAE** |

Upon consideration of the motion of the United States House of Representatives for Leave to File Brief of the United States House of Representatives as Amicus Curiae in the above-captioned matter, it is hereby ORDERED that the motion is GRANTED. Cousel is directed to file the House's amicus curiae brief on the docket in this matter.

Dated: 10/21/2019

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE