MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304524)
COURTNEY C. AASEN (CA Bar No. 307404)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wcooper@conradmetlitzky.com
Email: caasen@conradmetlitzky.com

LINDSAY L. RODMAN (*pro hac vice* forthcoming)
**IRAQ AND AFGHANISTAN VETERANS OF AMERICA**
85 Broad Street
New York, NY 10004
212-982-9699
lindsay@iava.org

*Attorneys for Iraq and Afghanistan Veterans of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | CASE NO. 4:19-cv-00872-HSG |
| Plaintiffs, | ORDER GRANTING CONSENT MOTION OF IRAQ AND AFGHANISTAN VETERANS OF AMERICA FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | Summary Judgment Hearing: Nov. 20, 2019 |
| | Time:                       10:00 a.m. |

1    Upon consideration of the Consent Motion of Iraq and Afghanistan Veterans of America for

2    Leave To File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Partial Summary Judgment,

3    and good cause appearing, it is hereby ORDERED that the motion is GRANTED. Counsel is directed

4    to file the brief attached to *amicus* Iraq and Afghanistan Veterans of America's motion on the docket in

5    this matter.

6

7    DATED: 10/22/2019

8                                            HON. HAYWOOD S. GILLIAM, JR.
                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. 4:19-cv-00872-HSG  ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF