1  ELLEN ROSENBLUM
   Attorney General
2  NICOLE DEFEVER, State Bar No.191525
   Senior Assistant Attorney General
3  Oregon Department of Justice
   100 Market Street
4  Portland, OR 942401
   Telephone: (971)673-1880
5  Fax:  (971) 673-5000
   E-mail:  Nicole.DeFever@doj.state.or.us
6  *Attorneys for Plaintiff State of Oregon*

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13  **STATE OF CALIFORNIA et al.;**          Case No. 4:19-cv-00872-HSG

                               Plaintiffs,   **ORDER GRANTING MOTION TO**
14                                           **WITHDRAW AS COUNSEL FOR**
                                             **PLAINTIFF STATE OF OREGON**
15       **v.**

16  **DONALD J. TRUMP, in his official**     Judge:        Hon. Haywood S. Gilliam, Jr.
    **capacity as President of the United States of**  Trial Date:   None Set
17  **America et al.;**                      Action Filed: February 18, 2019

18                               Defendants.

19

20

21        Henry Kantor seeks leave to withdraw as counsel for plaintiff State of Oregon in the

22  above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Pro Conduct 3-700(A)(1). As

23  this Court finds that Mr. Kantor has submitted satisfactory reasoning for withdrawal, and that

24  granting her Motion will not cause substantial prejudice or delay to any party.

25

26

27

28

                                      1

1     IT IS HEREBY ORDERED THAT Henry Kantor's Motion to Withdraw as Counsel for

2  plaintiff State of Oregon is GRANTED, and Henry Kantor is hereby terminated as counsel in the

3  proceeding.

4     DATED October 31, 2019.

5

6                                     _____

7                                     Hon. Haywood S. Gilliam, Jr.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion to Withdraw as Counsel for Plaintiff State of Oregon (4:19-cv-00872)