Reset Form

1                       UNITED STATES DISTRICT COURT

2                       NORTHERN DISTRICT OF CALIFORNIA

3   STATE OF CALIFORNIA, et al.,              )
4                                             )   Case No: 4:19-cv-872
                        Plaintiff(s),         )
5                                             )   **APPLICATION FOR**
         v.                                   )   **ADMISSION OF ATTORNEY**
6   DONALD J. TRUMP, et al.                   )   **PRO HAC VICE**
                                              )   (CIVIL LOCAL RULE 11-3)
7                                             )
                        Defendant(s).         )
8                                             )

9    I, Lindsay L. Rodman, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Iraq and Afghanistan Veterans of America in the above-entitled action. My local co-counsel in this case is Mark R. Conrad, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Iraq and Afghanistan Veterans of America<br>85 Broad Street<br>New York, NY 10004 | Conrad & Metlitzky LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (917) 697-4662 | (415) 343-7100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lindsay@iava.org | mconrad@conradmetlitzky.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 427648.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                               Lindsay L. Rodman
                                                          APPLICANT

================================================================

                    **ORDER GRANTING APPLICATION**
                **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lindsay L. Rodman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/4/2019                                  Haywood S. Gill Jr.
                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Exhibit A

# STATE OF CONNECTICUT
# JUDICIAL BRANCH

www.jud.ct.gov



## STATEWIDE GRIEVANCE COMMITTEE
Second Floor - Suite Two
287 Main Street, East Hartford, CT 06118-1885

*Michael P. Bowler*
*Statewide Bar Counsel*

I, Christopher G. Blanchard, First Assistant Bar Counsel, do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *LINDSAY L. RODMAN*

*of*

## *KENT, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since November 05, 2007, that no disciplinary action has been taken against Attorney Rodman by the Court or by the Statewide Grievance Committee, and that no complaints have been filed against said attorney.

*Christopher G. Blanchard, First Assistant Bar Counsel*
October 25, 2019

JDBARCERTCB1, REV. 4/08