ELIZABETH B. WYDRA (BAR NO. 218200)
BRIANNE J. GOROD
BRIAN R. FRAZELLE
ASHWIN P. PHATAK
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, NW, Suite 501
Washington, D.C. 20036
Tel.: (202) 296-6889
elizabeth@theusconstitution.org

*Counsel for* Amici Curiae *Federal Courts Scholars*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br>     Plaintiffs, <br>  v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>     Defendants. | Case Nos. 4:19-cv-00872-HSG, <br> 4:19-cv-00892-HSG <br><br> Motion Hearing Date: Nov. 20, 2019 <br> Time: 10:00 AM |
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION, <br><br>     Plaintiffs, <br>  v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>     Defendants. | **ORDER GRANTING CONSENT MOTION OF FEDERAL COURTS SCHOLARS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT REGARDING BORDER BARRIER PROJECTS UNDERTAKEN PURSUANT TO 10 U.S.C. § 2808** |

ORDER GRANTING MOTION OF FEDERAL COURTS
SCHOLARS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Case Nos. 4:19-cv-00872-HSG,
4:19-cv-00892-HSG

Upon consideration of the motion of federal courts scholars for leave to file as *amici curiae* in opposition to Defendants' motions for partial summary judgment, it is hereby ORDERED that the motion is GRANTED. Counsel is directed to file federal courts scholars' *amici curiae* brief on the docket in these matters.

**IT IS SO ORDERED.**

Dated: 11/5/2019

Judge Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE