# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 19-cv-00872-HSG<br>**JUDGMENT**<br>Re: Dkt. No. 257 |
| SIERRA CLUB, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 19-cv-00892-HSG<br>Re: Dkt. Nos. 258 |

Judgment is hereby entered consistent with the Court's Order Granting in Part and Denying in Part Plaintiffs' Motions for Partial Summary Judgment and Denying Defendants' Motions for Partial Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 11th day of December, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.