FILED

JAN 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIERRA CLUB; SOUTHERN BORDER COMMUNITIES COALITION,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants-Appellants. | No.   19-17501<br><br>D.C. No. 4:19-cv-00892-HSG<br>Northern District of California, Oakland<br><br>ORDER |
| STATE OF CALIFORNIA; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,<br><br>        Defendants-Appellants. | No.   19-17502<br><br>D.C. No. 4:19-cv-00872-HSG<br>Northern District of California, Oakland |

Before: THOMAS, Chief Judge, and WARDLAW and COLLINS, Circuit Judges.

The Court *sua sponte* expedites consideration of these appeals. The original briefing schedules set by the Court are vacated. The opening briefs are due

January 24, 2020.  The answering briefs are due February 14, 2020.  The optional reply briefs are due February 25, 2020.  The panel is available for oral argument either the week of March 9, 2020 in San Francisco or the week of April 13 in Pasadena.

    The parties are directed to meet and confer as to the preferred oral argument date and any alterations that may be necessary or desirable to the above briefing schedule.