XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
EDWARD H. OCHOA
Acting Senior Assistant Attorney General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
Supervising Deputy Attorneys General
BRIAN J. BILFORD
SPARSH S. KHANDESHI
LEE I. SHERMAN
JANELLE M. SMITH
JAMES F. ZAHRADKA II
HEATHER C. LESLIE (SBN 305095)
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7832
  Fax: (916) 327-2319
  E-mail: Heather.Leslie@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA et al.;**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America et al.;**<br><br>                              Defendants. | Case No. 4:19-cv-00872-HSG<br><br>**PLAINTIFF STATES OF CALIFORNIA, COLORADO, HAWAII, MARYLAND, NEW MEXICO, NEW YORK, OREGON, VIRGINIA, AND WISCONSIN'S NOTICE OF CROSS-APPEAL**<br><br>Judge:    The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:  None set<br>Action Filed:  February 18, 2019 |

PLEASE TAKE NOTICE THAT Plaintiff States of California, Colorado, Hawaii, Maryland, New Mexico, New York, Oregon, and Wisconsin, and the Commonwealth of Virginia (Plaintiff States) hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting in Part and Denying in Part Plaintiffs' Motions for Partial Summary Judgment and Denying Defendants' Motions for Partial Summary Judgment (ECF No. 257) and the associated Judgment (ECF No. 258) insofar as this Court denied Plaintiff States' requests for relief.

Plaintiff States' Representation Statement, required by Federal Rule of Appellate Procedure, Rule 12(b), and Ninth Circuit Rule 3-2(b), is attached to this Notice of Cross-Appeal.

Dated: January 7, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
EDWARD H. OCHOA
Acting Senior Assistant Attorney General
MICHAEL P. CAYABAN
CHRISTINE CHUANG
Supervising Deputy Attorneys General

*/s/ Heather C. Leslie*

HEATHER C. LESLIE
BRIAN J. BILFORD
SPARSH S. KHANDESHI
LEE I. SHERMAN
JANELLE M. SMITH
JAMES F. ZAHRADKA II
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

PHILIP J. WEISER
Attorney General of Colorado
ERIC R. OLSON (*appearance pro hac vice*)
Solicitor General
*Attorneys for Plaintiff State of Colorado*

CLARE E. CONNORS
Attorney General of Hawaii
ROBERT T. NAKATSUJI (*appearance pro hac vice*)
Deputy Solicitor General
*Attorneys for Plaintiff State of Hawaii*

BRIAN E. FROSH
Attorney General of Maryland
JEFFREY P. DUNLAP (*appearance pro hac vice*)
Assistant Attorney General
*Attorneys for Plaintiff State of Maryland*

HECTOR BALDERAS
Attorney General of New Mexico
TANIA MAESTAS (*appearance pro hac vice*)
Chief Deputy Attorney General
NICHOLAS M. SYDOW
Civil Appellate Chief
JENNIE LUSK
Civil Rights Bureau Chief
*Attorneys for Plaintiff State of New Mexico*

LETITIA JAMES
Attorney General of New York
MATTHEW COLANGELO (*appearance pro hac vice*)
Chief Counsel for Federal Initiatives
STEVEN C. WU
Deputy Solicitor General
ERIC R. HAREN
Special Counsel
GAVIN MCCABE
Special Assistant Attorney General
AMANDA MEYER
Assistant Attorney General
*Attorneys for Plaintiff State of New York*

ELLEN ROSENBLUM
Attorney General of Oregon
J. NICOLE DEFEVER
Senior Assistant Attorney General
*Attorneys for Plaintiff State of Oregon*

MARK R. HERRING
Attorney General of Virginia
TOBY J. HEYTENS
Solicitor General, Counsel of Record
MICHELLE S. KALLEN
MARTINE E. CICCONI
Deputy Solicitors General
JESSICA M. SAMUELS
Assistant Solicitor General
ZACHARY R. GLUBIAK (*appearance pro hac vice*)
Attorney
*Attorneys for the Commonwealth of Virginia*

JOSHUA L. KAUL
Attorney General of Wisconsin
GABE JOHNSON-KARP (*appearance pro hac vice*)
Assistant Attorney General
*Attorneys for Plaintiff State of Wisconsin*

**ATTESTATION OF SIGNATURES**

I, Heather C. Leslie, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ Heather C. Leslie

HEATHER C. LESLIE
Deputy Attorney General
*Attorney for Plaintiff*
*State of California*

**REPRESENTATION STATEMENT**

Plaintiff States provide this Representation Statement as required by Federal Rule of Appellate Procedure, Rule 12(b), and Ninth Circuit Rule 3-2(b). The Office of the Attorney General, for the State of California, represents Plaintiff the State of California in this matter.

