Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

State of California et al

                 Plaintiff(s),

   v.

Donald J. Trump, et al.

                 Defendant(s).

Case No: 4:19-cv-00872-HSG

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christian Douglas Wright , an active member in good standing of the bar of Delaware , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: State of Delaware in the above-entitled action. My local co-counsel in this case is Christine Chuang , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Delaware Dep't of Justice; 820 N. French Street; Wilmington, DE 19801 | California Dep't of Justice; 455 Golden Gate Ave. Ste. 11000; San Francisco, CA 94102-7004 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (302) 577-8944 | (415) 510-3525 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| christian.wright@delaware.gov | christine.chuang@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3554 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 02/14/20

                         Christian Douglas Wright
                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christian Douglas Wright is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/27/2020

                        *Haywood S. Gell*
             UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Christian D. Wright** was admitted to practice as an attorney in the Courts of this State on **December 12, 1996,** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

### IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 3rd day of February, 2020.



Lisa A. Dolph
Clerk of the Supreme Court