IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States of America et al.,**<br><br>Defendants. | Civil Case No.: 4:19-cv-00872-HSG<br><br>**ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court hereby GRANTS Plaintiff State of Maine's motion for Susan P. Herman to withdraw as attorney for Plaintiff State of Maine in this matter.

Dated: 12/28/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge