BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT** |
| SIERRA CLUB, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants. | |

In accordance with the Court's Order of February 17, 2021, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties' most recent status report filed in February 2021 explained that the parties

agreed to stay further proceedings in these cases in light of the President's Proclamation of January 20, 2021. *See* Proclamation No. 10142, 86 Fed. Reg. 7225. The Proclamation, *inter alia*, terminated the declaration of a national emergency at the southern border, paused construction and obligation of funds for border wall projects to the extent permitted by law, and directed various Executive Branch agencies to develop a plan "for the redirection of funds concerning the southern border wall, as appropriate and consistent with applicable law." *Id.* at 7225–26. The Proclamation stated that the plan must "include consideration of terminating or repurposing contracts with private contractors engaged in wall construction, while providing for the expenditure of any funds that the Congress expressly appropriated for wall construction, consistent with their appropriated purpose." *Id.* at 7226.

Although the Proclamation directed that the plan be completed within 60 days of January 20, 2021, the Executive Branch is continuing to work on developing the plan and no final decisions have been made to resume, modify, or terminate the border wall projects undertaken pursuant to 10 U.S.C. §§ 284 and 2808 at issue in these cases. While the plan remains in development, the pause on construction and obligation of funds for these projects, as set forth in the Proclamation, will remain in effect.

In light of the ongoing Executive Branch review, the parties agree that proceedings in these cases should remain stayed. Defendants will notify the Court and Plaintiffs when the Executive Branch has made final decisions regarding the challenged projects and the redirection of funds in accordance with the Proclamation. The parties agree to submit a joint status report within 14 days of that notification or no later than May 17, 2021, addressing further proceedings in these cases. Plaintiffs reserve the right to seek discovery of the plan contemplated by the Proclamation or information relating to the plan.

DATE:  April 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
RACHAEL L. WESTMORELAND
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| DROR LADIN* <br> NOOR ZAFAR* <br> HINA SHAMSI* <br> OMAR C. JADWAT* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY  10004 <br> Tel: (212) 549-2660 <br> dladin@aclu.org <br> hshamsi@aclu.org <br> ojadwat@aclu.org <br> nzafar@aclu.org <br><br> /s/ Cecillia D. Wang <br> CECILLIA D. WANG (SBN 187782) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 39 Drumm Street <br> San Francisco, CA  94111 <br> Tel: (415) 343-0770 <br> cwang@aclu.org <br><br> SANJAY NARAYAN (SBN 183227)** <br> GLORIA D. SMITH (SBN 200824)** <br> SIERRA CLUB ENVIRONMENTAL LAW PROGRAM <br> 2101 Webster Street, Suite 1300 <br> Oakland, CA 94612 <br> Tel: (415) 977-5772 <br> sanjay.narayan@sierraclub.org <br> gloria.smith@sierraclub.org <br><br> *Attorneys for Plaintiffs in 4:19-cv-00892-HSG and 4:20-cv-01494-HSG* <br><br> *Admitted pro hac vice <br> **Attorneys for Plaintiff Sierra Club only | MATTHEW RODRIQUEZ <br> Acting Attorney General of California <br> ROBERT W. BYRNE <br> MICHAEL L. NEWMAN <br> EDWARD H. OCHOA <br> Senior Assistant Attorneys General <br> MICHAEL P. CAYABAN <br> CHRISTINE CHUANG <br> JAMES F. ZAHRADKA II <br> Supervising Deputy Attorneys General <br> BRIAN J. BILFORD <br> SPARSH S. KHANDESHI <br> JANELLE M. SMITH <br><br> /s/ Lee I. Sherman <br> LEE I. SHERMAN <br> Deputy Attorney General <br> 300 S. Spring St., Suite 1702 <br> Los Angeles, CA 90013 <br> Tel.: (213) 269-6404 <br> E-mail: Lee.Sherman@doj.ca.gov <br><br> *Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG* |