BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br> No. 4:19-cv-00892-HSG <br> No. 4:20-cv-01494-HSG <br> No. 4:20-cv-01563-HSG |
| SIERRA CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | **JOINT STATUS REPORT** |

In accordance with the Court's Order of April 21, 2021, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties' most recent status report (ECF Nos. 290 & 88 in *California I & II* and ECF

Nos. 305 & 44 in *Sierra Club I & II*) explained that the parties agreed to stay further proceedings in these cases to allow Defendants to continue to develop the plan called for by the President's Proclamation of January 20, 2021. *See* Proclamation No. 10142, 86 Fed. Reg. 7225; *see also* Order (April 21, 2021) (granting stay). On April 30, 2021, Defendants notified the Court and Plaintiffs that the Department of Defense had canceled all border wall projects undertaken pursuant to 10 U.S.C. § 284 and 10 U.S.C. § 2808. As a result of that action, the Department of Defense has now made clear that it will not construct any additional border wall under sections 284 and 2808. While the Department of Defense's cancelation of the projects represents a significant step toward implementing the President's Proclamation, the plan called for in the Proclamation is not yet complete and remains in development.

Additionally, Defendants' two appeals of the Ninth Circuit's decisions addressing border wall construction undertaken pursuant to sections 284 and 2808 remain pending in the Supreme Court. In the cases addressing section 284 construction undertaken in fiscal year 2019, the Supreme Court granted Defendants' petition for a writ of certiorari on October 19, 2020, but ordered that the case be removed from the argument calendar and held in abeyance following issuance of the President's Proclamation. *See Biden v. Sierra Club*, No. 20-138 (Feb. 3, 2021). Defendants notified the Supreme Court about the Department of Defense's recent decision to cancel the border wall projects and requested that the cases continue to be held abeyance in light of the ongoing development of the plan as directed by the Proclamation. *See id.* (April 30, 2021).

In the section 2808 cases, Defendants filed a petition for a writ of certiorari on November 17, 2020, and the Supreme Court recently extended Plaintiffs' time to respond to the petition to July 19, 2021. *See Biden v. Sierra Club*, No. 20-685 (May 7, 2021).

In light of the pending matters in Supreme Court and the ongoing plan development, the parties agree that district court proceedings in these cases should remain stayed. The parties agree to submit a joint status report on June 17, 2021, updating the Court on the status of proceedings in these cases.

DATE:  May 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
RACHAEL L. WESTMORELAND
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | DROR LADIN* | ROB BONTA |
| 2 | NOOR ZAFAR* | Attorney General of California |
|   | HINA SHAMSI* | ROBERT W. BYRNE |
| 3 | OMAR C. JADWAT* | MICHAEL L. NEWMAN |
| 4 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION | EDWARD H. OCHOA |
|   | 125 Broad Street, 18th Floor | Senior Assistant Attorneys General |
| 5 | New York, NY  10004 | MICHAEL P. CAYABAN |
| 6 | Tel: (212) 549-2660 | CHRISTINE CHUANG |
|   | dladin@aclu.org | JAMES F. ZAHRADKA II |
| 7 | hshamsi@aclu.org | Supervising Deputy Attorneys General |
| 8 | ojadwat@aclu.org | BRIAN J. BILFORD |
|   | nzafar@aclu.org | SPARSH S. KHANDESHI |
| 9 | | JANELLE M. SMITH |

/s/ Cecillia D. Wang
CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA  94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL
LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

*Attorneys for Plaintiffs in*
*4:19-cv-00892-HSG and*
*4:20-cv-01494-HSG*

*Admitted pro hac vice
**Attorneys for Plaintiff Sierra Club only

/s/ Lee I. Sherman
LEE I. SHERMAN
Deputy Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Tel.: (213) 269-6404
E-mail: Lee.Sherman@doj.ca.gov

*Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG*