# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 4:19-CV-00872-HSG<br><br>**ORDER** |

　　The Court hereby **GRANTS** the motion of David W. Evans on behalf of amicus curiae Christopher Shays, Christine Todd Whitman, Peter Keisler, Carter Phillips, John Bellinger III, Stanley Twardy, and Richard Bernstein to withdraw as attorney for said amicus curiae in this matter.

Dated: 7/19/2021

　　　　　　　　　　　　　　　　　　*/s/ Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge