UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

STATE OF CALIFORNIA, *et al.*,

    Plaintiffs,

  v.

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

SIERRA CLUB, *et al.*,

    Plaintiffs,

  v.

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

No. 4:19-cv-00872-HSG
No. 4:19-cv-00892-HSG
No. 4:20-cv-01494-HSG
No. 4:20-cv-01563-HSG

**[PROPOSED] ORDER WITHDRAWING PENDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT, REFERRING CASES TO MAGISTRATE JUDGE TO FACILITATE SETTLEMENT DISCUSSIONS, AND STAYING PROCEEDINGS**

Upon consideration of the parties' stipulation submitted on September 13, 2021, and for good cause shown, the Court hereby orders:

1. Plaintiffs' motion for partial summary judgment in *California II* (4:20-cv-01494) (ECF Nos. 55) is withdrawn without prejudice by counsel;

2. Plaintiffs' motion for partial summary judgment in *Sierra Club II* (4:20-cv-1563) (ECF Nos. 23) is withdrawn without prejudice by counsel;

3. Defendants' motions for partial summary judgment in *California II* (ECF No. 62) and *Sierra Club II* (ECF No. 30) are withdrawn without prejudice by counsel.

4. Pursuant to Local Rule 16-8 and Alternative Dispute Resolution Local Rule 7-2,

*State of California, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01563-HSG – Order
*Sierra Club, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01494-HSG – Order

1

1 the above-captioned cases are referred to the Honorable _____
2 for a settlement conference.
3      5.     The above-captioned cases are stayed pending further order of the Court;
4      6.     The parties shall submit a joint status report within 90 days of this order addressing
5 further proceedings in these cases.
6
7 **IT IS SO ORDERED**
8      DATED:  September ___, 2021
9                                                           HAYWOOD S. GILLIAM, JR.
                                                          United States District Judge

*State of California, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01563-HSG – Order
*Sierra Club, et al. v. Joseph R. Biden, et al.*, 4:20-cv-01494-HSG – Order

2