IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA et al.;** | Case No. 4:19-cv-00872-HSG |
| Plaintiffs, | **ORDER** |
| v. | Judge: Honorable Haywood S. Gilliam, Jr. |
| **JOSEPH R. BIDEN, in his official capacity as President of the United States of America et al.;** | Trial Date: None Set<br>Action Filed: February 18, 2019 |
| Defendants. | |

1 | The Court hereby GRANTS Plaintiff State of California's motion for Lee I. Sherman to withdraw as attorney for Plaintiff State of California in this matter.

**IT IS SO ORDERED.**

Dated: 9/22/2021

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.