UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>AMENDED CIVIL SETTLEMENT CONFERENCE MINUTE ORDER</u>

| **Date:** 11/19/2021 | **Time:** 5 hours | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 19-cv-00872-HSG; 19-cv-01494-HSG; 20-cv-1563-HSG; 19-cv-00892-HSG | **Case Name:** State of California v. Biden; Sierra Club et al. v. Biden et al; State of California et al v. Biden et al; Sierra Club et al v. Biden et al | |

**For State Plaintiffs:** Michael Cayaban, James Zahradka, James Richardson, Janelle Smith, Vanessa Avery, Abigail Taylor, Eric Restuccia, Melissa Medoway, Marie Soueid, Nicholas Sydow, Jennie Lusk, Nicole DeFever, Gabe Johnson-Karp

**For Organizational Plaintiffs:** Dror Ladin, Cecillia Wang, Vasudha Talla, David Donatti, Gloria Smith, Erick Meza, Vicki Gaubeca

**For Defendant:** Andrew Warden, Michael Gerardi, Paul Enriquez, Ruynard Singleton, Christopher Shaw, Kaitlyn Charette, Anne McAndrew, William Moxley, Karen Hecker, Tristan Brown

**Deputy Clerk:** Aris Garcia

PROCEEDINGS

Settlement Conference – HELD via Zoom

**RESULTS:**

Settlement conference held via Zoom.  Defendants shall respond to the "spreadsheet request" by 12/1/21, with a copy to Judge Ryu at [DMRsettlement@cand.uscourts.gov](mailto:DMRsettlement@cand.uscourts.gov).  Plaintiffs shall provide written proposals by 12/10/21, with email copies to Judge Ryu, who will determine next steps after reviewing the submissions.

cc:     Chambers