MARK R. HERRING
Attorney General
MICHELLE S. KALLEN
Solicitor General
202 North Ninth Street
Richmond, VA 23219
(804) 786-7704
MKallen@oag.state.va.us
*Attorneys for Commonwealth of Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>            Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br>            Defendants. | Case No.: 4:19-cv-872<br><br>ORDER  GRANTING MOTION TO  WITHDRAW AS COUNSEL FOR COMMONWEALTH OF VIRGINIA |

Michelle S. Kallen seeks leave to withdraw as counsel for plaintiff Commonwealth of Virginia in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1).  As this Court finds that Ms. Kallen has submitted satisfactory reasoning for withdrawal and that granting her Motion will not cause substantial prejudice or delay to any party:

IT IS HEREBY ORDERED THAT Michelle S. Kallen's Motion to Withdraw as Counsel for plaintiff Commonwealth of Virginia is GRANTED, and Michelle S. Kallen is hereby terminated as counsel in this proceeding.

DATED:  ___1/13/2022___

By: _Haywood S. Gilliam Jr._
     Hon. Haywood S. Gilliam, Jr.
     United States District Court Judge