AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| State of California et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:19-cv-872-HSG |
| President Joseph R. Biden et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico.

Date: 03/11/2022

/s/ Nicholas M. Sydow
*Attorney's signature*

Nicholas M. Sydow (NM 132608) (pro hac vice)
*Printed name and bar number*
Office of the New Mexico Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102

*Address*

nsydow@nmag.gov
*E-mail address*

(505) 717-3571
*Telephone number*

(505) 490-4881
*FAX number*