UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California et al., 

Plaintiff(s),

v.

President Joseph R. Biden et al,

Defendant(s).

Case No. 4:19-cv-00872-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Nicholas M. Sydow, an active member in good standing of the bar of New Mexico, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff State of New Mexico in the above-entitled action. My local co-counsel in this case is Janelle M Smith, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 231801.

| | |
|---|---|
| 201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>MY ADDRESS OF RECORD | 455 Golden Gate Ave., Suite 11000, San Francisco CA 94102<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (505) 490-4060<br>MY TELEPHONE # OF RECORD | (415) 510-3522<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| nsydow@nmag.gov<br>MY EMAIL ADDRESS OF RECORD | Janelle.Smith@ca.doj.gov<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 132608.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2022

Nicholas M. Sydow
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicholas M. Sydow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  4/5/2022

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

I, SALLY A. PAEZ, Acting Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **NICHOLAS M. SYDOW** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **April 20, 2009**, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 11th day of March, 2022.

_____
Sally A. Paez
Acting Chief Clerk of the Supreme Court
of the State of New Mexico

By: _____
Judicial Specialist Leadworker