BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's Order of March 15, 2022, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties remain in active settlement discussions and request that the Court continue the

1  stay of these cases for 90 days.  On March 15, 2022, Magistrate Judge Ryu conducted a video
2  status conference that set a schedule for upcoming proceedings in the settlement process.  The
3  parties have since exchanged information related to Plaintiffs' environmental settlement demands.
4  Defendants are due to provide Plaintiffs with additional information on June 17, 2022, and Judge
5  Ryu has scheduled a mediation session with the parties via videoconference on July 26, 2022.
6       The parties continue believe that their settlement discussions in these complex matters are
7  progressing forward in good faith.  The parties agree that the interests of party and judicial
8  economy would be furthered by allowing the parties to continue these ongoing discussions with
9  the goal of reaching a mutually-agreeable resolution without the need for further litigation.  The
10 parties propose to file another joint status report on September 13, 2022.

DATE:  June 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:  (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| */s/ Dror Ladin*<br>DROR LADIN\*<br>NOOR ZAFAR\*<br>HINA SHAMSI\*<br>OMAR C. JADWAT\*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY  10004<br>Tel: (212) 549-2660<br>dladin@aclu.org<br>hshamsi@aclu.org<br>ojadwat@aclu.org<br>nzafar@aclu.org<br><br>CECILLIA D. WANG (SBN 187782)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA  94111<br>Tel: (415) 343-0770<br>cwang@aclu.org<br><br>SANJAY NARAYAN (SBN 183227)\*\*<br>GLORIA D. SMITH (SBN 200824)\*\*<br>SIERRA CLUB ENVIRONMENTAL LAW PROGRAM<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>Tel: (415) 977-5772<br>sanjay.narayan@sierraclub.org<br>gloria.smith@sierraclub.org<br><br>*Attorneys for Plaintiffs in*<br>*4:19-cv-00892-HSG and*<br>*4:20-cv-01494-HSG*<br><br>\*Admitted *pro hac vice*<br>\*\**Attorneys for Plaintiff Sierra Club only* | ROB BONTA<br>Attorney General of California<br>ROBERT W. BYRNE<br>MICHAEL L. NEWMAN<br>EDWARD H. OCHOA<br>Senior Assistant Attorneys General<br>MICHAEL P. CAYABAN<br>JAMES F. ZAHRADKA II<br>Supervising Deputy Attorneys General<br>JANELLE M. SMITH<br><br>*/s/ James E. Richardson*<br>JAMES E. RICHARDSON<br>Deputy Attorney General<br>1515 Clay St., Suite 2000<br>Oakland, CA 94612<br>Tel.: (510) 879-0285<br>E-mail: James.Richardson@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG* |