IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIIFORNIA et al.,
    Plaintiffs,

v.

Case No. 4:19-cv-00872-HSG

JOSEPH R. BIDEN, JR., et al.,
    Defendants.

### ORDER

The Court hereby GRANTS plaintiff State of New Mexico's motion for M.J. Jennie Lusk to withdraw as attorney for the State of New Mexico in this matter.

**IT IS SO ORDERED.**

Dated: _____6/16/2022_____

_____
The Honorable Haywood S. Gilliam, Jr.