IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, in his official capacity as President of the United States of America, et al.,** <br><br> Defendants. | Case No. 4:19-cv-00872-HSG <br><br> **ORDER** <br><br> Judge: The Honorable Haywood S. Gilliam, Jr. <br> Action Filed: February 18, 2019 |

The Court hereby GRANTS Plaintiff State of California's motion for Sparsh S. Khandeshi to withdraw as attorney for Plaintiff State of California in this matter

**IT IS SO ORDERED.**

Dated: ____7/25/2022____                    _____
                                                            The Honorable Haywood S. Gilliam, Jr.