IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, in his official capacity as President of the United States of America et al.,** <br><br> Defendants. | Civil Case No.: 4:19-cv-00872-HSG <br><br><br> **ORDER** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

The Court hereby GRANTS Plaintiff State of New York's motion for Amanda Meyer to withdraw as attorney for Plaintiff State of New York in this matter.

Dated: 11/21/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge