**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No. 4:19-cv-00872-HSG |
| *Plaintiffs*, | |
| v. | **ORDER** |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | |
| *Defendants*. | |

The Court hereby GRANTS amicus curiae the United States House of Representatives' motion for Douglas N. Letter to withdraw as attorney for amicus curiae in this matter.

Dated: 1/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge