BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>     Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>     Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:19-cv-00892-HSG<br>No. 4:20-cv-01494-HSG<br>No. 4:20-cv-01563-HSG<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's Order dated May 1, 2023, Plaintiffs and Defendants submit the following joint status report addressing proceedings in the above-captioned cases.

The parties are in the final stages of obtaining the necessary client and government

approvals for settlement of these cases. The parties have recently reported their progress to Magistrate Judge Ryu and she has directed the parties to submit a status report to her on June 23, 2023. Based on the progress to date, the parties remain optimistic that these matters will be resolved through settlement without further litigation.

Accordingly, the parties request that the Court continue the stay of these cases for an additional 45 days to allow the parties to complete a final settlement of these matters. The parties propose to file a joint status report on July 27, 2023.

DATE: June 12, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov
*Counsel for Defendants*

| | | |
|---|---|---|
| 1 | NOOR ZAFAR* | |
| 2 | HINA SHAMSI* | ROB BONTA |
| | OMAR C. JADWAT* | Attorney General of California |
| 3 | AMERICAN CIVIL LIBERTIES UNION | ROBERT W. BYRNE |
| | FOUNDATION | MICHAEL L. NEWMAN |
| 4 | 125 Broad Street, 18th Floor | EDWARD H. OCHOA |
| | New York, NY 10004 | Senior Assistant Attorneys General |
| 5 | Tel: (212) 549-2660 | MICHAEL P. CAYABAN |
| 6 | hshamsi@aclu.org | JAMES F. ZAHRADKA II |
| | ojadwat@aclu.org | Supervising Deputy Attorneys General |
| 7 | nzafar@aclu.org | JANELLE M. SMITH |

NOOR ZAFAR*
HINA SHAMSI*
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660
hshamsi@aclu.org
ojadwat@aclu.org
nzafar@aclu.org

*/s/ Cecillia D. Wang*
CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
cwang@aclu.org

SANJAY NARAYAN (SBN 183227)**
GLORIA D. SMITH (SBN 200824)**
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5772
sanjay.narayan@sierraclub.org
gloria.smith@sierraclub.org

*Attorneys for Plaintiffs in
4:19-cv-00892-HSG and
4:20-cv-01494-HSG*

*Admitted pro hac vice
**Attorneys for Plaintiff Sierra Club only

ROB BONTA
Attorney General of California
ROBERT W. BYRNE
MICHAEL L. NEWMAN
EDWARD H. OCHOA
Senior Assistant Attorneys General
MICHAEL P. CAYABAN
JAMES F. ZAHRADKA II
Supervising Deputy Attorneys General
JANELLE M. SMITH

*/s/ James E. Richardson*
JAMES E. RICHARDSON
Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
Tel.: (510) 879-0285
E-mail: James.Richardson@doj.ca.gov

*Attorneys for Plaintiff State of California in 4:19-cv-00872-HSG and 4:20-cv-01563-HSG*