UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. <br><br> STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | No. 4:19-cv-00872-HSG <br> No. 4:20-cv-01563-HSG <br><br> **ORDER GRANTING PLAINTIFF STATE OF VIRGINIA'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL** |

Upon consideration of Plaintiff State of Virginia's unopposed motion for voluntary dismissal of its claims in the above-captioned cases, it is hereby ORDERED that the motion is GRANTED.  It is further ORDERED that Plaintiff State of Virginia and its claims are DISMISSED from these cases, with Virginia and Defendants to bear their own fees and costs.

**IT IS SO ORDERED**

DATED:  6/22/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge