IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

        Plaintiffs,

v.

JOSEPH R. BIDEN, et al.,

        Defendants.

Case No. 4:19-cv-00872-HSG

## ORDER

The Court hereby GRANTS Plaintiff State of Colorado's Motion for Eric R. Olson to withdraw as attorney for the State of Colorado in this matter.

**IT IS SO ORDERED**.

Dated: 6/28/2023

_____
The Honorable Haywood S. Gilliam, Jr.