IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | No. 4:19-CV-00872-HSG <br><br> No. 4:20-CV-01563-HSG <br><br> **ORDER** |

  Upon consideration of Plaintiffs' unopposed motion to dismiss with prejudice, it is hereby ORDERED that the above-captioned cases are DISMISSED WITH PREJUDICE in their entirety as to as to all parties other than the State of Wisconsin's claims against Defendants. *See* Fed. R. Civ. P. 41(a)(2). Each party shall bear its own costs and attorneys' fees.

  The Court retains jurisdiction over these cases for a period of four years from the date of this order for the purpose of enforcement of the parties' settlement agreement, which is incorporated into this order. A party may request that the Court extend its jurisdiction if settlement obligations are not completed within those four years and the party believes it

necessary for the Court to retain jurisdiction to enforce the parties' settlement agreement. Any such request shall be submitted by motion.

Dated: 7/17/2023

The Honorable Haywood S. Gilliam, Jr.