UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>    Defendants. | No. 4:19-cv-00872-HSG<br>No. 4:20-cv-01563-HSG<br><br>**ORDER GRANTING PLAINTIFF STATE OF WISCONSIN'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL** |

Upon consideration of Plaintiff State of Wisconsin's unopposed motion for voluntary dismissal of its claims in the above-captioned cases, and with the court having previously dismissed all other Plaintiffs' from these cases, it is hereby ORDERED that the above-captioned cases are DISMISSED WITH PREJUDICE in their entirety. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

DATED: 8/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

*California v. Biden*, 4:19-cv-00872-HSG; 4:20-cv-01563-HSG – Order Dismissing State of Wisconsin