| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>　　　　　　Plaintiffs,<br>　v.<br>JOSEPH R. BIDEN, *et al.*,<br>　　　　　　Defendants. | No.19-cv-00872-HSG<br>No. 20-cv-01563-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

Having considered the Motion to Withdraw filed by David A. Donatti, counsel for Sierra Club and Southern Border Communities Coalition, the Court finds that:

1. David A. Donatti was inadvertently listed as counsel of record for the states of California and New Mexico due to an electronic filing error.
2. David A. Donatti has never represented California or New Mexico in this action.
3. Withdrawal is with notice and will not prejudice the rights of the parties.

The Court therefore GRANTS the motion and ORDERS the Clerk of Court to correct the docket to remove the appearance of David A. Donatti, as counsel of record in this case.

SO ORDERED.

Date: 9/9/2025

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE