UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al,

Plaintiff(s),

v.

Joseph R. Biden, et al.,

Defendant(s).

Case No. 4:19-cv-0872-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, William Grantham, an active member in good standing of the bar of New Mexico, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of New Mexico in the above-entitled action. My local co-counsel in this case is Michael P. Cayaban, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268861.

| | |
|---|---|
| 201 Third St. NW Ste 300<br>Albuquerque, NM 87102 | 600 W. Broadway, Suite 1800<br>San Diego, CA, 92101 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 505-717-350 | (619) 738-9313 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| WGrantham@nmdoj.gov | Mike.cayaban@doj.ca.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 15585.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/12/2025

William Grantham
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William Grantham is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/24/2025



DENIED
Judge Haywood S. Gilliam Jr.

# IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

## CLERK'S CERTIFICATE

I, ELIZABETH A. GARCIA, Clerk of the Supreme Court of the State of New Mexico and custodian of the Court's official records, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **WILLIAM G. GRANTHAM** was **ADMITTED** to practice law in the Supreme Court and other courts of the State of New Mexico on **September 30, 2002**, was granted **Inactive** status on **October 31, 2003**, and returned to **Active** status on **June 7, 2006**, and has not had any disciplinary sanctions imposed by this Court.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 14th day of August, 2025.

*Elizabeth A. Garcia*
Chief Clerk of the Supreme Court
of the State of New Mexico

By: *Jessica Gilmore*
Deputy Clerk