Heather C. Leslie
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7832
Fax: (916) 327-2319
E-mail: heather.leslie@doj.ca.gov

The Office of the Attorney General, for the State of Colorado, represents Plaintiff the State of Colorado in this matter.

Eric Olson
Solicitor General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6548
E-mail: eric.olson@coag.gov

The Office of the Attorney General, for the State of Hawaii, represents Plaintiff the State of Hawaii in this matter.

Robert Nakatsuji
First Deputy Solicitor General
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1360
E-mail: robert.t.nakatsuji@hawaii.gov

The Office of the Attorney General, for the State of Maryland, represents Plaintiff the State of Maryland in this matter.

Jeffrey Dunlap
Assistant Attorney General
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-7906
E-mail: jdunlap@oag.state.md.us

The Office of the Attorney General, for the State of New Mexico, represents Plaintiff the State of New Mexico in this matter.

>Tania Maestas
>Chief Deputy Attorney General
>Office of the New Mexico Attorney General
>P.O. Drawer 1508
>Santa Fe, NM 87504-1508
>Telephone: (505) 490-4060
>E-mail: tmaestas@nmag.gov

The Office of the Attorney General, for the State of New York, represents Plaintiff the State of New York in this matter.

>Steven Wu
>Deputy Solicitor General
>28 Liberty Street
>New York, NY 10005
>Telephone: (212) 416-6312
>E-mail: steven.wu@ag.ny.gov

The Office of the Attorney General, for the State of Oregon, represents Plaintiff the State of Oregon in this matter.

>Benjamin Gutman
>Solicitor General
>100 SW Market Street
>Portland, OR 97201
>Telephone: (503) 378-4402
>E-mail: benjamin.gutman@doj.state.or.us

The Office of the Attorney General, for the Commonwealth of Virginia, represents Plaintiff the Commonwealth in this matter.

>Zachary Glubiak
>John Marshall Fellow
>Office of the Attorney General
>202 North 9th Street
>Richmond, VA 23219
>Telephone: (804) 371-0667
>E-mail: zglubiak@oag.state.va.us

The Office of the Attorney General, for the State of Wisconsin, represents Plaintiff the State of Wisconsin in this matter.

>Gabe Johnson-Karp
>Assistant Attorney General
>Wisconsin Department of Justice
>17 West Main Street
>Madison, WI 53703
>Telephone: (608) 267-8904
>E-mail: johnsonkarpg@doj.state.wi.us

The United States Department of Justice represents the Defendants in this matter, including: Donald J. Trump, in his official capacity as President of the United States of America; United States of America; U.S. Department of Defense; Mark T. Esper, in his official capacity as the Secretary of Defense; Ryan D. McCarthy, in his official capacity as Secretary of the Army; Thomas B. Modly, in his official capacity as Acting Secretary of the Navy; Barbara M. Barrett, in her official capacity as Secretary of the Air Force; U.S. Department of the Treasury; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; U.S. Department of the Interior; David Bernhardt, in his official capacity as Secretary of the Interior; U.S. Department of Homeland Security; and Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security.[1]

>H. Thomas Byron III
>Assistant Director
>Civil Division, Appellate Staff
>U.S. Department of Justice
>Main (RFK) Room 7529
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530
>Telephone: (202) 616-5367
>Facsimile: (202) 307-2551
>Email: H.Thomas.Byron@usdoj.gov

---

[1] As required by Rule 25(d) of the Federal Rules of Civil Procedure and Rule 43 (c)(2) of the Federal Rules of Appellate Procedure, the list of Defendants has been updated to reflect that Mark T. Esper replaced Patrick M. Shanahan as the Secretary of Defense, Ryan D. McCarthy replaced Mark T. Esper as Secretary of the Army, Thomas B. Modly replaced Richard V. Spencer as Acting Secretary of the Navy, Barbara M. Barrett replaced Matthew Donovan who replaced Heather Wilson as the Secretary of the Air Force, and Chad F. Wolf replaced Kevin K. McAleenan who replaced Kirstjen M. Nielsen as the Acting Secretary of Homeland Security.